# EXHIBIT A

# BOARDING PASS

**Port Of Miami, Fl**
**CARNIVAL HORIZON**
August 24, 2019

CCL-8LXG19-00001

VIFP #: 0133589656 - **Blue**

| RRIVAL APPOINTMENT | BOARDING ZONE | FINAL BOARDING |
|---|---|---|
| 1:30PM - 2:00PM | C20 | 3:00PM |

Online Check-in

Not Purchased

**Name: Maria Del Perez**

| Stateroom | Muster Station |
|---|---|
| 8250 (DECK 8) | A5 |

## IPORTANT INFORMATION

- Please arrive promptly to your Arrival Appointment to minimize your wait time in line.
- All guests must be on board for Final Boarding time or they will not be permitted to sail.

## DENTIFICATION REQUIREMENTS

- You must print your boarding pass and present a government-issued picture ID (applicable to all guests 16 years and older) to enter the terminal.
- Additionally, citizenship documents (including any necessary visas) will be needed at embarkation.

**"Airport Transportation"**



**Check out our Transfers Services page**
For pricing details and information about this program



## CARNIVAL HUB APP

Chat. What's Happening. Maps. More.

 

PEREZ-SERA
00027

# BOARDING PASS

### Port Of Miami, Fl
### CARNIVAL HORIZON
### August 24, 2019



CCL-8LXG19-00002

| RRIVAL APPOINTMENT | BOARDING ZONE | FINAL BOARDING |
|---|---|---|
| 1:30PM - 2:00PM | C20 | 3:00PM |

Online Check-in

Not Purchased

**Name: Roman Perez**

**Stateroom**
**8250 (DECK 8)**

**Muster Station**
**A5**

## IPORTANT INFORMATION

- Please arrive promptly to your Arrival Appointment to minimize your wait time in line.
- All guests must be on board for Final Boarding time or they will not be permitted to sail.

## DENTIFICATION REQUIREMENTS

- You must print your boarding pass and present a government-issued picture ID (applicable to all guests 16 years and older) to enter the terminal.
- Additionally, citizenship documents (including any necessary visas) will be needed at embarkation.

**"Airport Transportation"**



**Check out our Transfers Services page**
For pricing details and information about this program



## CARNIVAL HUB APP
Chat. What's Happening. Maps. More.

 Download on the App Store

 GET IT ON Google Play

PEREZ-SERA
00028

| Ship | Sail Date | Stateroom | Booking Number |
|---|---|---|---|
| Carnival Horizon | **August 24, 2019** | **8250** | **8LXG19** |

## ITEMIZED CHARGES
All charges are quoted in USD

**CRUISE CHARGES**

| | |
|---|---|
| Cruise Rate | 1,848.00 |
| Cruise Government Taxes and Fees* | 255.04 |
| **Total Cruise Charges** | **2,103.04** |
| **OPTIONAL CHARGES** | |
| Vacation Protection | 218.00 |
| **Total Optional Charges** | **218.00** |
| **TOTAL CHARGES** | **2,321.04** |

All prices quoted in USD

Onboard Credit:          19.58

*Note:  Cruise Government Fees  and Taxes are subject to change and Carnival reserves the right to collect any increases in effect at the time of sailing even if the fare has already been paid in full.  For a full definition of "Cruise Government Fees and Taxes" please refer to paragraph 1 of the cruise ticket contract.   Any credit adjustments will appear on the guest's onboard Sail and Sign account as an onboard credit.

### "Airport Transportation"



**Flying in for your cruise?**
<u>Check out our Transfers Services page</u>
For pricing details and information about this program

## Carnival™FunPoints®



With the Carnival World MasterCard® you can earn 2 FunPoints for every $1 spent on Carnival, including onboard purchases charged to your Sail & Sign® Account. Plus, you can redeem FunPoints for credits toward Carnival purchases, onboard gifts and credits, and more. Call 866-680-0185 or visit carnivalfunpoints.com/CVL7 to apply for the Carnival World MasterCard with FunPoints before you sail again! Offer subject to credit approval. See Terms and Conditions for details.

PEREZ-SERA
00029

# Day Exotic Southern Caribbean Cruise

| board | Stateroom | Deck | Booking Number |
|---|---|---|---|
| Carnival Horizon | 8250 | 8 | 8LXG19 |

## Sailing Information

**ail Date**
ugust 24, 2019

**mbarkation Port**
'ort Of Miami, Fl

**ebarkation Port**
'ort Of Miami, Fl

## Cruise Information

**ining Request**
our Time 5:45-9:30 Confirmed

## Cruise Itinerary

| Day | Port | Arrive | Depa |
|---|---|---|---|
| SAT | MIAMI, FL | | 4:00PI |
| SUN | FUN DAY AT SEA | | |
| MON | GRAND TURK | 7:00AM | 2:00PI |
| TUE | LA ROMANA, DOMINICAN REPUBLIC [1] | 9:30AM | 4:30PI |
| WED | CURACAO | 1:30PM | 10:30PI |
| THU | ARUBA | 8:00AM | 4:00PI |
| FRI | FUN DAY AT SEA | | |
| SAT | FUN DAY AT SEA | | |
| SUN | MIAMI, FL | 8:00AM | |

1 Optional shore excursion to Santo Domingo is available

| Guest | Online Check-in Status |
|---|---|
| s Maria Del Perez<br>FP #: 0133589656 - Blue | Complete |
| r Roman Perez | Complete |

## Important Notes

**Privacy Disclosure**

Carnival Cruise Line may share your registration and profile information with our affiliated companies or third parties. Affiliated companies include Costa Cruises, Cunard Line, Holland America Line Princess Cruises, and the Yachts of Seabourn. You may limit our affiliated companies and third parties from marketing their products to you by sending your first name, last name, mailing addres: and/or e-mail address along with past guest number, if applicable, by e-mail: donotmail@carnival.com or mail: Carnival Cruise Line, Attn: Affiliate Opt-Out, 3655 NW 87th Avenue Miami, FL 33178.



# WHAT ARE YOU CELEBRATING?

The Fun Shops has been making life's special moments onboard even more special for over twenty years. Find the perfect gift like cabin decorations, cakes, flowers and other goodies to celebrate any occasion. Go to www.Carnival.com/FunShops to see all our secret surprises. *It's time to celebrate!*

# THE FUN SHOPS®

PEREZ-SERA
00030

**IMPORTANT - MUST READ TRAVEL DOCUMENTATION**

Proper travel documentation is required at embarkation and throughout the cruise. Even though a guest has completed registration using Online Check-In, it is still the responsibility of the guest to bring all required travel documents. Guest should check with their travel agent and/or government authority to determine the travel documents necessary for each port of call. Any guest without proper documents will not be allowed to board the vessel and no refund of the cruise fare will be issued. Carnival assumes no responsibility for advising guests of proper travel documentation.

**CRUISE TRAVEL**

Carnival highly recommends all guests travel with a passport (valid for at least six months beyond completion of travel). Although a passport is not required for U.S. citizens taking cruises that begin and end in the same U.S. port, travelling with a passport enhances your disembarkation experience, as delays may be expected upon your return to the U.S. if you do not have one. Additionally, passports make it easier for you to fly from the U.S. to a foreign port should you miss your scheduled port of embarkation, or need to fly back to the U.S. for emergency reasons. Visit Carnival's FAQ and use keyword: Travel Documents in the search bar for more information on acceptable documents.

**AIR TRAVEL**

Passports are required for air travel to or from Europe, Canada, Mexico, Central America, the Caribbean, the Bahamas and Bermuda.

**ONLINE CHECK-IN**

Visit Carnival.com to register online and get a boarding pass that will expedite your check-in on the day of sailing.

**PIER CHECK-IN PROCEDURES**

Please refer to the information provided on your boarding pass.

**TRAVELING WITH A MINOR?**

When traveling with a minor and both parents/legal guardians are not cruising, we strongly recommend bringing an original signed letter from the absent parent/guardian authorizing the minor to travel with you. This will expedite processing by the department of Homeland Security. Please note that a letter to this effect is required if embarking with children in Mexico.

**TERMS AND CONDITIONS**

Your booking is subject to the terms and conditions set forth in Carnival's Cruise Ticket Contract.

Visit Carnival.com to access the Cruise Ticket Contract. It is important for you to read the Cruise Ticket Contract and become acquainted as it contains important limitations on the rights of guests to assert claims against Carnival Cruise Line, the vessel, their agents and employees, and others, including forum selection, arbitration, and waiver of jury trial for certain claims.

**INFORMATION FOR GUESTS WITH INDEPENDENT AIR**

To allow sufficient time for Customs clearance, please visit Carnival's FAQ and use keyword: Debarkation to determine the earliest return flight for your debarkation port.

**COMMUNICATIONS WITH SHIP**

Visit Carnival's FAQ and use keyword: Internet for detailed information for communicating with the ship and onboard Internet access

**CHECK-IN AND ARRIVAL APPOINTMENT**

Please arrive promptly, within your Arrival Appointment to reduce your wait time in line. All guests must be onboard for Final Boarding time or they will not be permitted to sail.

**GUESTS WITH DISABILITES AND PERSONAL MOBILITY DEVICES**

In order to purchase a standard stateroom, devices must be able to fit in its 22" wide entry doorway, and when stored, must allow for safe exit from the stateroom. Depending on your stateroom, you must be prepared to collapse your device so it can be safely stored.

**SAFETY BRIEFING**

Guests must attend the mandatory safety briefing at the commencement of the cruise and any subsequent briefing ordered by the ship's officer during the cruise. Additionally, during the course of the cruise, the ship's crew will perform various routine drills and guests are encouraged to participate on a voluntary basis. Guests shall comply with all onboard health and safety policies and procedures, and shall familiarize themselves with the nature and character of the ship, as well as, all emergency exits, to assist with safe evacuation in the event of an emergency.

**ITEMS OVERBOARD POLICY**

Carnival Cruise Line is dedicated to protecting the environment, including the marine environment in which our vessels sail and the communities in which we operate, striving to prevent adverse environmental consequences and using resources efficiently and sustainably.

All guests are expected to adhere to the following environmental guidelines:
Guests are liable for any illegal dumping or pollution of any kind, including discharge of any item into the ocean and/or waterways.
Any willful or negligent act of discharging or releasing any unauthorized item overboard, without the express permission of the ship's staff may result in a $500 charge, per violation, and reimbursement cost of Carnival property will be posted on the guest's Sail & Sign® account and may also result in the disembarkation of all guests in the stateroom.
Guests who are disembarked for violating our policy will be responsible for all financial charges and expenses to return home, and no refund of their unused cruise fare will be provided. Additionally, they may be prohibited from sailing with Carnival Cruise Line in the future.

Our items overboard policy is included in Carnival's Cruise Ticket Contract. Do not throw any items overboard, the ocean thanks you!

**SMOKING POLICY**

All staterooms and suite accommodations, including outside balconies, are NON-SMOKING. This policy applies to all forms of smoking, including but not limited to cigarettes, cigars, pipes, vaporizers, electronic cigarettes and marijuana. A violation of our Tobacco and Marijuana Smoking Policy will result in a charge of $500, per violation, posted to the guest's Sail & Sign® account. Please visit Carnival.com to obtain more information about the        smoking policy

**LUGAGGE INFORMATION**

Guests are encouraged to limit their luggage to a maximum of one bag per person, if traveling on cruises of 3-5 days duration, and no more than two bags per person, for cruises of 6 days or longer. Guests must personally carry-on any boarding documentation (passports, Visas, I.D), valuables, medications and items which require special handling. Guests, who are scheduled to arrive at the terminal before 1:30 PM, usually check their bags with a porter so they can be free to enjoy lunch on Lido Deck before access to their stateroom is granted. Checked baggage service is only available until 2 hours before the ship's published departure time. Guests arriving after this time will be responsible for taking their bags on board. Each checked and carry-on suit case should not weigh more than 50 pounds each, and when lying flat, bags must not exceed 16 inches high by 24 inches wide (the length of the bag is not a factor). For security screening purposes, all luggage should be unlocked

**SECURITY SCREENING AND PROHIBITED ITEMS**

In order to maintain a safe and secure environment, Carnival prohibits guests from bringing certain items onboard, i.e., weapons, candles, irons, alcohol, or other dangerous goods. According to our policy, Carnival conducts security scanning of all luggage and if prohibited items are found, they will be removed and disposed of prior to boarding. Unsealed containers with prohibited liquids will be discarded and no compensation will be given in either case. For additional information, please refer to the terms and conditions of your cruise ticket contract. We suggest all luggage be unlocked before turning over to the porters in order to avoid any inconvenience or delay in delivering the luggage to your stateroom. Should you choose not to unlock your bags and prohibited items are found during screening, your luggage will be retained until you can open it in front of security personnel.

**LIQUOR & BEVERAGE POLICY**

For safety reasons, guests are prohibited from bringing alcoholic beverages on board with the following exception: At the beginning of the cruise during embarkation day, guests (21 years of age and older) may carry on in their hand luggage, one 750ml bottle of sealed/unopened wine or champagne per person. A $15 USD corkage fee, per 750 ml bottle, will be charged should guests wish to consume their wine or champagne in the main dining room, specialty restaurant or bar. A corkage fee is a charge assessed at time of service at a restaurant for every bottle served that is not bought on the premises. Guests are also prohibited from bringing water, soda and other non-alcoholic beverages on board that are packaged in bottles. A small quantity of non-alcoholic beverages (i.e., sparkling water, sodas, juice, milk) packaged in cans or cartons may be brought on board on embarkation day, only if carried on in guests' hand luggage (not in checked luggage). A small quantity is considered a maximum of 12 sealed, unopened cans/cartons of 12 ounces each or less per person.
Any hard liquor, beer, other forms of alcoholic beverage, and non-alcoholic beverages, outside of the exceptions referenced above, are strictly prohibited (in both carry-on and checked luggage) and such items will be confiscated and discarded and no compensation will be provided. Alcoholic beverages will not be sold or served to anyone under the age of 21. We reserve the right to refuse the sale of alcoholic beverages to anyone. Alcoholic beverages purchased in the ship's gift shops or in ports of call will be retained by Carnival until the morning of debarkation.

Carnival Cruise Line does not allow guests to bring large coolers on board its vessels. However small, personal-sized coolers no larger than 12" x 12" x 12" for the purpose of housing small quantities of non-alcoholic beverages and/or medications are permitted as carry-on luggage. Screening and movement of large coolers through embarkation is an impediment to the boarding and security screening process and therefore large coolers are not permitted as carry-on or checked luggage.

**CARNIVAL'S SAIL & SIGN PROGRAM**

Sail & Sign is Carnival's cashless onboard credit program, which for your comfort and ease throughout the cruise, allows you to charge your purchases directly to your personal account. No cash accepted; simply present your Sail & Sign card when making purchases. A 15% service charge will be added for all beverage purchases unless otherwise noted. We accept Visa, MasterCard, Discover, Diners, American Express or Optima Card at embarkation or on board the ship at the Guest Services Desk. NOTE: Credit cards are NOT transferable, and you must be an authorized signer by the card issuing bank. Personalized Sail & Sign cards are provided to all guests and are valid for use immediately upon boarding the ship.

**STATEROOM ASSIGNMENTS**

Stateroom assignment is subject to change in the event the guest occupancy varies on sailings with maximum occupancy restrictions.

**CREDIT CARD AND DEBIT CARD HOLD**

An initial hold will be placed on your credit card or debit card (checking account) at the beginning of the cruise as a deposit for on board purchases. Additional holds will occur through the course of the cruise for every onboard purchase until the total charge is billed at the end of the cruise. This will reduce the amount of available credit on your credit card or restrict the availability of cash in your checking account, should you wish to use the same credit / debit card elsewhere. Any remaining hold after the end of the cruise will automatically be released by your issuing bank within 72 working hours.

**FINAL PAYMENT**

An itemized statement will be delivered to your stateroom prior to debarkation for your review; however, any charges after midnight on the last night of the cruise may not be shown on the statement. Your account will be settled automatically to your credit card at the end of the voyage.

PEREZ-SERA
00031

**GRATUITY PAYMENT INFORMATION**

It is customary for our guests to extend gratuities to the shipboard staff in appreciation for their hard work and exceptional service. 100% of your gratuities are distributed to the crew who you interact with, such as your stateroom attendants, dining, bar and culinary services staff, as well as others who work behind the scenes to enhance your overall cruise experience. Applying this charge automatically streamlines the recognition process and ensures our crew will share in your generosity. To help you plan, we have provided the recommended guidelines below:

Standard Staterooms: $13.99 USD per person, per day
Suite Staterooms: $15.99 USD per person, per day

You may pay this daily gratuity in two different ways:

**Pre-Pay**

Gratuities can be added at the time of booking or anytime up to the sail date. Guests who booked directly with Carnival may add their pre-paid gratuities on Carnival.com. If a guest booked with a travel agent, they may contact their travel professional to add pre-paid gratuities to their booking. Prepaid gratuities are reflected in the 'Miscellaneous Charge' field on the confirmation and in the guest's E-Documents.

**Sail & Sign©**

If a guest has not pre-paid the gratuities, the recommended per person amount will be posted to their Sail & Sign account on the second to last day of the cruise. Should a guest not be satisfied with the service they receive, they can contact the Guest Services desk while on board. This will allow us to address their concerns in a timely and appropriate fashion. At the discretion of the guest, gratuities may be adjusted after they have been posted on the guest's account, while on board. **Gratuities, as listed on a guest's Sail and Sign account, will be considered final after a guest disembarks and no changes will be made after the cruise.**

Additional information:
Gratuities are assessed on all guests, with the exception of children under the age of 2.
Gratuities apply regardless of the dining options selected, such as eating at the casual dining restaurant or open seating dining.
For beverage purchases, an automatic 18% gratuity will be added to the bill.
An automatic 18% gratuity will be added to the cover charge of the Chef's Table.
A gratuity may be extended to room service staff as service is rendered.
For cruises that begin in Barbados, all gratuities are pre-paid and automatically added during the booking process.

Thank you for your generous recognition of our on board team. Our crew works hard to provide you with a great vacation and takes pride in being part of the best team in the cruise industry. Visit Carnival.com for more information on          gratuities

**PASSENGER BILL OF RIGHTS**

Please visit Carnival.com to review the Cruise Industry          Passenger Bill of Rights

6

PEREZ-SERA
00032

# CARNIVAL VACATION PROTECTION

When going on vacation, it's best to pack light. That means less to worry about while traveling! Experience a carefree cruise- from the time you leave, until you're back home - with Carnival Vacation Protection. In fact, the benefits begin before your trip even starts.

Sign up today and get:

## 1) TRIP CANCELLATION[1]
(Cancellation Fee Waiver Program non-insurance component provided by Carnival Cruise Line)

In life, you never really know what may happen… but you can rely on Vacation Protection's trip cancellation fee waiver. If you need to cancel for some of the most common reasons (severe weather, illness, etc.) you'll get 100% of the cost of your trip back, in cash. If you need to cancel for any reason listed in the plan - any reason at all - you'll get 75% back in a Future Cruise Credit Certificate.

## 2) TRAVEL INSURANCE[2]
(Underwritten by **Nationwide Mutual Insurance Company and Affiliated Companies, Columbus, Ohio**)

Sail through your vacation with less to worry about.

- **Trip Interruption:** Up to total trip cost reimbursement if you must start your vacation late or need to come home early due to illness, injury and more.

- **Trip Delay:** Up to $500 for "catch-up" expenses like meals, hotel and transportation

- **Baggage:** Up to $1,500 if your stuff is lost, stolen or damaged, and up to $500 reimbursement if you have to buy necessary items while your bags are delayed 24+ hours

- **Medical:** Up to $10,000 if you get sick or injured on your vacation

- **Emergency Evacuation:** Up to $30,000 for emergency medical evacuation and repatriation   (services provided by On Call International)

## 3) 24/7 WORLDWIDE TRAVEL ASSISTANCE
(Non-insurance service component  provided by On Call International)

Need help while you travel? Assistance is there for you, 24 hours a day, 7 days a week… anywhere in the world.

---

[1] For New York residents, the Carnival Cancellation Fee Waiver Program is underwritten by **Nationwide Mutual Insurance Company and its affiliates, including Nationwide Life Insurance, Columbus, Ohio (NAIC #23787).**

[2] Travel Insurance is underwritten by **Nationwide Mutual Insurance Company and its affiliates, including Nationwide Life Insurance, Columbus, Ohio (NAIC #23787).**

**Carnival Vacation Protection terms and conditions:** This plan provides insurance coverage that applies only during the covered trip. You may have coverages from other sources that provides you with similar benefits but may be subject to different restrictions depending upon your other coverage. You may wish to compare the terms of this policy with your existing life, health, home and automobile policies. If you have any questions about your current coverage, call your insurer, insurance agent or broker. **Important:** This is only a brief description of the program. See your state-specific Vacation Protection Information.

Prices are subject to change without notice.
Note that Carnival Protection is not available to residents of Quebec or Puerto Rico.
**For guests departing on/after 12/1/17, to obtain your state-specific Vacation Protection information, visit**  the Affinity travelcert page

PEREZ-SERA
00033

August 22, 2019 12:53pm
8

STAPLE OR TAPE HERE

### Your Carnival Luggage Tag Instructions

Please print your name on each luggage tag and fold along the lines with the information facing out (ship's name, etc., should be visible). Once folded, staple or tape the tag around your luggage handle BEFORE you arrive at the cruise terminal.

Please limit checked luggage to no more than two bags per person for cruises of six days or more and a maximum of one suitcase per person for cruises of five days or less. Each bag must not weigh more than 50 pounds.

Checked luggage service is only available until two hours before the ship's published departure time. Guests arriving after this time will be responsible for taking their bags on board.

Bon Voyage!



**Name: Maria Del Perez**

**Carnival Horizon**
**August 24, 2019**

PORTSIDE

FWD-P
8250
DECK 8

2ND FOLD - (DO NOT CUT)

1ST FOLD - (DO NOT CUT)



**Name: Maria Del Perez**

**Carnival Horizon**
**August 24, 2019**

PORTSIDE

DECK 8
8250
FWD-P

### Your Carnival Luggage Tag Instructions

Please print your name on each luggage tag and fold along the lines with the information facing out (ship's name, etc., should be visible). Once folded, staple or tape the tag around your luggage handle BEFORE you arrive at the cruise terminal.

Please limit checked luggage to no more than two bags per person for cruises of six days or more and a maximum of one suitcase per person for cruises of five days or less. Each bag must not weigh more than 50 pounds.

Checked luggage service is only available until two hours before the ship's published departure time. Guests arriving after this time will be responsible for taking their bags on board.

Bon Voyage!

STAPLE OR TAPE HERE

PEREZ-SERA
00034

August 22, 2019 12:53pm
6

STAPLE OR TAPE HERE

2ND FOLD - (DO NOT CUT)

1ST FOLD - (DO NOT CUT)

Your Carnival Luggage Tag
Instructions

Please print your name on each luggage tag and fold along the lines with the information facing out (ship's name, etc., should be visible). Once folded, staple or tape the tag around your luggage handle BEFORE you arrive at the cruise terminal.

Please limit checked luggage to no more than two bags per person for cruises of six days or more and a maximum of one suitcase per person for cruises of five days or less. Each bag must not weigh more than 50 pounds.

Checked luggage service is only available until two hours before the ship's published departure time. Guests arriving after this time will be responsible for taking their bags on board.

Bon Voyage!

Carnival

Name: Roman Perez

Carnival Horizon
August 24, 2019

PORTSIDE

DECK 8
8250
FWD-P

Carnival

**Name: Roman Perez**

**Carnival Horizon**
**August 24, 2019**

**PORTSIDE**

**DECK 8**
**8250**
**FWD-P**

Your Carnival Luggage Tag
Instructions

Please print your name on each luggage tag and fold along the lines with the information facing out (ship's name, etc., should be visible). Once folded, staple or tape the tag around your luggage handle BEFORE you arrive at the cruise terminal.

Please limit checked luggage to no more than two bags per person for cruises of six days or more and a maximum of one suitcase per person for cruises of five days or less. Each bag must not weigh more than 50 pounds.

Checked luggage service is only available until two hours before the ship's published departure time. Guests arriving after this time will be responsible for taking their bags on board.

Bon Voyage!

STAPLE OR TAPE HERE