UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 1:20-cv-23463-XXXX
Magistrate Judge: Jonathan Goodman

MARIA PEREZ-SERA, )
 )
    Plaintiff, )
 )
v. )
 )
CARNIVAL CORPORATION, a Panamian )
Corporation, the owner and operator of the )
Trademark CARNIVAL CRUISE LINE, )
 )
    Defendant. )
_____/ )

## PLAINTIFFS' FACT WITNESS LIST

| PRESIDING JUDGE:<br><br>Hon. Marcia G Cooke | PLAINTIFFS' ATTORNEYS:<br><br>Deborah J. Gander<br>Colson Hicks Eidson | DEFENDANTS' ATTORNEYS:<br><br>Michael J. Drahos |
|---|---|---|
| TRIAL DATE: February 21, 2022 | COURT REPORTER: | COURTROOM DEPUTY: |

| Plf # | Def # | Live or by Depo | Direct (est.) | Cross (est.) | Address | Description of Witness |
|---|---|---|---|---|---|---|
| 1. | | Live | | | 265 NW 35 Avenue<br>Miami, FL 33125 | Maria del Carmen Perez-Sera<br><br>Plaintiff. Knowledge as to liability and damages |

1
**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008  Tel. (305) 476-7400 Fax (305) 476-7444**

| Plf # | Def # | Live or by Depo | Direct (est.) | Cross (est.) | Address | Description of Witness |
|---|---|---|---|---|---|---|
| 2. | | Live | | | 13201 SW 49 Street Miami, FL | Lucy Garcia<br><br>Knowledge as to liability and damages. Ms. Garcia was with Plaintiff when the incident occurred |
| 3. | | Live | | | 12844 SW 53 Street Miami, FL  33175 | Elizabeth Perez<br><br>Knowledge as to liability and damages. Ms. Garcia was with Plaintiff when the incident occurred |
| 4. | | Live | | | c/o Carnival Cruise Lines | Carnival Corporation Corporate Representative<br><br>Knowledge as to liability and damages |
| 5. | | Live | | | c/o Carnival Cruise Lines | Jagdish Pai<br><br>Chief Security Officer. Knowledge as to liability and damages. |
| 6. | | Live | | | c/o Carnival Cruise Lines | Arvind Lagas<br><br>Security Officer. Knowledge as to liability and damages |
| 7. | | Live | | | 1409 SW 19th Lance Cape Coral, FL  33991 | Eileen Smith<br><br>Scooter driver. Knowledge as to liability and damages. |

| Plf # | Def # | Live or by Depo | Direct (est.) | Cross (est.) | Address | Description of Witness |
|---|---|---|---|---|---|---|
| 8. | | Live | | | c/o Carnival Cruise Lines | Michelle Paz, RN<br>Carnival Horizon Medical Center<br><br>Ship nurse.  Knowledge as to liability and damages |
| 9. | | Live | | | c/o Carnival Cruise Lines | Xavier Rosales, RN<br>Carnival Horizon Medical Center<br><br>Ship nurse. Knowledge as to liability and damages |
| 10. | | Live | | | c/o Carnival Cruise Lines | Dr. Kenyo<br>Carnival Horizon Medical Center<br><br>Ship doctor.  Knowledge as to liability and damages |
| 11. | | Live | | | c/o Carnival Cruise Lines | Claudia Patricia Gonzalez Chagin, M.D.<br>Carnival Horizon Medical Center<br><br>Ship doctor. Knowledge as to liability and damages |
| 12. | | Live | | | 1150 Campo Sano Ave.<br>3rd Floor<br>Coral Gables, FL 33146 | Charles Javier Jordan, M.D.<br><br>Treating Orthopeadic Surgeon. Knowledge as to damages. |
| 13. | | Live | | | 1321 NW 14th St.<br>Miami, FL 33125 | Manuel Garcia-Frangie, MD<br><br>Rehabilitation Treating Physician. Knowledge as to damages. |
| 14. | | Live | | | 7265 SW 93 Ave<br>Suite #203<br>Miami, FL 33173 | Rosanna Buigas, M.D.<br><br>Primary Care Physician. Knowledge as damages. |

| Plf # | Def # | Live or by Depo | Direct (est.) | Cross (est.) | Address | Description of Witness |
|---|---|---|---|---|---|---|
| 15. | | Depo | | | 5000 University Dr. Coral Gables, FL 33146 | Any and all doctors who treated Ms. Perez-Sera at Doctors Hospital<br><br>Knowledge as to damages |
| 16. | | Live | | | 2525 SW 75 Ave., 3rd Floor Miami, FL 33155 | Any and all physical therapists at West Gables Health Care Center<br><br>Knowledge as to damages |
| 17. | | Depo | | | c/o Carnival Cruise Lines | Medical Records Custodian Carnival Horizon Medical Center |
| 18. | | Depo | | | 5000 University Dr. Coral Gables, FL 33146 | Medical Records Custodian Doctors Hospital |
| 19. | | Depo | | | 2525 SW 75 Ave., 3rd Floor Miami, FL 33155 | Medical Records Custodian West Gables Health Care Center |
| 20. | | Depo | | | 1150 Campo Sano Ave. 3rd Floor Coral Gables, FL 33146 | Medical Records Custodian Charles Javier Jordan, M.D. |
| 21. | | Depo | | | 1321 NW 14th St. Miami, FL 33125 | Medical Records Custodian Manuel Garcia-Frangie, MD |
| 22. | | Depo | | | 7265 SW 93 Ave Suite #203 Miami, FL 33173 | Medical Records Custodian Rosanna Buigas, M.D. |

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008  Tel. (305) 476-7400 Fax (305) 476-7444**

Plaintiff reserves the right to call any witness identified on Defendants' Fact Witness List. Plaintiff reserves her right to amend and supplement the discovery responses, as discovery progresses.

Respectfully submitted,

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
Tel.: (305) 476-7400
Fax: (305) 476-7444


By  /s/ Deborah J. Gander
Deborah J. Gander
Florida Bar No. 34363
Deborah@colson.com
Lina@colson.com
Eservice@colson.com


### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that, on March 19, 2021, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on Michael J. Drahos, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.com, and all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Deborah J. Gander*
Deborah J. Gander

Tort/Perez-Sera/Pleadings/Witness List