**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-23463-CIV-COOKE/GOODMAN**

MARIA PEREZ-SERA,

     Plaintiff,

v.

CARNIVAL CORP.,

     Defendant.

_____/

**POST-DISCOVERY HEARING ADMINISTRATIVE ORDER**

On December 14, 2021, the Undersigned held a Zoom teleconference hearing on the parties' discovery dispute. [ECF No. 36]. For the reasons stated on the record, the Undersigned **orders** and **adjudges** as follows:

The parties shall have until **December 23, 2021** to take Dr. Charles Jordan's deposition.

It appears to the Undersigned that Dr. Jordan and/or his office has been less than cooperative in scheduling the deposition, even though a subpoena for his deposition has, in fact, been served. The Undersigned appreciates the fact that Dr. Jordan is a busy surgeon. However, Dr. Jordan can, surely, find time to schedule a deposition between now and December 23, 2021. If the Court learns that Dr. Jordan is not cooperative going

forward, he may be confronted with other consequences.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on December 14, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
The Honorable Marcia G. Cooke
All Counsel of Record

2