UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:20-cv-23463-MGC

MARIA PEREZ-SERA,

     Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE.

     Defendant.

_____/

**DEFENDANT, CARNIVAL CORPORATION'S SUPPLEMENTAL RESPONSE TO
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION No. 29**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby

provides its Supplemental Response to Plaintiff's First Request for Production No. 29, and states

as follows:

29.     Statements given by any witness or any other person who may have knowledge of relevant facts, with respect to the incident/accident alleged in the Complaint, including those given at or near the time of the incident/accident by defendant's employees and while the facts of the incident(s)/accident(s) were still fresh in the memory of the witness.

**RESPONSE: Carnival previously disclosed it maintained a summary of an oral statement obtained from Eileen Smith on August 25, 2019 as part of the investigative SeaEvent Accident Report created by Arvind Lagas on behalf of Carnival Corporation in anticipation of litigation.**

**Pursuant to the parties' discovery agreement, and the particulars of this case given the passing of witness Eileen Smith, Carnival in good-faith produces those portions of its investigative SeaEvent Accident report that contain the summary of an oral statement obtained from Eileen Smith.  See GR000221.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on this 29th day of October, 2021 to: Deborah J. Gander, Esq., COLSON HICKS EIDSON Deborah@colson.com and Eservice@colson.com ,

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ W. Cooper Jarnagin*
   Michael J. Drahos
   Florida Bar No. 0617059
   W. Cooper Jarnagin
   Florida Bar No. 117767
   *michael.drahos@gray-robinson.com*
   *cooper.jarnagin@gray-robinson.com*
   *lilia.parker@gray-robinson.com*



08. Thereafter, Mrs. Smith was contacted at casino deck-4 mid ship and on query, she stated that while she was driving her electric scooter and taking a right turn in front of the Invicta Gift Shop deck-4 starboard side, heading to the forward, she suddenly noticed Ms. Perez falling down in front of her scooter, however she was not sure whether Ms. Perez fell down due to collision with her scooter.

09. Nevertheless, Ms. Smith was advised to be more careful while driving her electrical scooter in the public areas, to which she acknowledged, however declined to provide any written statement with regards to the accident.

GR000221