06/14/2018  09:18   2395745386   EILEEN   PAGE  02

*1800*
*5329225*

**Carnival**

**Mobility Questionnaire**

Carnival Cruise Line is committed to offering a quality cruise experience to all guests. To better accommodate your needs, please complete the following information. If you have any questions, please contact our Guest Access team at access@carnival.com.

**Booking Information**

Name: *EILEEN SMITH* *RoBerT HeLFicH*  Booking # *PLBP97*   Ship and Sail Date: *Horizon Ausust 30, 2019*   Stateroom: *6307*
Telephone: *2395745396*   Email Address: *EILEEN SMITH 5905@comcasT.NeT*

**Wheelchairs/Scooters**

Your personal wheelchair/scooter should be able to fit in a standard or ambulatory stateroom with a 22" entry doorway. Guests must bring their own wheelchair/scooter not to exceed 21" in width if purchasing a standard or ambulatory stateroom.  If your wheelchair/scooter is larger than 21", you must purchase a fully accessible stateroom or rent a smaller device. Carnival is unable to guarantee the exclusive use of a company wheelchair on board.  Scooters must be stored and batteries recharged in your stateroom. For safety reasons, wheelchairs and scooters cannot be stored in the corridors.  The Guest Services office cannot store personal scooters, nor be used to recharge batteries. Segways can only be used off the ship and must be stored in your stateroom.

| | |
|---|---|
| I will bring a wheelchair: | Yes: ☐ No: ☒ |
| Type: | Fold up: ☐ Electric: ☐ Scooter: ☒ |
| Wheelchair/Scooter Dimensions: | Weight: *STANDARD* lbs.Width: in. Length: in. Height: in |
| I will use my wheelchair/scooter: | At all times: ☒ Occasionally: ☐ Distance only: ☐ |
| Mobility Limitations: | No mobility: ☐ Limited: ☐ I am ambulatory (able to walk): ☒ |
| I am renting a wheelchair/scooter from: | ScootAround: ☐ Special Needs at Sea: ☐ Other: _*My OWN*_ |

Will you require a wheelchair transfer service (hydraulic lift) from the airport to the terminal? Special Transportation Service is only available for guests who have purchased transfers from Carnival Cruise Line:

Yes: ☐ No: ☒. If you answered yes, please list combined weight of passenger and device: _ _ lbs.

**Accommodations**

Standard staterooms and Ambulatory Accessible Cabins have doorways that are 22" wide.

The stateroom I reserved is a:

☐ Standard cabin
☒ FAC-SSA* (fully accessible-single side approach)

☐ FAC* (fully accessible)
☐ AAC*(ambulatory accessible cabin)

*ATTESTATION: I attest that I, or another person traveling in the same stateroom, have a recognized disability that alters a major life function and requires the features provided in the accessible stateroom that I have booked. Carnival Cruise Line reserves the right to take appropriate action against someone who has misrepresented their need for an accessible stateroom and has reserved or purchased such a stateroom. Action may include but is not limited to removal from the stateroom to a non-accessible accommodation, which may include a downgrade in accommodations, or denial of boarding.*

Should the features in the stateroom you selected not accommodate your needs, please contact our Guest Access team as soon as possible. *Eileen Smith*

Signature: *Robert Helfrich*   Date: *May 14, 2018*

Please email completed form to access@carnival.com. You may also send by fax: 1.800.532.9225, or mail to: Carnival Cruise Line, Guest Access Support Desk 3655 NW 87th Ave. Doral, FL. 33178  Mail Stop MSM2-400.

Updated 020518

GR000022