## Carnival Horizon Medical Department
**Guest Consultation Form**



| Date | MM/DD/YYYY 08/24/2019 | Time 8:25 | A.M. P.M. | PLEASE PRINT CLEARLY | | | | |
|---|---|---|---|---|---|---|---|---|
| **Full Name** | Last Name Perez | | First Name Maria del Carmen | | Cabin Number 8250 | | Folio Number 8534 | |

| Date of Birth | MM/DD/YYYY ___1954 | Age 65 | Street Address ████████████ | | | | | |
|---|---|---|---|---|---|---|---|---|
| City Miami | | State FL | Country USA | | Zip or Postal Code 33125 | | | |
| Phone Number 305-300-3578 | | Emergency Contact Name and Phone Number | ████████ Gladys Sena | | | | | |

Do you have any medical problems? **YES** / NO     *Married (-)kids +6 grad bunker*
If yes and any of these, **please encircle:**     *(-)etc (+)coffee 1 cup/day (-) smoke (-) exercise*

| | | | |
|---|---|---|---|
| Hypertension. ✓ | Depression. | Cancer. | Pulmonary Embolism. |
| Diabetes. ✓ | Anxiety. | Kidney stones. | Deep Vein Thrombosis. |
| Asthma. | Heart Problems. | Bleeding Disorder. | Back Problems. |
| COPD. | Alzheimer's. | Migraine. | Seizures. |
| Arthritis. | Thyroid Problems. | Stroke. | Diverticulosis. |
| Gout. | Osteoporosis. | Gastritis. | Previous surgery: |

Other, please list:

Are you taking ANY medication presently (including birth control pills and over the counter)?     **YES** / NO

If yes, please list:   *Insulin*
*Senvastatin*

Any FAMILIAL MEDICAL history? **YES** / NO   If Yes, Please specify
Paternal: _N/A_
Maternal: _KIDNEY_
Sibling: _N/A_

ALCOHOL: Beer ____/Week Wine____/Week Liquor____/Week

Any ALLERGIES? YES /**NO**
If Yes, Please list: _____

Do you smoke? YES /**NO**
If yes, how many sticks per day? _____
Do you Exercise? YES /**NO**   How many times a week:____

| For Medical Staff Only | BP 141/67 | HR 83/m | RR 20/r | Temp 98.6 | Spo2 96% | BS 322 | WT: 258 lbs | HT: 5'4" |
|---|---|---|---|---|---|---|---|---|

**Reason for Today's Visit:**

I am responsible for payment of all fees for physician and/or nurse consultations, medications, supplies provided onboard or shore side as well as any administrative fees and transportation costs related and incurred for the coordination of medical treatment for myself or my child. The fees will be applied to my Sail and Sign card. If my Sail and Sign account does not have sufficient funds to cover the cost of all medical services and supplies provided during the cruise, shipboard or shore side, I will be responsible for providing alternative form of payment, which may include signing a promissory note.

SIGNATURE: **X** Maria del Carmen Perez

GR000174

## CASE SUMMARY

HZ0323201531C - Carnival Horizon - HZ20190824008 (Aug 24, 2019 - Sep 1, 2019) - Aug 24, 2019 21:28 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 8535 | PEREZ, MARIA | ███ 1954 | F | 8250 |

### Triage

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Aug 26, 2019 18:25 UTC-04:00 | Paz, Michelle RN | Injury |

PRIORITY
NON-URGENT

CHIEF COMPLAINTS
**Patient attends clinic for Follow up visit**

NOTES
The guest returned on a wheelchair accompanied by her family.
She was reviewed by Dr. Claudia.

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Aug 24, 2019 20:30 UTC-04:00 | Rosales, Xavier RN | Injury |

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for slipped and fell**

NOTES
Responded to a 911 call in Casino gift shop for a Guest who slipped and fell
Guest was conscious and vital signs were stable
Guest was brought to MC for knee Xray
Vital signs were taken
Knee xray was done (KV 73 mAs 8)
lead barrier provided
Seen and examined by Dr Kenyo
Abrasions on the right shoulder was cleaned

### Vitals

| DATE | PERFORMED BY |
|---|---|
| Aug 26, 2019 18:13 UTC-04:00 | PAZ, MICHELLE RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 99.7 F 37.6 C O | 153/76 RA sit | 101 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 81 bpm reg Radial | 99 SpO2 Finger Room air | 12 breaths/min |

A.V.P.U

A

COMMENTS

--

GR000175

| DATE | PERFORMED BY | |
|---|---|---|
| Aug 24, 2019 20:28 UTC-04:00 | ROSALES, XAVIER RN | |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.6 F 37 C O | 141/67 LA lie | 91 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 83 bpm reg Brachial | 96 SpO2 Finger Room air | 20 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 322 mg/dL 17.9 mmol/L R | A | 6 |
| CAPILLARY REFILL | HEIGHT | WEIGHT |
| 1 seconds Peripheral | 5 ft 4 in | 117 kg Stated |
| BODY MASS INDEX | | |
| 44.28 BMI | | |
| COMMENTS | | |
| -- | | |

## Allergy

No Known Allergies.

## Medical History

| DATE ONSET | DATE OF RESOLUTION | DOCUMENTED BY |
|---|---|---|
| -- | -- | Gonzalez Chagin, Claudia Patricia MD |

CONDITION
**I10 - Essential (primary) hypertension** | Chronic Illness |

NOTES
--

| DATE ONSET | DATE OF RESOLUTION | DOCUMENTED BY |
|---|---|---|
| -- | -- | Gonzalez Chagin, Claudia Patricia MD |

CONDITION
**E11 - Type 2 diabetes mellitus** | Chronic Illness |

NOTES
--

## Social History

FAMILY

Marital Status:                    Married

GR000176

| | |
|---|---|
| Education level: | High School Graduate |
| Occupation: | bank employee |
| Diet: | Diabetic diet |

**SMOKING**

| | |
|---|---|
| Smoking History: | No |

**ALCOHOL**

| | |
|---|---|
| Alcohol History: | No |

**RECREATIONAL DRUGS**

| | |
|---|---|
| Recreational Drugs Use: | No |

**CAFFEINE**

| | |
|---|---|
| Caffeine Use: | Yes |
| Type: | Coffee |
| How many cups a day? | 1 |
| Since what age? | 20 years old |

**EXERCISE**

| | |
|---|---|
| Exercise: | No |

# HPI

DATE
Aug 27, 2019 00:06 UTC-04:00

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

FOLLOW UP
Patient with a right knee contusion two days ago, I called her to follow up to clean the wounds and to review the Xray again, she complains she can not walk because of the pain on the right knee
Xray shows signs of degenerates changes on the night however, she has a deformity of the right lateral tibial plateau which may represent acute fracture. So, I decide to apply a knee brace until she can be evaluated by her orthopedist at home to rule out a fracture.
I clean the abrasion on the right forearm with saline, apply antibiotic ointment and cover with a dressing.

DATE
Aug 25, 2019 14:27 UTC-04:00

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

INJURY ON THE RIGHT KNEE AND RIGHT ARM

Delay Note August 24, 2019, 08:30 PM.

CREW, Female, 65 y/o. Past medical history of Type 2 and Hypertension, medication as charted. She denies alcohol consumption.

Guest came into the Medical Center in a wheelchair accompanied by her family complaining of other guest ran over her with the scooter near to the casino at 8:00 pm. She states that she felt over her both knees and has got a bruising and laceration on the right arm she is unable to walk in the MC.

She denies LOC, dizziness, head trauma or other trauma.

X-ray of the knee was done and shows degenerative changes with arthrosis without a fracture.

## Review of Systems

DATE
Aug 27, 2019 18:00 UTC-04:00

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

REVIEW OF SYSTEMS

Patient **states** Joint aches, pains or stiffness, Joint swelling, Bruising

Patient **denies** Change in appetite, Fever, Tiredness, Cough dry, Cough with sputum, Coughing up blood, Difficulty breathing, Wheeze/Asthma, Chest pain on breathing, Shortness of breath with exercise, Shortness of breath at night, Chest pain on exercise, Palpitations, Ankle swelling, Painful leg with exercise, Weight loss or gain, Abdominal pain, Indigestion Heartburn, Painful or difficulty swallowing, Nausea, Vomiting, Diarrhea, Constipation, Rectal bleeding, Urination frequency, Nightly urination, Painful urination, Blood in urine, Poor stream, Urinary incontinence, Headaches, Dizziness, Tingling/Numbness, Weakness, Tremor, Fits/Seizures, Black-outs, Fecal incontinence, Visual disturbances, Neck swelling, Increased thirst, Muscle weakness, Lumps/bumps, Ulcers, Rashes, Itchy skin, Changes to a mole

DATE
Aug 24, 2019 21:00 UTC-04:00

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

REVIEW OF SYSTEMS

Patient **states** Joint aches, pains or stiffness, Bruising

Patient **denies** Change in appetite, Fever, Tiredness, Cough dry, Cough with sputum, Coughing up blood, Difficulty breathing, Wheeze/Asthma, Shortness of breath with exercise, Shortness of breath at night, Palpitations, Ankle swelling, Weight loss or gain, Abdominal pain, Indigestion Heartburn, Painful or difficulty swallowing, Nausea, Vomiting, Headaches, Dizziness, Tingling/Numbness, Weakness, Tremor, Fits/Seizures, Black-outs, Fecal incontinence, Visual disturbances, Neck swelling, Menstrual disturbance, Increased thirst, Sweating, hot flashes, Joint swelling, Lumps/bumps, Ulcers, Rashes, Itchy skin

## Physical Examination

DATE
Aug 26, 2019 18:00 UTC-04:00

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.

SKIN
Color appropriate for race, no moles, lesions, or scarring noted. Skin warm, dry, and intact without scaling or flaking, no erythematous areas.

GR000178

MUSCULOSKELETAL

Knees: Inspect for symmetry, boney deformity, varus or vulgus deviation: Normal. AROM: flexion, extension: Abnormal. Passive range of movement: Abnormal. Muscle strength and tone: Abnormal. Palpation: joint structure: Abnormal.

Comments: Right Knee: Mild Swelling and bruising. Musculature symmetric bilaterally.

No Crepitus noted during palpation of the patella.

No Tenderness of the patella

Mild Tenderness at the fibular head.

Unable to flex the knee to 90 degrees.

Unable to bear the weight

Evaluation of Anterior/ Posterior Cruciate Ligaments and Collateral Ligaments are not evaluable because of pain.

The distal perfusion is normal. Toes sensitivity is normal..

NEUROLOGICAL

Higher cortical function: Normal.

PSYCHIATRIC

Demonstrates good judgment and reason, without abnormal affect or abnormal behaviors during the examination.

| DATE | PERFORMED BY |
|------|--------------|
| Aug 24, 2019 21:00 UTC-04:00 | Gonzalez Chagin, Claudia Patricia MD |

GENERAL

Well developed, well nourished, alert and cooperative, and appears to be in no acute distress. No lymphadenopathy detected.

SKIN

Acute Wounds: Wounds visible. Comments: superficial and linear abrasions on the right arm. I cleaned the area with iodine, apply antibiotic ointment, gauze, and cotton bandage.

MUSCULOSKELETAL

Knees: Inspect for symmetry, boney deformity, varus or vulgus deviation: Normal. AROM: flexion, extension: Abnormal. Passive range of movement: Abnormal. Muscle strength and tone: Normal. Palpation: joint structure: Abnormal.

Comments: RIGHT KNEE: Superficial abrasion 1 cm in diameter

NO Erythema, swelling, bruising, or discoloration. Musculature symmetric bilaterally.

No Crepitus noted during palpation of the patella.

Mild Tenderness of the patella.

No Tenderness at the fibular head.

Unable to flex the knee to 90 degrees.

Unable to bear weight in the MC.

Evaluation of Anterior/ Posterior Cruciate Ligaments and Collateral Ligaments are not evaluable because of pain.

The distal perfusion is normal. Toes sensitivity is normal..

NEUROLOGICAL

Higher cortical function: Normal. Mood and affect: Normal. Mental status: Alert and Oriented. Memory: Normal. Speech and language: Normal.

PSYCHIATRIC

Demonstrates good judgment and reason, without abnormal affect or abnormal behaviors during the examination.

## Nurse Orders

| STATUS | TASK | ORDERED | ORDER ID |
|--------|------|---------|----------|

GR000179

| **Completed** | KNEE X-RAY, DIGITAL SERIES<br>& RADIOLOGIST'S REPORT | Aug 24, 2019 21:41 UTC-04:00<br>by Rosales, Xavier RN | 580986 |
|---|---|---|---|
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
| once | -- | -- | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Rosales, Xavier RN | Aug 24, 2019 21:41<br>UTC-04:00 |

DOCUMENTS

Maria Perez 8250 HZ20190824008 Xray report 08272019

MARIA PEREZ 8250 HZ20190824008 XRAY 082420191.jpg

MARIA PEREZ 8250 HZ20190824008 XRAY 082420192.jpg

MARIA PEREZ 8250 HZ20190824008 XRAY 082420193.jpg

MARIA PEREZ 8250 HZ20190824008 XRAY 082420194.jpg

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

## Current Medications

HUMULIN R 100 UNITS/ML VIAL

SIMVASTATIN 10 MG TABLET

NAPROXEN 500MG PO
1 Tablet every twelve(12) hours starting Aug 24, 2019 21:46 UTC-04:00 for 5 day(s)

## New Medications

NAPROXEN 500MG PO
1 Tablet every twelve(12) hours starting Aug 24, 2019 21:46 UTC-04:00 for 5 day(s)

## Diagnosis

| DIAGNOSED DATE<br>Aug 27, 2019 | PERFORMED BY<br>Gonzalez Chagin, Claudia Patricia MD |
|---|---|
| TYPE<br>Final | DIAGNOSIS<br>**S83.4 - Sprain and strain involving (fibular)(tibial) collateral ligament of knee** |
| NOTES<br>-- | |

| DIAGNOSED DATE<br>Aug 27, 2019 | PERFORMED BY<br>Gonzalez Chagin, Claudia Patricia MD |
|---|---|
| TYPE<br>Differential | DIAGNOSIS<br>**S82.2 - Fracture of shaft of tibia** |

GR000180

NOTES
rule out a tibial plateau fracture

DIAGNOSED DATE
Aug 25, 2019

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

TYPE
Final

DIAGNOSIS
**T00.6 - Superficial injuries involving multiple regions of upper limb(s) with lower limb(s)**

NOTES

DIAGNOSED DATE
Aug 25, 2019

PERFORMED BY
Gonzalez Chagin, Claudia Patricia MD

TYPE
Differential

DIAGNOSIS
**S80.0 - Contusion of knee**

NOTES
right knee

## Referrals

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | ORTHOPEDICS REFERRAL | | Aug 27, 2019 00:59 UTC-04:00 by Gonzalez Chagin, Claudia Patricia MD | 963402 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | SELF-PAY |
|---|---|---|---|---|
| once | MIAMI | -- | Thank you for seeing this 65 year old female. | Yes |

| ACTION | USER | DATE | |
|---|---|---|---|
| Completed | Gonzalez Chagin, Claudia Patricia MD | Sep 13, 2019 22:59 UTC-04:00 | |
| FINDINGS | | | COMMENTS |
| no data | | | . |
| REVIEW | | | |

.

— *by Gonzalez Chagin, Claudia Patricia MD on Sep 13, 2019 22:59 UTC-04:00*

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | PERFORMED BY | DATE |
|---|---|---|
| **Discharge from clinic, follow up required** | Gonzalez Chagin, Claudia Patricia MD | Aug 25, 2019 23:24 UTC-04:00 |

GR000181

COMMENTS

I explain clearly and slowly to the patient her medical condition, the results of the X-ray, the medical plan, possible risk and complications of her actual medical condition and possible side effects of the treatment prescribed yesterday. I order a knee brace. She should request a follow-up visit with her orthopedist as soon as possible to undergo MRI or Knee CT scan to rule out a fracture or ligament injury. Injury report to CCL was done. I give to the patient the opportunity for questions and answers and I cleared all the doubts to the patient in simple terms and in medical terms. The patient understands and accepts everything I explained. The patient leaves the MC in a wheelchair and satisfied.

DISCHARGE DOCUMENTS

Instructions

Prescriptions

| MEDICAL DEPARTMENT DECIDED TO | PERFORMED BY | DATE |
|---|---|---|
| **Discharge from clinic, follow up required** | Gonzalez Chagin, Claudia Patricia MD | Aug 25, 2019 00:02 UTC-04:00 |

COMMENTS

I explain clearly and slowly to the patient her medical condition, the medical plan, possible risk and complications of her actual medical condition and possible side effects of the treatment prescribed. I explain to the patient as time passes, the pain should improve within 5 to7 days. I recommend to the patient request a follow-up visit with her physician as soon as gets home to decide if she has to undergo MRI or can start flexibility and strengthening exercises. Injury report to CCL, no USCG reportable because it was not more than Firs aids. I give to the patient the opportunity for questions and answers and I cleared all the doubts to the patient in simple terms and in medical terms. The patient understands and accepts everything I explained. The patient leaves the MC in a wheelchair and satisfied.

DISCHARGE DOCUMENTS

Clinical Note

Instructions

Prescriptions

PATIENT SIGNATURE

PEREZ, MARIA
Aug 25, 2019 12:09 UTC-04:00

INSTRUCTIONS

GR000182

Case 1:20-cv-23463-MGC   Document 42-6   Entered on FLSD Docket 12/29/2021   Page 10 of 15

Local ice 3 time daily

INSTRUCTIONS

Local ICE

# Injury

| Injury Severity<br>First Aid | Injury Date<br>Aug 24, 2019 20:30<br>UTC-04:00 | Treating Doctor ID Number<br>509452 | SeaEvent Report<br>Number<br>CCLHZHEA2019<br>00211V |
|---|---|---|---|
| Date Requested Medical Attention<br>Aug 24, 2019 21:00 UTC-04:00 | Date First Seen By<br>Medical Staff<br>Aug 24, 2019 21:28<br>UTC-04:00 | Location Where First Seen By<br>Medical Staff<br>At the Scene of the Accident | |
| Injury Type<br>Bruise/Contusion | Severity of Vision<br>Impairment<br>-- | Direct Injury Cause<br>Fall on Same Level (Trip) | |
| General Body Region<br>Lower Limb | Specific Body Part<br>Knee | Disposition<br>Return to Normal Activity | |
| Duration of Admission to Ship's Medical Center<br>-- | Date Pronounced<br>Dead<br>-- | | |
| Date of Disembarkation<br>-- | Disembarkation<br>Method<br>-- | Was the Patient Taken to a<br>HealthCare Facility?<br>-- | |

Could Pre-Existing Medical Conditions(s) Have
Contributed To The Incident?
No

Could Alcohol/Drugs Have Contributed To The Incident?
No

GR000183

# X-Ray Report

**PATIENT:**   PEREZ MARIA                           **DOB:** ▮▮▮▮ 12:00:00 AM
**PATIENT ID:**  205205                              **DOS:** 8/24/2019 12:00:00 AM
**REFERRING PHYSICIAN:**   CLAUDIA GONZALEZ DR.
**INSTITUTION:** CARNIVAL HORIZON

EXAM DESCRIPTION:
XR KNEE 4 OR MORE VIEWS

CLINICAL HISTORY:
65 years Unknown, KNEE PAIN POST FALL

COMPARISON:
None.

FINDINGS: 4 films obtained.

There is a deformity of the right lateral tibial plateau with soft tissue swelling and joint effusion. No definite dislocation appreciated. Dense vascular calcifications.

IMPRESSION:

Deformity of the right lateral tibial plateau which may represent acute fracture. No definite dislocation.

Electronically signed by: Nelson Uzquiano MD 8/26/2019 2:28 PM CDT Workstation: 109-1252

M.D.
Community Radiology Associates, PA
8/26/2019 2:29:06 PM
Transcribed by:

GR000184



MARIA PEREZ 8250 HZ20190824008 XRAY 082420192.jpg

GR000185



MARIA PEREZ 8250 HZ20190824008 XRAY 082420193.jpg

GR000186



MARIA PEREZ 8250 HZ20190824008 XRAY 082420194.jpg

GR000187



MARIA PEREZ 8250 HZ20190824008 XRAY 082420191.jpg