# X-Ray Report

**PATIENT:**   PEREZ MARIA
**PATIENT ID:**   205205
**REFERRING PHYSICIAN:**   CLAUDIA GONZALEZ DR.
**INSTITUTION:** CARNIVAL HORIZON

**DOB:** ▮▮▮▮ 12:00:00 AM
**DOS:** 8/24/2019 12:00:00 AM

EXAM DESCRIPTION:
XR KNEE 4 OR MORE VIEWS

CLINICAL HISTORY:
65 years Unknown, KNEE PAIN POST FALL

COMPARISON:
None.

FINDINGS: 4 films obtained.

There is a deformity of the right lateral tibial plateau with soft tissue swelling and joint effusion. No definite dislocation appreciated. Dense vascular calcifications.

IMPRESSION:

Deformity of the right lateral tibial plateau which may represent acute fracture. No definite dislocation.

Electronically signed by: Nelson Uzquiano MD 8/26/2019 2:28 PM CDT Workstation: 109-1252

M.D.
Community Radiology Associates, PA
8/26/2019 2:29:06 PM
Transcribed by:

GR000184