INDEX OF PROCEEDINGS

CONTINUATION DEPOSITION OF MARIA PEREZ-SERA

                                                    PAGE NO.

DIRECT EXAMINATION BY MR. JARNAGIN                    109
CROSS EXAMINATION BY MS. GANDER                       151
REDIRECT EXAMINATION BY MR. JARNAGIN                  154

CERTIFICATE OF OATH FOR INTERPRETER                   156
CERTIFICATE OF OATH                                   157
CERTIFICATE OF REPORTER                               158
ERRATA                                                159

INDEX OF EXHIBITS

PLAINTIFF'S EXHIBITS

NO.                    DESCRIPTION                    PAGE NO.


* * * * * *NONE* * * * * *




DEFENDANT'S EXHIBITS

NO.                    DESCRIPTION                    PAGE NO.

Exhibit F     Carnival Horizon itinerary              110
Exhibit G     Doctors Hospital                        121
Exhibit H     Discharge summary                       131
Exhibit I     Ph.D report                             133
Exhibit J     Dr. Jordan final report                 140

THE COURT REPORTER:  The attorneys participating in this deposition acknowledge that I, the court reporter, am not present with the witness and that I will be reporting the proceedings and administering the oath remotely.

The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.  Please indicate your agreement by stating your name and your agreement on the record.

MS. GANDER:  Deborah Gander.  I am counsel for plaintiff Maria Perez-Sera and I agree.

MR. JARNAGIN:  Cooper Jarnagin.  Counsel for Carnival Corporation and I agree.

EVELYN PEREZ,

The interpreter, was sworn to truly and correctly translate English into Spanish and Spanish into English:

THE INTERPRETER:  Yes, I do.

MARIA PEREZ-SERA,

A witness herein, acknowledged having been duly sworn and testified upon her oath as follows:

THE WITNESS:  Yes.

DIRECT EXAMINATION

BY MR. JARNAGIN:

Q.  Good afternoon, Ms. Perez-Sera.  My name is

Cooper Jarnagin.  I'm the attorney on behalf of Carnival Corporation.

This a continuation of your deposition previously taken on June 24th, 2021.  The same instructions for the last deposition still apply.

So if at any time you need a break or need to pause, please let me know and I will provide that to you. We do have a Spanish interpreter present, so please allow her to read back my questions to you in Spanish completely before you answer.

So, Ms. Perez-Sera, I'll begin by marking as Exhibit F the itinerary for the cruise ship.

(Defendant's Exhibit No. F was Marked for Identification.)

BY MR. JARNAGIN:

Q.    Are you able to see that on your screen?

A.    Yes.

MS. GANDER:  Cooper, can you zoom in a little bit?

MR. JARNAGIN:  Yes.

BY MR. JARNAGIN:

Q.    Ms. Perez-Sera, on August 26, 2019, it appears that Carnival Horizon was in Grand Turk.  Did you get off of the ship that day and go into Grand Turk?

A.    No.  I could not get off.

Q.   Do you recall what you were doing on the ship that day on Monday August 26?

A.   Yes, I could not get off of the boat.  I stayed in the room.

Q.   Did you remain in your cabin the entire day on August 26?

A.   Well, no.  In the evening we were in a group and when my family returned from the outing at Grand Turk that they went -- they was going to pick me.  And we went to dinner and so on.

Q.   Did any family member remain behind with you in the cabin on August 26?

A.   My father.

Q.   When you went to dinner in the evening on August 26, how did you get to the restaurant where you ate?

A.   In a wheelchair.

Q.   At any point on August 26 did you walk on your legs without the assistance of a wheelchair?

A.   Okay.  Well, the chair did not fit.  So then in order to enter the room, I would get up for them to put the chair in and I will sit down in the chair again.  And the same to exit.

Q.   When you went to dinner in the evening, were you able to use the wheelchair --

THE INTERPRETER: I'm sorry, counsel, the interpreter is getting like kind of an echo. I'm not sure if I should log out or perhaps I have another device. I've never had any problems with this device, but it's not coming through clearly that I can understand every word.

MR. JARNAGIN: Okay. Go ahead and do that real quick.

THE INTERPRETER: Let me go ahead and log in with the other device and see if that makes a difference. I apologize.

MR. JARNAGIN: No problem.

(A break was taken.)

MS. GANDER: I'm going to put myself on mute so I don't create any interference. But if I have to jump in for a second late, please record the objection. And if there's something that may risk attorney/client privilege, I'm going to hold my hand up and ask that Ms. Perez not speak if I'm holding my hand up.

And, madam interpreter, would you please give her that instruction that if she sees my hand go up to stop speaking because I need to time to make an objection? Okay? I can't hear the interpreter. Now you have an echo.

THE INTERPRETER:  Yes, she can hear me.  All right.

BY MR. JARNAGIN:

Q.   Ms. Perez-Sera, on the evening of August 26 did you go anywhere else on the ship other than the restaurant for dinner?

A.   We ate and then we remained sitting down at a space that we could sit down.  Some of them went to walk out and about, but others stayed with me.

Q.   After you and those certain family members stayed with you, did you go directly to your cabin afterwards on the evening of August 26?

A.   Yes, they brought me.

Q.   On August 26, other than transferring from your wheelchair while you were in your cabin, did you walk on your two legs whatsoever?

A.   No.  They brought me up to the bed.

Q.   Now looking at the itinerary, the Carnival Horizon appears to have been in the Dominican Republic on Tuesday August 27.  Did you get off the ship that day?

A.   No.  Because you have to get on a boat in order to go to where they were going to La Romana.  So my father and I stayed in the cabin again.

Q.   On August 27 did you go anywhere on the ship other than your cabin?

A.   In the evening when they returned that we went to eat.

Q.   Do you know where on board you ate?

A.   On the restaurant that they have inside.

Q.   Did you attend the medical facility on board on August 27?

A.   I don't remember.

Q.   On August 27 did you go anywhere else on board other than the inside restaurant?

A.   The same thing that on the 26 we stayed around there because there is a part that you can hang around, they sing and they play music and so we stayed around there watching.

Q.   This area where you sat was there a venue like a nightclub or a lounge?

A.   Well, not exactly.  But they would play music.

Q.   Other than the restaurant and sitting in that area, do you recall going anywhere else on board the ship on August 27?

A.   To the casino with my family.  I would sit at the entrance and they would go ahead and play.

Q.   Did you go anywhere else on the ship on August 27?

A.   Not that I remember.

Q.   When you visited these locations on the ship on

August 27, was that always through the use of your wheelchair?

A.   All the time I was on the wheelchair.

Q.   At any point on August 27 did you walk using your legs on board?

A.   No.

Q.   On August 28th while the ship was in Curaca, did you leave the vessel and go portside?

A.   I went out on the wheelchair because it was at the port.  So we really did not have to go anywhere and I used the wheelchair and that's what we did.

Q.   How long were you off the ship for in Curaca?

A.   The same time that they said.  I think the time that they said was one p.m., around one p.m., I don't remember.  And then we came back at nighttime.

Q.   In Curaca did you actually explore the area where the ship was stopped or did you simply get off the ship and stay at the ports?

THE INTERPRETER:  Please allow the interpreter time, the interpreter has to hear, take some notes and render the interpretation so no details are missed.  Please continue.

A.   Well, we passed the bridge and on the first -- the first little spot where they sell refreshments and other snack stuff there was a table and we stayed

there -- I stayed there and some of my relatives stayed with me and others went out and about to walk.  And so we stayed at the entrance of that bridge.

BY MR. JARNAGIN:

Q.    When you were in Curaca, did you use your wheelchair the entire time without the use of your legs?

A.    At all times.  All of the time.

Q.    When you returned to the ship the evening of August 28th, do you recall if you did anything on board that evening?

A.    That night I don't remember if we went to eat, but I would imagine.  And the same thing that every night we will stay around there.

Q.    So from August 29th until you disembarked the ship did you always have complete access to your wheelchair to move about the ship?

A.    Exactly.

Q.    Moving to Thursday August 29th while the ship was in Aruba, did you get off the ship that day?

A.    Well, on the wheelchair we went out on the transport, like a bus and it had a lift and it lift me all the way to the top.  And then we went to a factory, an aloe vera factory and they took us out and about throughout Aruba.  Everything was on the wheelchair.

Q.    When you returned on August 29th to the ship,

did you again go out to a restaurant that evening through the use of your wheelchair?

A.   Exactly.

Q.   Do you recall if you did anything else on board the evening of August 29th?

A.   The same thing every day.  Eating and go around there where we would listen to the music and sometimes we would go into the casino and so on.

Q.   Okay.  Going into Friday August 30th, the ship was at sea that day, do you recall what you did on board on August 30th?

A.   We went upstairs to have breakfast and then the same thing being around on the surrounding.

Q.   After the time that you became injured on August 24th, other than using your legs to get off of your wheelchair in the cabin to transfer to your bed, did you ever walk using your legs?

THE INTERPRETER:  That was August 29th, counsel, or August 24th?

MR. JARNAGIN:  The date of the accident was August 24th.

THE INTERPRETER:  Okay.  Thank you.

A.   I will get up in front of the door, they would close the chair, they will pass the chair through to the inside and then I would sit again all the way to the bed.

And the same thing to exit.

Q.   After the time of your injury on August 24th until you left the ship, did you ever walk upright on your two legs?

A.   Only to get up to sit down or get out of the chair.

Q.   After the date of your injury on August 24th, did the pain that you experienced improve or change in any way throughout the voyage?

A.   Well, under the strength of the pills and the painkillers.  They gave me painkillers for five days and I could combine it with Tylenol which I could do that.  I was able to do that.

Q.   So during the time that you were on board the Horizon after the incident, were you experiencing pain in your legs if you had taken the medication?

A.   Yes.

Q.   What kind of pain and when would you experience it?

A.   Sometime I would try to get up and it was unbearable.

Q.   Did you experience any pain if you were using your wheelchair or simply laying in bed?

A.   It was very uncomfortable.  The door of the cabin was very narrow.  Those doors are very narrow and

the chair didn't fit through.  So it wasn't easy to try to show that I was fine when I wasn't because we were in a group.

Q.   Ms. Perez-Sera, the records show that your last visit to a medical facility was on August 27.  Do you have any recollection of ever going back to the medical facility on board after August 27?

A.   No.  I don't remember.

Q.   Based on the itinerary the ship returned to Miami, Florida on August 31st.  Do you recall about what time you left the vessel?

A.   Perhaps nine.  I don't remember exactly.  But perhaps between eight to nine p.m.  I don't remember well.

MS. GANDER:  I believe they came back early because of a hurricane and so they actually came in earlier than August 31st.

MR. JARNAGIN:  Okay.

BY MR. JARNAGIN:

Q.   So, Ms. Perez-Sera, your recollection is disembarking the vessel during the evening maybe sometime between eight and nine p.m.?

A.   Yes.

Q.   Do you recall if you left the vessel on a Friday evening on August 30th?

A. No. It was on the 31st, which was Saturday. That was also my dad's birthday. That's a coincidence.

MR. JARNAGIN: Okay. You guys mind if we take a five minute bathroom break?

MS. GANDER: Okay.

(A break was taken.)

BY MR. JARNAGIN:

Q. Ms. Perez-Sera, after your incident on board, did you ever make a request to the ship to change your cabin to accommodate the wheelchair?

A. I thought that they were going to ask me, that they were going to accommodate me. Because even when I was going to bathe, I would have -- I would have to bathe on the handicap bathroom from the hallway.

Q. So did you ever specifically make a request to the ship that your cabin be changed while you were on board?

A. No.

Q. When you disembarked the Horizon on August 31st were you using a wheelchair?

A. All the way to the car.

Q. So you used the wheelchair until you reached the car in the parking lot or the parking deck of the port?

A. Yes. My cousin have the car parked there and

he went to pick it up and he picked me up.

Q.    What's your cousin's name?

A.    Jorge Perez.

Q.    Once you were in the car, where did you drive to with -- actually strike that question.  Did Jorge drive you to your next location after you left the parking lot of the port?

A.    Yes.  We passed by the house to drop off my father and then we went to the hospital.

Q.    Did you leave Jorge's car when you dropped your father off at his house?

A.    No.

MR. JARNAGIN:  I'm going to mark as Exhibit G a record from Doctors Hospital dated August 31st, 2019.

(Defendant's Exhibit No. G was Marked for Identification.)

MS. GANDER:  Does it have a Bates number on it?

MR. JARNAGIN:  It will.  And the Bates number is Perez Sera 48.

BY MR. JARNAGIN:

Q.    Ms. Perez-Sera, this is a record and it shows the encounter time as being 2300 hours 59 minutes.  Did you get to Doctors Hospital at around midnight on August 31st?

A.    I do not remember.

Q.    About what time did you arrive at Doctors Hospital on August 31st?

A.    That I remember it was before midnight, if I remember well.

Q.    Was it an hour before midnight?  Two hours before midnight?  About what time if you could tell me?

A.    No.  We took the trip as I explained to you from the boat to the house to drop off my dad and then we continued to the hospital.  I don't know what hour it was exactly.

Q.    And Jorge drove you to Doctors Hospital; is that right?

        THE INTERPRETER:  I'm sorry, counsel, it wasn't heard by the interpreter the question.

BY MR. JARNAGIN:

Q.    And Jorge drove you to Doctors Hospital that night; correct?

A.    Correct.

Q.    When you arrived to Doctors Hospital, what did you tell the hospital you were presenting for?

A.    That I had had an accident and my leg was hurting.

Q.    Which leg was hurting?

A.    Both.

Q.    Was one leg hurting more than the other when you first presented to the Doctors Hospital and did you explain that to the doctors?

A.    One was hurting more.

Q.    Which one, interpreter?

A.    The right one was hurting more.

Q.    What did Doctors Hospital do to treat your complaints of pain that night you presented on August 31st?

A.    Well, they did X-rays and I had to go to the orthopedic doctor, but not that night.  The next day I would imagine because he was on vacation and it was a matter of surgery.

Q.    When you presented to Doctors Hospital the night of August 31st, were you able to walk upright on your own two legs?

A.    No.

Q.    Were you unable to walk upright at night due to pain that you felt in the leg?

THE INTERPRETER:  The interpreter needs a repetition of the question.  It wasn't heard.

BY MR. JARNAGIN:

Q.    Were you unable to walk upright the evening of August 31st due to pain in both of your legs?

A.    Exactly.

Q.    The evening of August 31st did you receive any treatment other than X-rays of your legs?

A.    That I remember, no, they only gave me for the pain.

Q.    Did you receive diagnostic imaging from Doctors Hospital for both legs on the evening of August 31st or just one?

A.    The doctor came and he told me that I had a fracture.

Q.    On the evening of August 31st when you presented for treatment at Doctors Hospital, did you have diagnostic imaging on both legs or one leg?

A.    That I remember, yes, of both legs.  And he told me that I had a fracture on both legs.

Q.    Were you told about the fracture on both legs when you first presented on August 31st at Doctors Hospital after having diagnostic imaging taken or did this come later in your treatment?

THE INTERPRETER:  I'm sorry, the interpreter needs a repetition.

BY MR. JARNAGIN:

Q.    Did you receive the diagnosis of a fracture to both legs when you first presented to Doctors Hospital on August 31st or did you receive that diagnosis at a later time?

THE INTERPRETER:  Thank you.

A.    No.  When he came, he told me that both.  The tibia.

BY MR. JARNAGIN:

Q.    Who said that to you and when did they say that?

A.    The doctor from the emergency on that night.

Q.    How long were you at Doctors Hospital on the evening of August 31st?

A.    How long did I spend there?

Q.    Yes.

A.    Well, that night they put me to -- they put me into a room because they told me I had to stay.  So it was the 31st, the first, the second and then the third. And then on the evening or the night of the third they operated on me.

Q.    Okay.  So once you presented to Doctors Hospital on August 31st, you did not leave the hospital until September 6th when you were discharged; is that correct?

A.    Correct.

Q.    Who was the doctor that told you that you would need to have surgery on your right leg?

A.    Since it was a long weekend, the doctor that was covering the doctor that operated on me, I believe it

was like that.

Q.   Do you recall the name of the doctor that told you you would need a surgery for your right leg?

A.   No.

Q.   Do you recall why the doctor told you that you would need a surgery for your right leg?

A.   Because the tibia had like moved out of its place.

Q.   Did you discuss with that doctor whether any other treatment was available other than surgery?

A.   He told me that I had to have surgery.

Q.   As far as your treatment at Doctors Hospital, you also had your left leg examined; correct?

A.   Correct.

Q.   What's your understanding of how the doctors diagnosed your left leg?

A.   Well, that I had a fracture and they were going to put like a cap or something like that.  I don't know if that is the correct name for it.

Q.   Did you have a discussion with the doctors about whether the left leg fracture was an old injury?

A.   No.

Q.   Were you ever told by a doctor at Doctors Hospital that your left leg fracture was caused by the incident on board the cruise ship?

THE INTERPRETER: I'm sorry, was caused by?

MR. JARNAGIN: The incident on board the cruise ship.

THE INTERPRETER: Thank you.

A. Well, when they told me, they told me you have a fracture in both legs. One needs surgery, the other one not.

BY MR. JARNAGIN:

Q. At any point did you tell the doctor at Doctors Hospital that the left leg fracture was from a previous injury and perhaps you had bruised your left ankle as part of the incident?

A. Any bruising on that leg they told me that I had a fracture.

Q. Did they treat the left leg by supplying you with a cam walker boot?

A. Yes, something like that it was.

Q. What was the reason for the surgery taking place on September 3rd after you had presented on August 31st?

A. The doctors told me that the tibia had gone out of place and they had to operate.

Q. Is there any reason for the four day gap between when you first presented at Doctors Hospital and the surgery taking place on September 3rd?

A.    They told me that when the doctor would come, but that was on Tuesday.  And when he saw me he said we have we have to operate.

Q.    **So you spent those days in the hospital waiting for a doctor to arrive on Tuesday to tell you that you needed the surgery for your right leg?**

A.    Yes.

Q.    **Following your surgery on September 3rd, what were the plans for your care after you left the hospital?**

A.    The doctor told me that I had to go to a rehab and there I was for like three months and ten days if I remember well.

Q.    **While you were still at Doctors Hospital, was it always anticipated that you would be going to this rehabilitation hospital for three months?**

A.    That I remember from the first instance I don't remember that they would have told me yes, but then they told me that I did have to go to rehabilitation.

Q.    **When the doctors at Doctors Hospital told you you would be going to rehabilitation, was the plan always for you to be at an in house rehabilitation for three months?**

A.    Well, at that time, no.  But I didn't know it. And I am alone here.  I have my dad that turned 90 on that day and I don't have anybody.

Q.   When you left Doctors Hospital to go to West Gables Hospital for rehabilitation, for how long did you believe you would be staying at West Gables Hospital?

A.   No, I didn't know.  I was on the lift or the crane for almost a month.  All the movements were through the lift.

Q.   So did you have any idea how long you would be staying at West Gables Rehabilitation at the time that you left Doctors Hospital?

A.   No.

Q.   So you transferred to West Gables Hospital by ambulance?

A.   Yes.

Q.   At the time you arrived at West Gables Hospital were you using a wheelchair?

A.   When I started at therapy, they would put me on a wheelchair.  But from the bed to the wheelchair it was with the lift.  And then the same from the chair to the bed with a lift.

Q.   What was your understanding of why you were going to this rehabilitation center at West Gables Hospital?

A.   Well, I would imagine that it was the therapy, right?

Q.   Was there any --

MS. GANDER:  Just want to instruct her not to imagine or speculate, but to answer Mr. Jarnagin's questions with her actual personal knowledge.

BY MR. JARNAGIN:

Q.  Did you ever have a discussion with the doctors at Doctors Hospital about being transferred to your own home for physical rehabilitation instead of going to West Gables Hospital?

A.  No.  He told me I had to attend rehabilitation at a place and nothing else.

Q.  So did you ever have the option to return to your own home for rehabilitation?

A.  At the end when I came out they send a person to bathe me between two to three times a week and a young lady to give me therapy three times a week.

Q.  I think she's jumping ahead a little bit.

THE INTERPRETER:  I'm sorry, counsel, that was at the house.

BY MR. JARNAGIN:

Q.  Right.  What is your understanding as to why you were going to an in house rehabilitation center instead of returning to your home after being discharged from Doctors Hospital?

A.  I believe that it's because I could not do anything.  I only had my hands.  I couldn't walk.  I

couldn't do anything.  And then by the time I left there I could already do a few steps.

Q.    When you arrived -- strike that.  I'm going to put up as Exhibit G a record from West Gables Hospital.

MS. GANDER:  Cooper, that should be H because Bates number 48 was G.

MR. JARNAGIN:  You're right, you're right.

(Defendant's Exhibit No. H was Marked for Identification.)

BY MR. JARNAGIN:

Q.    Yes, for correction, this is Exhibit H and this is a discharge summary from Doctors Hospital.  And Ms. Perez --

MS. GANDER:  Is there a Bates number on it?

MR. JARNAGIN:  Perez Sera 119.

BY MR. JARNAGIN:

Q.    Ms. Perez-Sera, did you leave Doctors Hospital on September 6, 2019, and transfer immediately to West Gables Hospital?

A.    Yes.

Q.    When you arrived at West Gables Hospital on September 6th, 2019, tell me about the treatment you received while staying there.

A.    The therapy treatment or how they treated me?

Q.    Yes, any type of physical therapy or medical

treatment you received while at West Gables.

A.   To me it was excellent because I was able to walk again.

Q.   So you underwent physical therapy while at West Gables; is that correct?

THE INTERPRETER:  I'm sorry, the complete question wasn't heard by the interpreter.

BY MR. JARNAGIN:

Q.   Yes.  So you underwent physical therapy during your stay at West Gables Hospital; correct?

A.   Correct.

Q.   When you first arrived, how many hours per day were you spending in physical therapy?

A.   At the beginning it was two times per day.  I don't remember the time because I didn't have a watch. But it was in the a.m. and then in the afternoon after lunch.

Q.   Other than physical therapy when you first arrived, were you receiving any other type of medical treatment while at West Gables Hospital?

A.   Like what are you referring to?

Q.   Other than physical therapy were you receiving any type of mental assistance or any type of medical treatment other than for the use of your legs?

A.   Yes.  There was some time that the young lady

would come and would talk to me about mental stuff and that kind of thing.

Q.   When you got to West Gables Hospital, did anyone there tell you how long they anticipated that you would be staying there?

A.   No.

Q.   Did you ever ask how long you would be staying there at West Gables Hospital?

A.   No.

Q.   Did you ever make a request to stay longer at West Gables Hospital?

A.   No.

Q.   When did you find out that you would be discharged on December 11, 2019, from West Gables Hospital?

A.   The first few days in December.

Q.   Okay.  I'm going to mark as Exhibit I Bates stamp Perez-Sera 0281.  This is a record from NeuroRehabilitation Associates.

(Defendant's Exhibit No. I was Marked for Identification.)

BY MR. JARNAGIN:

Q.   The title of the record is Initial Neurobehavioral Status Examination.  It's dated October 9th, 2019.  And at the bottom of the record Bates stamp

01284 it's signed Norella Jubiz, Ph.D. Ms. Perez-Sera, do you recall undergoing a neurobehavioral examination on October 9th, 2019?

THE INTERPRETER: I'm sorry, October 9, 2019?

MR. JARNAGIN: Yes.

A. They would do this to everybody to the people that were around me. The lady that was sharing the room with me, the people on the room next door.

BY MR. JARNAGIN:

Q. So is this a psychologist that would come and visit each patient at West Gables Hospital as part of the physical therapy and the treatment?

A. They will do it to the lady next door, the lady on the next -- the lady next to me. They would do it to the little group I knew.

Q. Were you ever told why this psychologist was coming to talk to you?

A. No. Not exactly.

Q. What was your understanding of why the psychologist was coming to talk to you?

A. I don't know. I didn't ask for it.

Q. Do you recall how many times you spoke with a psychologist while you were at West Gables Hospital?

A. I don't know if it was a month. Exactly I don't know.

Q.    What was the reason the psychologist stopped talking to you?

A.    At the end they do like exam and they tell you, well, everything is fine, there's not a problem.  So up until there.

Q.    Okay.  Ms. Perez-Sera, were you also seeing the doctor that performed your surgery while you were at West Gables Hospital?

A.    If I'm not mistaken, I went twice.

Q.    At the time you were discharged from West Gables Hospital on December 11, 2019, were you able to walk upright on both of your legs?

A.    Yes.  On the wheelchair and with a little walker.

Q.    Okay.  So at the time that you left West Gables Hospital in December 2019, did you walk without the assistance of a device?

A.    No.

Q.    Okay.  Did your orthopedic surgeon at the time you were discharged from West Gables Hospital in December 2019 tell you that you would be able to bear weight on both of your legs?

A.    The one that took the longest in order to be able to put weight on was the right one, the one with the surgery.

Q.    When you left West Gables Hospital on December 2019, were you told by your doctors that you would be able to bear weight on your right leg and your left leg?

A.    Well, when I finish the therapy from the hospital I could put -- I could put the foot, not too much, but I could do it.  It was uncomfortable.

Q.    When you left West Gables Hospital in December 2019, did any doctors give you any limitations on what you could physically do?

A.    No.  That I remember, no.

Q.    After leaving West Gables did you return to your home?

A.    Yes.

Q.    At that point in time what was the plan for your medical treatment moving forward?

A.    Well, the doctor transfer the therapy to the house.  Like I said, that person that was helping me to bathe and the person that was giving me the therapy.

Q.    This person that was at your house bathing you and giving you physical therapy, how often was that person there?

A.    Three times per week the one for the bathing and three times per week the therapy.

Q.    When you arrived home from West Gables

Hospital, were you able to use the toilet without assistance?

A.    I would go to the bathroom.

Q.    When you --

A.    But not to bathe myself.

Q.    Do you -- when you arrived home from West Gables Hospital, did you require assistance from anyone for anything other than bathing?

A.    Yes.  But my family is very big and they would give me a hand.  In other words, they will help me out. One day one will bring me food and the next day another and so on.  They will bring the clothing to be washed. They will take the clothing to be washed.

Q.    When you arrived home from West Gables Hospital, did you use the wheelchair around your own home or were you able to walk in your home?

A.    I was using the chair and I was using the walker.

Q.    How long did you continue to use your wheelchair for after you returned home from West Gables Hospital?

A.    I will tell you around two to three months.  I don't remember exactly.  But the walker I did use it for a longer period of time.

Q.    For the walker is that a device you used to

ambulate for more than six months after returning home from West Gables Hospital?

A.   No.  A little bit less.

Q.   Once you stopped using the wheelchair and the walker after you returned home from West Gables Hospital, have you had to use any other type of device to walk or ambulate?

A.   No.

Q.   Do you always rely on the lady that was coming to your home to help you bathe?  Did you always?

A.   The one that they sent, that was sent or my family?

Q.   The one that they sent.

A.   I think Anya.

Q.   Was she from West Gables Hospital?

A.   Well, a company that specializes in that stuff sends them, perhaps send her, perhaps it was through the rehab through West Gables.

Q.   What was the name of the person assisting you with therapy while you were at home after you were discharged from West Gables?

A.   Roxanne.

Q.   Do you know if she was from West Gables Hospital?

A.   I don't believe so.  I never saw her there.

Q.    Do you know the name of whatever business she came from to assist you?

A.    No.  I don't remember.

Q.    How long did Anya help you with your bathing?

A.    I don't remember exactly because that's when the pandemic started.  Perhaps a month, a month and a little bit.  I don't know.

Q.    And how long did Roxanne visit your house to help you with physical therapy?

A.    The same more or less.  Both of them are the same time.  Maybe Roxanne a little bit longer, but I don't remember.

Q.    Are you able to tell me where either Anya or Roxanne works?

THE INTERPRETER:  I'm sorry, it sounded like the sound went away, counsel.

MS. GANDER:  You sounded very garbled, Cooper.

MR. JARNAGIN:  Okay.

BY MR. JARNAGIN:

Q.    Ms. Perez-Sera, are you able to tell me where Anya or Roxanne works or what company they billed you through?

A.    No, I don't remember.  The papers are at home, but I don't remember.

MR. JARNAGIN:  Off the record for a second.

(A discussion was held off the record.)

BY MR. JARNAGIN:

Q. Ms. Perez-Sera, other than Roxanne and Anya, did anyone else come to your house to assist you other than your family following your discharge from West Gables?

A. No.

Q. I'm going to mark as Exhibit J.

MS. GANDER: What's the Bates?

MR. JARNAGIN: I don't see a Bates stamp on this one, but it was from the subpoena from Chad Johnson's office.

MS. GANDER: Who?

MR. JARNAGIN: Dr. Chad Johnson. Charles Johnson, excuse me.

MS. GANDER: Okay. I'm looking at the documents that you guys have provided us. So if that hasn't been provided, please make sure it's sent over. Because I don't see I have that, otherwise, I would give you our Bates number on it.

MR. JARNAGIN: Okay.

(Defendant's Exhibit No. J was Marked for Identification.)

BY MR. JARNAGIN:

Q. Ms. Perez-Sera, this is a report from Dr.

Charles Jordan dated February 28th, 2020, regarding an appointment you had with him.  Is this the last time that you saw Dr. Charles Jordan?

A.   No, I have gone other times.

Q.   Since February 2020 how often have you had appointments with Dr. Charles Jordan?

A.   I believe that I have gone three to four additional times.

Q.   When was the last time you saw Dr. Jordan?

A.   I believe it was the 12th of August of this year 2021.

Q.   And you continued to treat with Dr. Jordan throughout 2020 and 2021?

A.   Yes.

Q.   Following your discharge from West Gables Hospital, other than Dr. Jordan have you treated with any other doctors for any medical conditions?

THE INTERPRETER:  I'm sorry, any medical?

MR. JARNAGIN:  Conditions.

THE INTERPRETER:  Thank you.  I'm sorry, interpreter needs a repetition.

BY MR. JARNAGIN:

Q.   After you returned home from West Gables Hospital, have you treated with any other doctors other than Dr. Charles Jordan?

THE INTERPRETER: Thank you.

A. My primary care doctor, Dr. Buigas Vega.

BY MR. JARNAGIN:

Q. What were you seeing that doctor for?

A. For regular checkup.

Q. Have you seen any other doctors since you returned home from West Gables Hospital other than Dr. Jordan and the doctor you just told me?

A. For another problem?

Q. For any medical issue.

A. I don't remember her name, but she has been in the office of Dr. Jordan.

Q. So that doctor worked at the same medical facility as Dr. Jordan; right?

A. Yes. She's an orthopedic doctor as well.

THE COURT REPORTER: I'm sorry, can you tell me the name of the primary doctor again?

THE INTERPRETER: B-U-I-G-A-S, like gas, Vega.

BY MR. JARNAGIN:

Q. Ms. Perez-Sera, what is your current ability to walk as of today?

THE INTERPRETER: I'm sorry, what is your current ability?

MR. JARNAGIN: Yes, what is your current ability to walk as of today.

A.   Well, slowly and very careful.

BY MR. JARNAGIN:

Q.   Are you able to leave your house and walk without issue?

A.   Yes.  I haven't done it for very far but normal.

Q.   Currently are you using any assistive devices to walk?

A.   No.

Q.   Currently do you experience any pain when you walk?

A.   Yes, in the back, in the waist, around there I get a pain.

Q.   When does this pain occur?

A.   When I walk, when I wash the dishes in the house.

Q.   Is there any other pain you experience when you walk besides the pain in your lower back?

A.   Yes.  Sometimes my knee hurts.  Sometimes my ankle hurts.

Q.   How far are you able to walk before you experience some type of pain?

A.   Far, far I haven't walked.  I don't go out very much.

Q.   Do you not go out very much due to the current

pandemic situation we find ourselves in?

A.    That too of course.

Q.    Do you blame any type of issue with your walking for not going out of your house?

A.    Dr. Jordan said that I had to be very careful not to fall.  I try not to walk very far or too much.

Q.    Has any doctor that's been treating you given you any types of limitations on what you're able to do physically as a result of your right leg surgery?

THE INTERPRETER:  I'm sorry, the interpreter is going to need a repetition.  It wasn't heard in its entirety.

BY MR. JARNAGIN:

Q.    Have any of your treating doctors given you any physical limitations regarding your walking as a result of the right leg surgery?

A.    No.

Q.    Other than Dr. Jordan and your primary care physician, are you seeing any other doctors?

A.    The doctor that works with him with Dr. Jordan saw me about 15 days ago.

Q.    Do you currently have any future medical appointments?

A.    Yes.  I have an appointment tomorrow with that female doctor at Dr. Jordan's office.  It's with Dr.

Buigas in October if I'm not mistaken.

Q. When is your appointment tomorrow? For what particular complaint is it to address?

A. Of the right hand.

Q. Are you making any claim in this lawsuit that the right hand has any connection to your right leg injury?

A. No.

Q. Since the incident on August 24, 2019, have you applied for any type of disability compensation or any type of government monetary assistance?

A. No.

Q. Do you have an outstanding bill from West Gables Hospital related to your care there as a result of this incident?

A. Yes.

Q. Is that roughly $12,000?

A. Yes.

Q. Do you have any other outstanding amounts for your medical treatment that you're claiming are related to this injury that happened on the cruise ship?

THE INTERPRETER: I'm sorry, the interpreter requests repetition.

BY MR. JARNAGIN:

Q. Yes. Is she claiming that she owes any other

amounts as part of her medical treatment related to the cruise ship incident?

A.   Yes.  One of the rehab doctors has sent me a bill for 600 and change.

MS. GANDER:  Cooper, in addition I'm sure you know we have an outstanding lien.

MR. JARNAGIN:  Right, right.

MS. GANDER:  Okay.

BY MR. JARNAGIN:

Q.   Do you know who the rehab doctor is, Ms. Perez-Sera?

THE INTERPRETER:  I'm sorry, counsel, the name?

BY MR. JARNAGIN:

Q.   Yes.  Do you know the name of the rehab doctor that's wanting $600?

THE INTERPRETER:  Okay.  Thank you.

A.   Not exactly a name, but I know he's one of the ones that was treating me during the rehab.

MR. JARNAGIN:  Okay.  All right, everyone. Let's take one more five minute break and then after that we should be done in ten minutes.  Okay.

(A break was taken.)

MS. GANDER:  Mr. Jarnagin, we can put this on the written record so there's a record of it.  We do have the Johnson record, it was stored in my

directory under his first name not his last name. And the Bates number of J is 2992 through 2993 so you have that.

In addition I was able to pull up from the Medicare lien that it looks like America Loving Care Home Health is who she saw, but I don't see records from either my law firm or yours with those. And I see references in Dr. Jordan's records to them, but not records of them.

MR. JARNAGIN: Okay. Thank you.

MS. GANDER: You're very welcome.

BY MR. JARNAGIN:

Q. **Ms. Perez-Sera, are you ready to proceed?**

A. Yes.

Q. **After your home physical therapy with Roxanne concluded back in 2020, did you ever attend any subsequent physical therapy either at home or at a facility?**

A. Dr. Jordan told me to go to a place and have to call and set up an appointment. He wanted to be at a place not at the house.

Q. **When did Dr. Jordan make that recommendation for more physical therapy to you?**

A. The last time that I went to see him, which I believe was in July the last appointment with him.

Q.   So that would be July of 2021?

A.   Yes.

Q.   Did you follow through with Dr. Jordan's recommendation and attend physical therapy?

A.   Not yet.  I still have to go.  I have to call to make the appointment.

Q.   Is there any reason you haven't called to make the appointment yet?

A.   Yes.  A few little problems in the family and the person that was supposed to take me, her father lives in Orlando and when she came -- so she had to travel over there.  And then when she came back she wasn't feeling very well so that's why I haven't done it.

Q.   Why did Dr. Jordan make the recommendation for more physical therapy for you?

A.   Well, it must be because I complain about the pain.

Q.   Okay.  Is this the same pain you described to me earlier about the pain in your lower back and the knee pain?

A.   Yes.

Q.   Do you currently take any type of pain medication?

A.   He prescribed Meloxicam, which is an antiinflammatory.

Q.    Other than the Meloxicam, do you currently use any type of medication to treat pain when you walk?

A.    Tylenol.

Q.    How often do you use the Tylenol?

A.    I can't take it anymore.  I try not to take medication.

Q.    In the past two months let's say how often have you used Tylenol to treat pain associated with walking?

A.    I don't know exactly.  Perhaps like two to three times a week I take two.

Q.    Other than Dr. Jordan have you treated with any other doctors related to leg issues?

A.    No.  No.

Q.    Other than the pain that we talked about regarding your lower back and your knee, are you otherwise able to walk distances that don't limit you in your daily life?

A.    I haven't done any distances that are long like that.

Q.    Are you able to walk the same amount of distance now that you were able to do before the incident took place in 2019?

A.    Of course not.

Q.    How has that changed?

A.    How has it changed?  My life has completely

changed.

Q.   Okay.  How has your life changed as a result of the 2019 cruise ship incident?

A.   It is difficult for me to get dressed.  It is -- I have difficulties tieing my shoes or putting my shoes on.  I love to dance and I can't dance.  And just like that many more things that I can't remember.

Q.   How is it difficult for you to get dressed as we sit here today?

A.   Well, that cousin of mine has to help me to put on the pants.  And the panties.

Q.   Do you require assistance to get dressed each and every day?

A.   It depends on what I wear.  And if I'm not going out.  If I'm going -- if I wear pants, it's with difficulty if I am alone.

Q.   Does someone currently live with you at your home?

A.   Yes, I have a cousin.

Q.   How often do you require assistance getting dressed?

A.   Well, if she's there, I ask her for help. Otherwise, if not, then I try and I put the right leg first, which is the most difficult, and then the left.

Q.   How often do you require assistance with your

shoes?

A.   It depends on the shoe.

Q.   Do you have shoes that you're able to put on by yourself without assistance?

A.   Yes.  It's the ones that I use the most.

Q.   And you also mentioned that you're limited in your dancing.  How often did you dance before the incident as opposed to today?

A.   I have a very cheerful family and we get together and we will eat and the music will be playing and I will dance.

Q.   So are you completely unable to dance now as a result of the incident?

A.   So far, no.

Q.   All right.  Ms. Perez-Sera, that's all I have for you today.  I appreciate your time.

A.   Thank you.

                    CROSS EXAMINATION

BY MS. GANDER:

Q.   Ms. Perez, I just want to make sure a few things are clear before we leave today.  Can you translate that?

          THE INTERPRETER:  Yes.

BY MS. GANDER:

Q.   When Mr. Jarnagin was asking you how much you

were on your feet and your legs on the cruise ship you were focused on doing transfers from the wheelchair to the bed.  Did you have to be on your feet at all when you were moving from the wheelchair to the toilet?

A.    Well, I will transfer from the chair to the toilet holding on to this bar, this handicap bar.  And I will transfer to the toilet and the same back to the chair.

Q.    When you were doing that did you have to stand at all during transfer?

A.    Yes.  But not for very long because it was bothering me a lot, the pain.

Q.    Were the -- go ahead.

A.    To change from one place to the other, it would hurt me when I would put my feet down, but it was for very little time.

Q.    Were you able to get your wheelchair into the bathroom in your cabin?

A.    No.  No, because the small of the cabin, you have to take a step up to enter into the bathroom and the door was more narrow than the one from the hallway, the entrance door.  I never went to the bathroom in the cabin.  I never used the bathroom in the cabin.  I always went to the handicap bathroom outside.

THE INTERPRETER:  And, counsel, I'm not sure

she could be referring to shower or bathroom. Those words if you would like to clarify could be interchangeable in Spanish the banio word.

BY MS. GANDER:

Q. Okay. Ms. Perez-Sera, let's focus on two different things. One is going to the bathroom to use the toilet and one is going to the bathroom to shower or bathe.

Could you explain to us separately how you would get to an accessible toilet to use it after you were injured and then second explain to us how would you get to an accessible shower or bathtub or some way to bathe yourself after your injury?

A. I never used a shower to bathe. I would bathe with bottles of water that my family will go with me and while I was sitting down in the toilet they will bathe me, head and all.

Q. And do you mean in the public toilet that was outside of your room in the hallway?

A. Exactly.

Q. Okay. Give me one second, let me look at my. How old are you the family members that are giving you this assistance?

THE INTERPRETER: I'm sorry, counsel, it wasn't heard completely your question.

BY MS. GANDER:

Q.   How old was your family members who were providing this assistance to you with getting on and off of the toilet to use it and was getting on and off of the toilet so they could bathe you?

A.   Elizabeth Perez, 53 or 54.  Marissa around in her 70s.  And Almeda, the wife of my Uncle Guillermo, in her late 70s.  And they will bring towels and put them on the floor so that the water will not travel too much. And they will all help.

Q.   Okay.  Those are all the questions that I have. Thank you very much.

A.   Thank you to all of you.

MR. JARNAGIN:  I just have a brief follow-up.

REDIRECT EXAMINATION

BY MR. JARNAGIN:

Q.   Ms. Perez-Sera, did you ever make it known to anyone on board the cruise ship, to any Carnival employee regarding your toilet troubles or the showering issues?

THE INTERPRETER:  I'm sorry, the second word wasn't heard by the interpreter.  So I will need a repetition please.

BY MR. JARNAGIN:

Q.   Did you ever make it known to anyone on board the ship to a Carnival employee that you were having

these toileting issues or showering issues?

A.   The young man that was cleaning the room, they would look at all the movement that was going on.  But I never had any conversation with them because they never approach me to ask me what I needed.

Q.   Okay.  So did you ever approach anyone about the issues?

A.   No.  The Philippine guy who was the one that was taking care of us, I would ask him for ice every day because that's what I was told I had to apply ice every day.

MR. JARNAGIN:  Thank you, Ms. Perez-Sera.  I appreciate your time.

THE WITNESS:  Thank you everyone.

MS. GANDER:  Thank you.  We'll read.

THE COURT REPORTER:  Would you like to order? Did he already get off?

MS. GANDER:  If he orders, I'll take a copy. Otherwise we'll wait.

(The reading and signing of the deposition were reserved.)

(The deposition was concluded at 3:53 p.m.)

CERTIFICATE OF OATH

STATE OF FLORIDA    )

COUNTY OF BREVARD  )

I, YVETTE S. HARRISON, RPR, FPR,

the undersigned authority, hereby

certify that the interpreter

EVELYN PEREZ

was duly sworn by me.

WITNESS MY HAND AND OFFICIAL SEAL

this 8th day of September 2021

at Melbourne, Florida.

_____

YVETTE S. HARRISON, RPR
Notary Public, State of Florida at Large
Certificate No. CC717086
My Commission Expires: November 17, 2021

CERTIFICATE OF OATH

STATE OF FLORIDA    )

COUNTY OF BREVARD  )

I, YVETTE S. HARRISON, RPR, FPR,

the undersigned authority, hereby

certify that the witness

MARIA PEREZ-SERA

was duly sworn by me.

WITNESS MY HAND AND OFFICIAL SEAL

this 8th day of September 2021

at Melbourne, Florida.

_____

YVETTE S. HARRISON, RPR
Notary Public, State of Florida at Large
Certificate No. CC717086
My Commission Expires: November 17, 2021

CERTIFICATE OF REPORTER


STATE OF FLORIDA   )

COUNTY OF BREVARD )

        I, YVETTE S. HARRISON, Registered Professional Reporter, Florida Professional Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of MARIA PEREZ-SERA; that a review of the transcript was requested; and that the foregoing transcript, pages 106 through 158, inclusive, are a true and correct record of my stenographic notes.
        I further certify that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


        DATED this 16th day of September 2021.




_____

YVETTE S. HARRISON
Registered Professional Reporter
Florida Professional Reporter

MARIA PEREZ-SERA; September 8, 2021

ERRATA

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE:    PEREZ-SERA V. CARNIVAL

CASE NO:  1:20-cv-23463-MGC

Page & Line
Number                    CHANGE                    REASON
----------------------------------------------------------------

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

    Under penalties of perjury, I declare that I have

read my deposition and that it is true and correct

subject to any changes in form or substance

entered here.

Dated:_____      MARIA PEREZ-SERA

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021      Index: $12,000..accessible

**Exhibits**

**Perez-SeraM F**
  108:16
  110:12,13
**Perez-SeraM G**
  108:17
  121:13,16
  131:4
**Perez-SeraM H**
  108:17
  131:8,11
**Perez-SeraM I**
  108:18
  133:17,20
**Perez-SeraM J**
  108:18
  140:8,22

**$**

**$12,000**
  145:17
**$600**   146:15

**0**

**01284**   134:1
**0281**   133:18

**1**

**11**   133:14
  135:11
**119**   131:15

**12th**   141:10
**15**   144:21

**2**

**2019**   110:22
  121:15
  131:18,22
  133:14,25
  134:3,4
  135:11,16,
  21 136:2,9
  145:9
  149:22
  150:3
**2020**   141:1,
  5,13
  147:16
**2021**   110:4
  141:11,13
  148:1
**2300**   121:23
**24**   145:9
**24th**   110:4
  117:15,19,
  21 118:2,7
**26**   110:22
  111:2,6,
  12,15,18
  113:4,12,
  14 114:10
**27**   113:20,
  24 114:6,
  8,19,23
  115:1,4

  119:5,7
**28th**   115:7
  116:9
  141:1
**2992**   147:2
**2993**   147:2
**29th**
  116:14,18,
  25 117:5,
  18

**3**

**30th**   117:9,
  11 119:25
**31st**
  119:10,17
  120:1,19
  121:14,25
  122:3
  123:9,15,
  24 124:1,
  6,10,16,24
  125:9,14,
  18 127:20
**3:53**   155:22
**3rd**   127:19,
  25 128:8

**4**

**48**   121:20
  131:6

**5**

**53**   154:6
**54**   154:6
**59**   121:23

**6**

**6**   131:18
**600**   146:4
**6th**   125:19
  131:22

**7**

**70s**   154:7,8

**9**

**9**   134:4
**90**   128:24
**9th**   133:25
  134:3

**A**

**a.m.**   132:16
**ability**
  142:20,23,
  25
**access**
  116:15
**accessible**
  153:10,12

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Maria Perez-Sera, Vol. 2 on 09/08/2021      Index: accident..August

accident
  117:20
  122:22

accommodate
  120:10,12

acknowledge
  109:2

acknowledged
  109:20

actual  130:3

addition
  146:5
  147:4

additional
  141:8

address
  145:3

administering
  109:5

afternoon
  109:25
  132:16

agree
  109:11,13

agreement
  109:8,9

ahead  112:7,
  9 114:21
  130:16
  152:13

Almeda  154:7

aloe  116:23

ambulance
  129:12

ambulate
  138:1,7

America
  147:5

amount
  149:20

amounts
  145:19
  146:1

ankle  127:11
  143:20

anticipated
  128:14
  133:4

antiinflammato
ry  148:25

Anya  138:14
  139:4,13,
  21 140:3

anymore
  149:5

apologize
  112:11

appears
  110:22
  113:19

applied
  145:10

apply  110:5
  155:10

appointment

141:2
144:24
145:2
147:20,25
148:6,8

appointments
  141:6
  144:23

approach
  155:5,6

area
  114:14,18
  115:16

arrangement
  109:7

arrive  122:2
  128:5

arrived
  122:20
  129:14
  131:3,21
  132:12,19
  136:25
  137:6,14

Aruba
  116:19,24

assist  139:2
  140:4

assistance
  111:19
  132:23
  135:17
  137:2,7
  145:11
  150:12,20,

25 151:4
153:23
154:3

assisting
  138:19

assistive
  143:7

Associates
  133:19

ate  111:16
  113:7
  114:3

attend  114:5
  130:9
  147:16
  148:4

attorney
  110:1

attorney/
client
  112:18

attorneys
  109:1

August
  110:22
  111:2,6,
  12,15,18
  113:4,12,
  14,20,24
  114:6,8,
  19,23
  115:1,4,7
  116:9,14,
  18,25
  117:5,9,

11,15,18,
19,21
118:2,7
119:5,7,
10,17,25
120:19
121:14,25
122:3
123:9,15,
24 124:1,
6,10,16,24
125:9,18
127:20
141:10
145:9

---

**B**

---

**B-U-I-G-A-S**
142:18

**back** 110:9
115:15
119:6,15
143:12,18
147:16
148:12,19
149:15
152:7

**banio** 153:3

**bar** 152:6

**Based** 119:9

**Bates**
121:18,19
131:6,14
133:17,25
140:9,10,

20 147:2

**bathe** 120:13
130:14
136:19
137:5
138:10
153:8,13,
14,16
154:5

**bathing**
136:20,23
137:8
139:4

**bathroom**
120:4,14
137:3
152:18,20,
22,23,24
153:1,6,7

**bathtub**
153:12

**bear** 135:21
136:3

**bed** 113:17
117:16,25
118:23
129:17,19
152:3

**begin** 110:11

**beginning**
132:14

**behalf** 110:1

**big** 137:9

**bill** 145:13

146:4

**billed**
139:21

**birthday**
120:2

**bit** 110:19
130:16
138:3
139:7,11

**blame** 144:3

**board** 114:3,
5,8,18
115:5
116:9
117:4,10
118:14
119:7
120:8,17
126:25
127:2
154:18,24

**boat** 111:3
113:21
122:9

**boot** 127:16

**bothering**
152:12

**bottles**
153:15

**bottom**
133:25

**break** 110:6
112:13
120:4,6

146:20,22

**breakfast**
117:12

**bridge**
115:23
116:3

**bring**
137:11,12
154:8

**brought**
113:13,17

**bruised**
127:11

**bruising**
127:13

**Buigas** 142:2
145:1

**bus** 116:21

**business**
139:1

---

**C**

---

**cabin** 111:5,
12 113:11,
15,23,25
117:16
118:25
120:10,16
152:18,19,
23

**call** 147:20
148:5

**called** 148:7

cam   127:16

cap   126:18

car   120:21,
23,25
121:4,10

care   128:9
142:2
144:18
145:14
147:5
155:9

careful
143:1
144:5

Carnival
109:13
110:1,23
113:18
154:18,25

casino
114:20
117:8

caused
126:24
127:1

center
129:21
130:21

Chad
140:11,14

chair
111:20,22
117:24
118:6

119:1
129:18
137:17
152:5,8

change   118:8
120:9
146:4
152:14

changed
120:16
149:24,25
150:1,2

Charles
140:14
141:1,3,6,
25

checkup
142:5

cheerful
151:9

claim   145:5

claiming
145:20,25

clarify
153:2

cleaning
155:2

clear   151:21

close   117:24

clothing
137:12,13

coincidence
120:2

combine
118:12

company
138:16
139:21

compensation
145:10

complain
148:16

complaint
145:3

complaints
123:8

complete
116:15
132:6

completely
110:10
149:25
151:12
153:25

concluded
147:16
155:22

conditions
141:17,19

connection
145:6

consent
109:6

continuation
110:3

continue

115:22
137:19

continued
122:10
141:12

conversation
155:4

Cooper
109:12
110:1,18
131:5
139:17
146:5

copy   155:18

Corporation
109:13
110:2

correct
122:18,19
125:20,21
126:13,14,
19 132:5,
10,11

correction
131:11

correctly
109:16

counsel
109:6,10,
12 112:1
117:19
122:14
130:17
139:16
146:12

152:25
153:24

court 109:1,
3 142:16
155:16

cousin
120:25
150:10,19

cousin's
121:2

covering
125:25

crane 129:5

create
112:15

CROSS 151:18

cruise
110:12
126:25
127:2
145:21
146:2
150:3
152:1
154:18

Curaca
115:7,12,
16 116:5

current
142:20,23,
24 143:25

——————————————
D
——————————————

dad 122:9

128:24

dad's 120:2

daily 149:17

dance 150:6
151:7,11,
12

dancing
151:7

date 117:20
118:7

dated 121:14
133:24
141:1

day 110:24
111:2,5
113:20
116:19
117:6,10
123:11
127:23
128:25
132:12,14
137:11
150:13
155:9,11

days 118:11
128:4,11
133:16
144:21

Deborah
109:10

December
133:14,16
135:11,16,

21 136:2,9

deck 120:23

defendant's
110:13
121:16
131:8
133:20
140:22

depends
150:14
151:2

deposition
109:2
110:3,5
155:20,22

details
115:21

device
112:4,5,10
135:17
137:25
138:6

devices
143:7

diagnosed
126:16

diagnosis
124:22,24

diagnostic
124:5,12,
17

difference
112:11

difficult
150:4,8,24

difficulties
150:5

difficulty
150:16

dinner
111:10,14,
24 113:6

DIRECT
109:23

directly
113:11

directory
147:1

disability
145:10

discharge
131:12
140:5
141:15

discharged
125:19
130:22
133:14
135:10,20
138:21

discuss
126:9

discussion
126:20
130:5
140:1

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021      Index: disembarked..exit

disembarked
  116:14
  120:19

disembarking
  119:21

dishes
  143:15

distance
  149:21

distances
  149:16,18

doctor
  123:11
  124:8
  125:7,22,
  24,25
  126:2,5,9,
  23 127:9
  128:1,5,10
  135:7
  136:17
  142:2,4,8,
  13,15,17
  144:7,20,
  25 146:10,
  14

doctors
  121:14,24
  122:2,12,
  17,20
  123:2,3,7,
  14 124:5,
  11,16,23
  125:8,17
  126:12,15,
  20,23

127:9,21,
24 128:13,
19 129:1,9
130:5,6,23
131:12,17
136:2,9
141:17,24
142:6
144:14,19
146:3
149:12

documents
  140:17

Dominican
  113:19

door   117:23
  118:24
  134:8,13
  152:21,22

doors   118:25

dressed
  150:4,8,
  12,21

drive   121:4,
  6

drop   121:8
  122:9

dropped
  121:10

drove
  122:12,17

due   123:18,
  24 143:25

duly   109:20

—————————
          E
—————————

earlier
  119:17
  148:19

early   119:15

easy   119:1

eat   114:2
  116:11
  151:10

Eating   117:6

echo   112:2,
  25

Elizabeth
  154:6

emergency
  125:7

employee
  154:18,25

encounter
  121:23

end   130:13
  135:3

English
  109:16,17

enter   111:21
  152:20

entire   111:5
  116:6

entirety
  144:12

entrance

114:21
116:3
152:22

EVELYN
  109:14

evening
  111:7,14,
  24 113:4,
  12 114:1
  116:8,10
  117:1,5
  119:21,25
  123:23
  124:1,6,10
  125:9,15

exam   135:3

examination
  109:23
  133:24
  134:2
  151:18
  154:15

examined
  126:13

excellent
  132:2

excuse
  140:15

Exhibit
  110:12,13
  121:13,16
  131:4,8,11
  133:17,20
  140:8,22

exit   111:23

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021          Index: experience..give

118:1

experience
118:18,22
143:10,17,
22

experienced
118:8

experiencing
118:15

explain
123:3
153:9,11

explained
122:8

explore
115:16

―――――――――――
F
―――――――――――

facility
114:5
119:5,7
142:14
147:18

factory
116:22,23

fall   144:6

family
111:8,11
113:10
114:20
137:9
138:12
140:5
148:9

151:9
153:15,22
154:2

father
111:13
113:23
121:9,11
148:10

February
141:1,5

feeling
148:12

feet   152:1,
3,15

felt   123:19

female
144:25

find   133:13
144:1

fine   119:2
135:4

finish   136:5

firm   147:7

fit   111:20
119:1

floor   154:9

Florida
119:10

focus   153:5

focused
152:2

follow   148:3

follow-up
154:14

food   137:11

foot   136:6

forward
136:16

fracture
124:9,14,
15,22
126:17,21,
24 127:6,
10,14

Friday   117:9
119:25

front   117:23

future
144:22

―――――――――――
G
―――――――――――

Gables
129:2,3,8,
11,14,21
130:8
131:4,19,
21 132:1,
5,10,20
133:3,8,
11,14
134:11,23
135:8,11,
15,20
136:1,8,
12,25
137:7,14,
20 138:2,

5,15,18,
21,23
140:6
141:15,23
142:7
145:14

Gander
109:10
110:18
112:14
119:15
120:5
121:18
130:1
131:5,14
139:17
140:9,13,
16 146:5,
8,23
147:11
151:19,24
153:4
154:1
155:15,18

gap   127:23

garbled
139:17

gas   142:18

gave   118:11
124:3

give   112:21
130:15
136:9
137:10
140:20
153:21

**giving**
136:19,21
153:22

**Good**   109:25

**government**
145:11

**Grand**
110:23,24
111:8

**group**   111:7
119:3
134:15

**Guillermo**
154:7

**guy**   155:8

**guys**   120:3
140:17

---

**H**

---

**hallway**
120:14
152:21
153:19

**hand**
112:18,20,
22  137:10
145:4,6

**handicap**
120:14
152:6,24

**hands**   130:25

**hang**   114:11

**happened**

145:21

**head**   153:17

**Health**   147:6

**hear**   112:24
113:1
115:20

**heard**   122:15
123:21
132:7
144:11
153:25
154:21

**held**   140:1

**helping**
136:18

**hold**   112:18

**holding**
112:19
152:6

**home**   130:7,
12,22
136:13,25
137:6,14,
15,16,20
138:1,5,
10,20
139:23
141:23
142:7
147:6,15,
17  150:18

**Horizon**
110:23
113:19

118:15
120:19

**hospital**
121:9,14,
24  122:3,
10,12,17,
20,21
123:2,7,14
124:6,11,
17,23
125:8,18
126:12,24
127:10,24
128:4,9,
13,15,19
129:1,2,3,
9,11,14,22
130:6,8,23
131:4,12,
17,19,21
132:10,20
133:3,8,
11,15
134:11,23
135:8,11,
16,20
136:1,6,8
137:1,7,
15,21
138:2,5,
15,24
141:16,24
142:7
145:14

**hour**   122:6,
10

**hours**   121:23

122:6
132:12

**house**   121:8,
11  122:9
128:21
130:18,21
136:18,20
139:8
140:4
143:3,16
144:4
147:21

**hurricane**
119:16

**hurt**   152:15

**hurting**
122:23,24
123:1,4,6

**hurts**
143:19,20

---

**I**

---

**ice**   155:9,
10

**idea**   129:7

**Identification**
110:14
121:17
131:9
133:21
140:23

**imagine**
116:12
123:12

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021     Index: imaging..Jordan's

129:23
130:2

**imaging**
124:5,12,
17

**immediately**
131:18

**improve**
118:8

**incident**
118:15
120:8
126:25
127:2,12
145:9,15
146:2
149:21
150:3
151:8,13

**Initial**
133:23

**injured**
117:14
153:11

**injury**
118:2,7
126:21
127:11
145:7,21
153:13

**inside**
114:4,9
117:25

**instance**
128:16

**instruct**
130:1

**instruction**
112:22

**instructions**
110:5

**interchangeabl
e** 153:3

**interference**
112:15

**interpretation**
115:21

**interpreter**
109:15,18
110:8
112:1,2,9,
21,24
113:1
115:19,20
117:18,22
122:14,15
123:5,20
124:19
125:1
127:1,4
130:17
132:6,7
134:4
139:15
141:18,20,
21 142:1,
18,22
144:10
145:22
146:12,16
151:23

152:25
153:24
154:20,21

**issue** 142:10
143:4
144:3

**issues**
149:12
154:19
155:1,7

**itinerary**
110:12
113:18
119:9

---

**J**

---

**Jarnagin**
109:12,24
110:1,15,
20,21
112:7,12
113:3
116:4
117:20
119:18,19
120:3,7
121:13,19,
21 122:16
123:22
124:21
125:4
127:2,8
130:4,19
131:7,10,
15,16
132:8

133:22
134:5,9
139:18,19,
25 140:2,
10,14,21,
24 141:19,
22 142:3,
19,24
143:2
144:13
145:24
146:7,9,
13,19,23
147:10,12
151:25
154:14,16,
23 155:12

**Jarnagin's**
130:2

**Johnson**
140:14,15
146:25

**Johnson's**
140:12

**Jordan**
141:1,3,6,
9,12,16,25
142:8,12,
14 144:5,
18,20
147:19,22
148:14
149:11

**Jordan's**
144:25
147:8

148:3

Jorge 121:3, 5 122:12, 17

Jorge's 121:10

Jubiz 134:1

July 147:25 148:1

jump 112:16

jumping 130:16

June 110:4

**K**

kind 112:2 118:18 133:2

knee 143:19 148:19 149:15

knew 134:15

knowledge 130:3

**L**

La 113:22

lady 130:15 132:25 134:7,13, 14 138:9

late 112:16

154:8

law 147:7

lawsuit 145:5

laying 118:23

leave 115:8 121:10 125:18 131:17 143:3 151:21

leaving 136:12

left 118:3 119:11,24 121:6 126:13,16, 21,24 127:10,11, 15 128:9 129:1,9 131:1 135:15 136:1,4,8 150:24

leg 122:22, 24 123:1, 19 124:12 125:23 126:3,6, 13,16,21, 24 127:10, 13,15 128:6 136:3,4

144:9,16 145:6 149:12 150:23

legs 111:19 113:16 115:5 116:6 117:15,17 118:4,16 123:16,24 124:2,6, 12,13,14, 15,23 127:6 132:24 135:12,22 152:1

lien 146:6 147:5

life 149:17,25 150:2

lift 116:21 129:4,6, 18,19

limit 149:16

limitations 136:9 144:8,15

limited 151:6

listen 117:7

live 150:17

lives 148:10

location 121:6

locations 114:25

log 112:3,9

long 115:12 125:8,10, 24 129:2,7 133:4,7 137:19 139:4,8 149:18 152:11

longer 133:10 137:24 139:11

longest 135:23

lot 120:23 121:7 152:12

lounge 114:15

love 150:6

Loving 147:5

lower 143:18 148:19 149:15

lunch 132:17

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Maria Perez-Sera, Vol. 2 on 09/08/2021      Index: madam..number

**M**

madam   112:21

make   112:23
 120:9,15
 133:10
 140:18
 147:22
 148:6,7,14
 151:20
 154:17,24

makes   112:10

making   145:5

man   155:2

manner   109:7

Maria
 109:11,19

Marissa
 154:6

mark   121:13
 133:17
 140:8

Marked
 110:13
 121:16
 131:8
 133:20
 140:22

marking
 110:11

matter
 123:13

medical

114:5
119:5,6
131:25
132:19,23
136:16
141:17,18
142:10,13
144:22
145:20
146:1

Medicare
 147:5

medication
 118:16
 148:23
 149:2,6

Meloxicam
 148:24
 149:1

member
 111:11

members
 113:10
 153:22
 154:2

mental
 132:23
 133:1

mentioned
 151:6

Miami   119:10

midnight
 121:24
 122:4,6,7

mind   120:3

mine   150:10

minute   120:4
 146:20

minutes
 121:23
 146:21

missed
 115:22

mistaken
 135:9
 145:1

Monday   111:2

monetary
 145:11

month   129:5
 134:24
 139:6

months
 128:11,15,
 22 137:22
 138:1
 149:7

move   116:16

moved   126:7

movement
 155:3

movements
 129:5

moving
 116:18
 136:16
 152:4

music
 114:12,16
 117:7
 151:10

mute   112:14

**N**

narrow
 118:25
 152:21

needed   128:6
 155:5

neurobehaviora
l   133:24
 134:2

Neurorehabilit
ation   133:19

night
 116:11,12
 122:18
 123:8,11,
 15,18
 125:7,12,
 15

nightclub
 114:15

nighttime
 115:15

Norella
 134:1

normal   143:6

notes   115:20

number

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021          Index: oath..Ph.d.

121:18,19
131:6,14
140:20
147:2

**O**

oath   109:5,
21

objection
112:17,24

objections
109:7

occur   143:14

October
133:24
134:3,4
145:1

office
140:12
142:12
144:25

operate
127:22
128:3

operated
125:16,25

opposed
151:8

option
130:11

order   111:21
113:21
135:23
155:16

orders
155:18

Orlando
148:11

orthopedic
123:11
135:19
142:15

outing   111:8

outstanding
145:13,19
146:6

owes   145:25

**P**

p.m.   115:14
119:13,22
155:22

pain   118:8,
15,18,22
123:8,19,
24 124:4
143:10,13,
14,17,18,
22 148:17,
18,19,20,
22 149:2,
8,14
152:12

painkillers
118:11

pandemic
139:6
144:1

panties
150:11

pants
150:11,15

papers
139:23

parked
120:25

parking
120:23
121:7

part   114:11
127:12
134:11
146:1

participating
109:2

parties
109:6

pass   117:24

passed
115:23
121:8

past   149:7

patient
134:11

pause   110:7

people
134:6,8

Perez   109:14
112:19
121:3,20
131:13,15

151:20
154:6

**Perez-sera**
109:11,19,
25 110:11,
22 113:4
119:4,20
120:8
121:22
131:17
133:18
134:1
135:6
139:20
140:3,25
142:20
146:11
147:13
151:15
153:5
154:17
155:12

performed
135:7

period
137:24

person
130:13
136:18,19,
20,22
138:19
148:10

personal
130:3

Ph.d.   134:1

Philippine
  155:8

physical
  130:7
  131:25
  132:4,9,
  13,18,22
  134:12
  136:21
  139:9
  144:15
  147:15,17,
  23 148:4,
  15

physically
  136:10
  144:9

physician
  144:19

pick   111:9
  121:1

picked   121:1

pills   118:10

place   126:8
  127:19,22,
  25 130:10
  147:19,21
  149:22
  152:14

plaintiff
  109:11

plan   128:20
  136:15

plans   128:9

play
  114:12,16,
  21

playing
  151:10

point   111:18
  115:4
  127:9
  136:15

port   115:10
  120:24
  121:7

ports   115:18

portside
  115:8

prescribed
  148:24

present
  109:3
  110:8

presented
  123:2,8,14
  124:11,16,
  23 125:17
  127:19,24

presenting
  122:21

previous
  127:10

previously
  110:4

primary
  142:2,17
  144:18

privilege
  112:18

problem
  112:12
  135:4
  142:9

problems
  112:4
  148:9

proceed
  147:13

proceedings
  109:4

provide
  110:7

provided
  140:17,18

providing
  154:3

psychologist
  134:10,16,
  20,23
  135:1

public
  153:18

pull   147:4

put   111:21
  112:14
  125:12
  126:18
  129:16
  131:4
  135:24
  136:6

146:23
  150:10,23
  151:3
  152:15
  154:8

putting
  150:5

_____

Q

question
  121:5
  122:15
  123:21
  132:7
  153:25

questions
  110:9
  130:3
  154:11

quick   112:8

_____

R

reached
  120:22

read   110:9
  155:15

reading
  155:20

ready   147:13

real   112:7

reason
  127:18,23
  135:1

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Maria Perez-Sera, Vol. 2 on 09/08/2021          Index: recall..risk

148:7

**recall** 111:1
114:18
116:9
117:4,10
119:10,24
126:2,5
134:2,22

**receive**
124:1,5,
22,24

**received**
131:23
132:1

**receiving**
132:19,22

**recollection**
119:6,20

**recommendation**
147:22
148:4,14

**record** 109:9
112:16
121:14,22
131:4
133:18,23,
25 139:25
140:1
146:24,25

**records**
119:4
147:6,8,9

**REDIRECT**
154:15

**references**
147:8

**referring**
132:21
153:1

**refreshments**
115:24

**regular**
142:5

**rehab** 128:10
138:18
146:3,10,
14,18

**rehabilitation**
128:15,18,
20,21
129:2,8,21
130:7,9,
12,21

**related**
145:14,20
146:1
149:12

**relatives**
116:1

**rely** 138:9

**remain**
111:5,11

**remained**
113:7

**remember**
114:7,24
115:15
116:11

119:8,12,
13 122:1,
4,5 124:3,
13 128:12,
16,17
132:15
136:11
137:23
139:3,5,
12,23,24
142:11
150:7

**remotely**
109:5

**render**
115:21

**repetition**
123:21
124:20
141:21
144:11
145:23
154:22

**report**
140:25

**reporter**
109:1,3
142:16
155:16

**reporting**
109:4,8

**Republic**
113:19

**request**
120:9,15

133:10

**requests**
145:23

**require**
137:7
150:12,20,
25

**reserved**
155:21

**restaurant**
111:15
113:6
114:4,9,17
117:1

**result**
144:9,15
145:14
150:2
151:13

**return**
130:11
136:12

**returned**
111:8
114:1
116:8,25
119:9
137:20
138:5
141:23
142:7

**returning**
130:22
138:1

**risk** 112:17

Romana
  113:22

room   111:4,
  21  125:13
  134:7,8
  153:19
  155:2

roughly
  145:17

Roxanne
  138:22
  139:8,11,
  14,21
  140:3
  147:15

_____

S
_____

sat   114:14

Saturday
  120:1

screen
  110:16

sea   117:10

sees   112:22

sell   115:24

send   130:13
  138:17

sends   138:17

separately
  153:9

September
  125:19
  127:19,25

128:8
131:18,22

Sera   121:20
  131:15

set   147:20

sharing
  134:7

ship
  110:12,24
  111:1
  113:5,20,
  24  114:18,
  22,25
  115:7,12,
  17,18
  116:8,15,
  16,18,19,
  25  117:9
  118:3
  119:9
  120:9,16
  126:25
  127:3
  145:21
  146:2
  150:3
  152:1
  154:18,25

shoe   151:2

shoes   150:5,
  6  151:1,3

show   119:2,
  4

shower
  153:1,7,

12,14

showering
  154:19
  155:1

shows   121:22

signed   134:1

signing
  155:20

simply
  115:17
  118:23

sing   114:12

sit   111:22
  113:8
  114:20
  117:25
  118:5
  150:9

sitting
  113:7
  114:17
  153:16

situation
  144:1

slowly   143:1

small   152:19

snack   115:25

sound   139:16

sounded
  139:15,17

space   113:8

Spanish

109:16,17
110:8,9
153:3

speak   112:19

speaking
  112:23

specializes
  138:16

specifically
  120:15

speculate
  130:2

spend   125:10

spending
  132:13

spent   128:4

spoke   134:22

spot   115:24

stamp
  133:18,25
  140:10

stand   152:9

started
  129:16
  139:6

stating
  109:9

Status
  133:24

stay   115:18
  116:13
  125:13

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
Maria Perez-Sera, Vol. 2 on 09/08/2021                    Index: stayed..toilet

132:10
133:10

**stayed**  111:3
113:9,11,
23  114:10,
12  115:25
116:1,3

**staying**
129:3,8
131:23
133:5,7

**step**  152:20

**steps**  131:2

**stop**  112:23

**stopped**
115:17
135:1
138:4

**stored**
146:25

**strength**
118:10

**strike**  121:5
131:3

**stuff**  115:25
133:1
138:16

**subpoena**
140:11

**subsequent**
147:17

**summary**
131:12

**supplying**
127:15

**supposed**
148:10

**surgeon**
135:19

**surgery**
123:13
125:23
126:3,6,
10,11
127:6,18,
25  128:6,8
135:7,25
144:9,16

**surrounding**
117:13

**sworn**
109:15,21

---

**T**

---

**table**  115:25

**taking**
127:18,25
155:9

**talk**  133:1
134:17,20

**talked**
149:14

**talking**
135:2

**ten**  128:11
146:21

**testified**
109:21

**therapy**
129:16,23
130:15
131:24,25
132:4,9,
13,18,22
134:12
136:5,17,
19,21,24
138:20
139:9
147:15,17,
23  148:4,
15

**thing**  114:10
116:12
117:6,13
118:1
133:2

**things**  150:7
151:21
153:6

**thought**
120:11

**Thursday**
116:18

**tibia**  125:3
126:7
127:21

**tieing**  150:5

**time**  110:6
112:23
115:3,13,

20  116:6,7
117:14
118:2,14
119:11
121:23
122:2,7
124:25
128:23
129:8,14
131:1
132:15,25
135:10,15,
19  136:15
137:24
139:11
141:2,9
147:24
151:16
152:16
155:13

**times**  116:7
130:14,15
132:14
134:22
136:23,24
141:4,8
149:10

**title**  133:23

**today**
142:21,25
150:9
151:8,16,
21

**toilet**  137:1
152:4,6,7
153:7,10,
16,18

154:4,5,19

**toileting**
155:1

**told** 124:8,
14,15
125:2,13,
22 126:2,
5,11,23
127:5,13,
21 128:1,
10,17,18,
19 130:9
134:16
136:2
142:8
147:19
155:10

**tomorrow**
144:24
145:2

**top** 116:22

**towels** 154:8

**transfer**
117:16
131:18
136:17
152:5,7,10

**transferred**
129:11
130:6

**transferring**
113:14

**transfers**
152:2

**translate**
109:16
151:22

**transport**
116:21

**travel**
148:11
154:9

**treat** 123:7
127:15
141:12
149:2,8

**treated**
131:24
141:16,24
149:11

**treating**
144:7,14
146:18

**treatment**
124:2,11,
18 126:10,
12 131:22,
24 132:1,
20,24
134:12
136:16
145:20
146:1

**trip** 122:8

**troubles**
154:19

**Tuesday**
113:20
128:2,5

**Turk**
110:23,24
111:8

**turned**
128:24

**Tylenol**
118:12
149:3,4,8

**type** 131:25
132:19,23
138:6
143:22
144:3
145:10,11
148:22
149:2

**types** 144:8

**U**

**unable**
123:18,23
151:12

**unbearable**
118:21

**Uncle** 154:7

**uncomfortable**
118:24
136:7

**undergoing**
134:2

**understand**
112:6

**understanding**
126:15

129:20
130:20
134:19

**underwent**
132:4,9

**upright**
118:3
123:15,18,
23 135:12

**upstairs**
117:12

**V**

**vacation**
123:12

**Vega** 142:2,
18

**venue** 114:14

**vera** 116:23

**vessel** 115:8
119:11,21,
24

**visit** 119:5
134:11
139:8

**visited**
114:25

**voyage** 118:9

**W**

**waist** 143:12

**wait** 155:19

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Maria Perez-Sera, Vol. 2 on 09/08/2021        Index: waiting..zoom

waiting
  128:4

waive   109:7

walk   111:18
  113:8,15
  115:4
  116:2
  117:17
  118:3
  123:15,18,
  23 130:25
  132:3
  135:12,16
  137:16
  138:6
  142:21,25
  143:3,8,
  11,15,18,
  21 144:6
  149:2,16,
  20

walked
  143:23

walker
  127:16
  135:14
  137:18,23,
  25 138:5

walking
  144:4,15
  149:8

wanted
  147:20

wanting
  146:15

wash   143:15

washed
  137:12,13

watch   132:15

watching
  114:13

water   153:15
  154:9

wear
  150:14,15

week
  130:14,15
  136:23,24
  149:10

weekend
  125:24

weight
  135:22,24
  136:3

West   129:1,
  3,8,11,14,
  21 130:7
  131:4,18,
  21 132:1,
  4,10,20
  133:3,8,
  11,14
  134:11,23
  135:7,10,
  15,20
  136:1,8,
  12,25
  137:6,14,
  20 138:2,
  5,15,18,

21,23
  140:5
  141:15,23
  142:7
  145:13

whatsoever
  113:16

wheelchair
  111:17,19,
  25 113:15
  115:2,3,9,
  11 116:6,
  16,20,24
  117:2,16
  118:23
  120:10,20,
  22 129:15,
  17 135:13
  137:15,20
  138:4
  152:2,4,17

wife   154:7

word   112:6
  153:3
  154:20

words   137:10
  153:2

worked
  142:13

works
  139:14,21
  144:20

written
  146:24

                    X

X-RAYS
  123:10
  124:2

                    Y

year   141:11

young   130:14
  132:25
  155:2

                    Z

zoom   110:18