**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P    (305) 674-5958 F

## COMPULSORY MEDICAL EXAMINATION

**August 31, 2021**

RE:  Maria Perez-Sera v. Carnival Corporation
 Plaintiff:      Perez-Sera
 Claim #:      1:20-cv-23463-MGC
 Date of Loss:  August 24, 2019

**HISTORY:** I had the pleasure of evaluating Ms. Perez-Sera. Ms. Perez-Sera understands that no doctor/patient relationship exists at the time of the interview.

Ms. Perez-Sera is a 67 year-old female who on August 24, 2019 reports she sustained a fall aboard ship where she injured both lower extremities. She had a difficult time managing after the accident and was bearing weight on both legs for toileting/bathing/hygiene purposes while about the cabin.

Upon return to Miami, FL, she presented several days later to a local emergency room where she was admitted for surgical management of a right tibial plateau fracture and a left ankle fracture. She required several months of nursing support and rehabilitation as she was maintained non-weight bearing for a prolonged period due to her bilateral lower extremity fractures.

Her right knee underwent an uncomplicated postoperative course as did the left ankle. She has reports today of low back pain and bilateral knee and leg pain that limit her activities.

She reports new-onset low back pain once she began mobilizing after the accident. She reports she cannot walk or stand more than ten minutes due to the back pain. Sometimes it radiates down the legs. She reports she cannot reach her feet since the accident. She reports she is unable to squat or bend over due to the accident.

She reports bilateral leg and knee pain, more so on the right, that also limits her ability to stand and walk. She denies instability but does not trust the leg.

PAST MED Hx:      Right tibia fracture
                 Left ankle fracture
                 Hypertension
                 Diabetes Type 2
                 Morbid obesity
                 Hypercholesterolemia
                 Mumps
                 Measles
                 Arthritis

PAST SURG Hx:     Right tibia open reduction and internal fixation, 9/3/2019

MEDICATIONS:      Humulin/Insulin
                 Simvastatin

1

**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P     (305) 674-5958 F

Losartan
Meloxicam

**ALLERGIES:**     Tape

**HABITS:**     Denies tobacco and alcohol use

**ROS:**     Non-contributory

**SOCIAL:**     She lives alone and denies toxic habits

**REVIEW OF MEDICAL RECORDS:** Available medical records were reviewed. Pertinent findings are noted below and also within the body of this report.

**DOI:**     August 24, 2019

*Records reviewed include:*

1) First Amended Complaint
2) Carnival Medical Chart
3) Doctors Hospital Medical Records
4) West Gables Rehabilitation Medical Records
5) Rosanna Buigas, M.D., Medical Records
6) C. Jordan, M.D., Medical Records
7) Pharmacy Records
8) Billing Records
9) Diagnostic Images – Doctor's Hospital & Miami Orthopedics & Sports Medicine Institute
10) Radiographs, left knee and ankle, 2013

*Pertinent findings:*

1) First Amended Complaint
    a. Ms. Sera was knocked down by an electric scooter aboard ship during a cruise. She was seen in the Medical Department and "that her injuries were 'superficial' and there were no fractures in either leg." Later, she was diagnosed with bilateral lower-extremity fractures and "should have been advised to remain completely non-weightbearing to avoid exacerbating the injuries until she could be evaluated by an orthopedic specialist." She was provided anti-inflammatories and a wheelchair for the remainder of the cruise, but it was not accessible in the cabin, thus she needed to bear weight on the injured extremities. She was later told on return to the medical facility that "she may have a hair-line fracture." Remedies suggested include transfer for immediate medical attention and/or a handicap accessible cabin. As a result of the injuries and treatment, a permanent loss of function is noted.
2) Carnival Medical Chart

2

**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P     (305) 674-5958 F

a. Visit to the medical center on 8/24/2019 for right knee pain. "She states that she felt over her both knees and ... she is unable to walk." Exam reveals limited flexion and extension and passive motion of the right knee that is abnormal. Joint structure palpation listed as abnormal. Report of knee radiograph obtained showing "degenerative changes with arthrosis without a fracture." A superficial abrasion of 1cm is noted. There is no erythema, swelling, bruising or discoloration noted. No tenderness is noted at the fibular head. Mild tenderness is noted at the patella. Unable to bear weight and unable to flex the knee to $90^0$. Independent review of images reveals asymmetry at the lateral tibial plateau concerning for fracture.

b. On 8/25/2019 00:02 medical counselling is completed. Follow-up visit recommended on arrival for possible MRI and/or therapy.

c. On 8/25/2019 23:24, notation is made about her medical counselling and that she needs to seek orthopaedic care ASAP to include further imaging.

d. 8/26/2019 visit reveals limited flexion and extension and passive motion of the right knee that is abnormal. Joint structure palpation listed as abnormal. Mild swelling and bruising of the right knee are noted. Mild tenderness to the fibular head is noted. It is noted she is unable to flex the right knee to $90^0$. She is unable to bear weight. Ligament exam is deferred due to pain.

e. 8/27/2019 visit for persistent right knee pain. Images reveal degenerative changes with deformity in the lateral tibial plateau "which may represent acute fracture." Brace applied and orthopaedic follow-up recommended. Final diagnosis on this date includes sprain of the knee collaterals and fracture of the shaft of the tibia.

f. X-ray report 8/24/2019 indicates a deformity of the right lateral tibial plateau with soft tissue swelling and joint effusion. Dense vascular calcifications noted.

3) Doctors Hospital Medical Records

a. Admission on 8/31/2019 and discharge on 9/6/2019 for a right tibial plateau fracture.

b. At discharge she is diagnosed with a urinary tract infection, a tibial plateau fracture and a fibula fracture.

c. She is seen on 8/31/2019 for bilateral leg pain and the left leg is weaker. She is able to walk but with pain. Radiographs reveal a right lateral tibial plateau fracture. CT scan of the right knee reveals a displaced right tibial plateau fracture.

d. Hemoglobin A1C is 9.6%.

e. Notation by Vivien Fongue Fongue DO indicates a left distal fibula fracture at the level of the syndesmosis that is minimally displaced and is amenable to non-operative treatment with non-weightbearing in a CAM walker. Due to the bilateral lower extremity injuries, she will be non-weight bearing in a wheelchair for her recovery.

f. Radiograph on 9/1/2019 reveals a left distal fibula fracture

g. Note by Charles Jordan, MD, indicates a left subacute oblique distal fibula fracture that was treated nonoperatively in the 1990's.

h. She undergoes uncomplicated arthroscopically-assisted open reduction and internal fixation of the right lateral tibial plateau fracture, split depression type Schatzker II. A lateral tibial plateau plate was utilized as well as bone filler with calcium phosphate.

3

**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P    (305) 674-5958 F

    i.  Cortisol and ACTH are both noted as low.
    j.  A UTI is noted on urinalysis from 8/31/2021
    k.  Visit on 2/16/2013 for Maria Perez Hernandez for fracture of the Schatzki left lateral malleolus and sprain of knee and leg after a slip and fall at home. She underwent closed reduction and splinting. Nondisplaced fibula fracture is noted on radiographs with a normal mortise.

4) West Gables Rehabilitation Medical Records
    a.  She is admitted on 9/6/2019 and is discharged on 12/11/2019 due to bilateral lower extremity fractures. She had an uncomplicated stay and transition to 50% weight-bearing at 6 weeks. A low vitamin D level is noted.

5) Rosanna Buigas, M.D., Medical Records
    a.  She has a diagnosis of osteoporosis, transaminitis, cholelithiasis, homocystenemia

6) C. Jordan, M.D., Medical Records
    a.  Postoperative course is significant for severe deconditioning and persistent right medial knee pain and left medial ankle pain. Early post-traumatic arthritis of the right knee is discussed and corticosteroid injections recommended.

7) Pharmacy Records
    a.  Reviewed

8) Billing Records
    a.  Reviewed

9) Diagnostic Images – Doctor's Hospital & Miami Orthopedics & Sports Medicine Institute
    a.  Images reviewed and reveal adequate reconstruction of the right lateral tibial plateau and a refracture of the distal fibula on the left.

10) Radiographs, left knee and ankle, 2013
    a.  Left ankle images reveal a large dorsal talar spur with evidence of pseudoarthrosis v. previous fracture. There is a non-displaced distal fibula fracture with bone spurs at the medial aspect of the ankle. Left knee images do not reveal fracture and do reveal preserved joint spaces with normal gross alignment. Images are not marked weight-bearing.

## PHYSICAL EXAMINATION:

She is 5'3" and 260 lbs, BMI 46.1. She is casually dressed using commercially available shoes. She moves about the clinical space slowly. She is unable to toe walk or heel walk. She is unable to squat to touch the ground.

Lumbar spine: She is tender diffusely about the lumbar spine from L3 to the sacrum with tenderness at the sacroiliac joints. Straight leg raise does not recreate leg pain. Neurologic exam is normal and symmetric. Lumbar motion is moderately restricted. She has a large pannus.

Right knee: There is a healed incision about the proximal tibia laterally that is non-tender and has no incisions. She has tenderness that is diffuse about the medial and lateral tibial plateaus and the anterior capsule of the knee. The knee has a full range of motion without evidence of effusion or ligamentous instability. The left knee is also tender about the joint line medially and laterally. There is significant, +3 pitting edema of both legs that is painful. Knee range of motion is symmetric.

4

**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P    (305) 674-5958 F

Left ankle:  There is no tenderness about the left ankle.  There is full, symmetric range of motion of both the ankle and subtalar joints without pain or restriction.   There is edema as above that is tender in the leg bilaterally.  The pulse is palpable at the DP but not the PT.

## DIAGNOSTIC STUDIES:

Lumbar spine, 4 views with flexion and extension:  Study is limited by body habitus.  Lumbar lordosis is preserved.  There is a grade I spondylolisthesis of L5/S1 that does not change with flexion or extension. The disc spaces are grossly preserved and there is evidence of mild to moderate facet arthrosis from L3 to the sacrum.  There is no evidence of previous fracture.  The sacroiliac joints could not be evaluated.

Bilateral knees, two views:  The right knee reveals a previously surgically repaired lateral tibial plateau fracture with retention of a proximal lateral tibial plate and bone cement.  The lateral tibial plateau is not fully elevated as compared to the left side.  There are multiple entheseophytes about the patella bilaterally. Joint spaces are otherwise symmetric and preserved and overall alignment is adequate

## CLINICAL IMPRESSION:

Ms. Perez-Sera is a 67 year-old female two years after a right tibial plateau fracture treated operatively and a left ankle fracture treated nonoperatively with persistent symptoms.

## DISCUSSION:

Ms. Perez-Sera underwent appropriate surgical management of a right tibia fracture.  Her postoperative course was uncomplicated and she has healed the fracture well without evidence of implant loosening or lysis.  Early post-traumatic arthrosis is not noted on radiographs obtained today.  Within a reasonable degree of medical certainty, further care for the right knee as a result of the 8/24/2019 is not expected.

Following my review of medical records and compulsory medical examination, there is not conclusive evidence to suggest that any action or inaction of the ships medical staff complicated the plaintiff's medical course or compromised her overall prognosis.

Ms. Perez-Sera underwent appropriate non-operative care of the left ankle fracture.  Current area of pain at the medial ankle is not related to the fracture sustained on 8/24/2019.  She has healed this fracture uneventfully and no evidence of early post-traumatic arthrosis is noted.  Within a reasonable degree of medical certainty, further care for the left ankle as a result of the 8/24/2019 is not expected.

The lumbar spine complaints are not temporally related to the date of accident.  No evidence of acute injury as a result of the accident on 8/24/2019 are noted today.  Within a reasonable degree of medical certainty, further care for the lumbar spine as a result of the 8/24/2019 is not expected.

All of my opinions are within a medical degree of certainty are based on the provided medical records and examination and may be expanded or amended upon presentation of further material.

**Orthopaedic Specialists**
2260 NE 123rd St., North Miami, FL 33181
(305) 674-5956 P.    (305) 674-5958 F

**Sophia Deben, M.D.**
**Diplomate, American Board of Orthopedic Surgery**
cc:  Cooper Jarnagin, Esq.

6