**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Lucy Garcia on 11/02/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:20-cv-23463-MGC

MARIA PEREZ-SERA,

        Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator
of the trademark CARNIVAL CRUISE LINE,

        Defendant.
_____/


REMOTE DEPOSITION OF
LUCY GARCIA


TUESDAY, NOVEMBER 2, 2021
12:23 p.m. – 1:05 p.m.

APPEARANCES:

Appeared for the Plaintiff:
Deborah J. Gander, Esquire
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7400
deborah@colson.com

Appeared for the Defendant:
W. Cooper Jarnagin, Esquire
GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
561-268-5727
cooper.jarnagin@gray-robinson.com

```
                        I N D E X

WITNESS:              DIRECT

LUCY GARCIA

BY MR. JARNAGIN      5




                 NO EXHIBITS MARKED
```

Deposition taken before Sandra Rossi, Court Reporter and Notary Public, in and for the State of Florida at Large in the above cause.

- - -

THE REPORTER:  The attorneys participating in this deposition acknowledge that I, the court reporter, am not present with the witness and that I will be reporting the proceedings and administering the oath remotely.  This arrangement is pursuant to the Florida Supreme Court Administrative Order No. AOSC20-16.  The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Counsel, can you please indicate your agreement by stating your name and that you're in agreement with the statements made by the Court Reporter.

We can start with the noticing attorney.

MR. JARNAGIN:  Cooper Jarnagin on behalf of Carnival Corporation and I'm in agreement.

MS. GANDER:  Deborah Gander on behalf of the plaintiff Maria Perez-Sera and we're in agreement.

Thereupon,

LUCY GARCIA,

having been duly sworn or affirmed, was examined and

testified as follows:

THE WITNESS:  I swear.

DIRECT EXAMINATION

BY MR. JARNAGIN:

Q    Good afternoon, Ms. Garcia.  My name is Cooper Jarnagin.  I'm the attorney on behalf of Carnival Corporation.  You understand you're here today to give testimony regarding a lawsuit that Maria Perez-Sera has filed against Carnival Corporation?

A    Yes.

Q    Can you start by please stating for the record your full name?

A    Lucy Garcia.

Q    Ms. Garcia, do you have a middle name?

A    No.  I used to have a middle name A, but no.

Q    Can you please tell me your date of birth?

A    7/7/43.

Q    And what is your current residential address?

A    13201 Southwest 49th Street, Miami, Florida 33175.

Q    So are you appearing today from the same location as Ms. Elizabeth Perez?

A    Yes, I'm here.

Q    What current location are you in?

A    Where I am?

Q    Yes.

A    In the bedroom.

Q    Okay.  So during the deposition, you can only rely upon your own memory, so please do not refer to Ms. Perez or rely on her to answer any of the questions I'm going to ask.  Okay?

A    Okay.

Q    Were you present during Ms. Perez's questioning?

A    Yes.

Q    Were you in the same room as Ms. Perez while she was giving her answers?

A    No.

Q    You were in a separate room while Ms. Perez was giving her answers earlier today?

A    I was not in her room, no.

Q    So the biggest rule for today is please allow me to finish my question before you answer, that way we can have a clear record and move through this as quickly as possible.  Okay?

A    Okay.

Q    Is anyone else in the room with you at your present location?

A    No.

Q    So prior to Maria Perez-Sera's incident of

August of 2019, had you yourself ever been on a cruise ship vacation before?

A    Excuse me?  I didn't understand.

Q    Prior to --

A    Hello?

Q    -- august of 2019, had you ever sailed on a cruise ship before?

A    Oh, my God.  Many times.  Many, many times.

Q    About how many times prior to August 2019 do you believe you had cruised on a ship?

A    Oh, my God.  Like maybe 15, 20.  Around there.

Q    And were all those times, were those with Carnival?

A    Excuse me?

Q    Were those 15 to 20 prior cruises, were those all with Carnival?

A    More or less, yes.  Also Royal Caribbean.

Q    Have you sailed with anyone else other than Carnival and Royal Caribbean?

A    Once I went to MSCI.

Q    In this particular cruise on the Carnival Horizon, who were you sharing a cabin with?

A    My cousin, Elizabeth.

Q    Who was that?

A    With my cousin, Elizabeth Perez.

MR. JARNAGIN: Let's go off the record a second.

(Discussion off the record.)

BY MR. JARNAGIN:

Q So, Lucy, this is Cooper Jarnagin again. You can hear me okay, right?

A I hear you okay, yes.

Q Okay.

A Okay.

Q Prior to appearing for your deposition today, did you speak with anyone regarding Maria's incident?

A Today? No.

Q Okay.

A Only I talked to Maria. That's it.

Q When did you speak to Maria prior to your deposition today regarding the incident?

A Oh, you mean Maria Jimenez?

Q Maria Perez-Sera.

A Oh, no, no, no. I haven't talked to her.

Q Okay. So I'm going to be referring to Maria Perez-Sera as "Maria" during the deposition. Okay? So do you understand that when I say "Maria" I'm referring to Maria Perez-Sera?

A Maria Perez-Sera.

Q Okay. Did you review any documents before

appearing for your deposition today?

A    I reviewed the document that was sent to me.

Q    Okay.  Is that the Notice of Deposition that was served via subpoena?

A    Exactly.  The paper that you people sent to my house was the document.

Q    Okay.  So I understand that in August of 2019 you boarded the Carnival Horizon as a family vacation sailing, is that right?

A    Yes.

Q    Who were you sharing a cabin with on board that ship?

A    Elizabeth Perez, her mom and dad.

Q    So were you sharing a cabin with three other people?

A    With other people, no.  With her.

Q    And what was that person's name you were sharing a cabin with?

A    Elizabeth Perez, Edelmira and Guillermo Perez, the father, the mother, and I'm the cousin, Lucy Garcia.

Q    Okay.  How many other people on board the Carnival Horizon were you sharing a cabin with?

A    Sharing the cabin only with them.

Q    With the individuals you just mentioned.

A    That's it.

Q   About what time did you get on board the ship that day?

A   Oh, my God.  That was about three years ago.

Q   I understand.

A   We usually arrive early.

Q   Do you recall what you did on board that day prior to Maria's incident taking place?

A   Excuse me?

Q   Do you recall what you did on board the Carnival Horizon that day before Maria's incident took place?

A   Well, we usually go to -- we leave whatever we have, luggage, in the room, and then we go up and eat something, and then we get to bed and we see the (inaudible).  That's what we do.

Q   Prior to Maria's incident taking place that day on August 24th, did you, yourself, have any alcoholic beverages?

A   No, I don't drink.

Q   Okay.  Prior to Maria's incident taking place on board that day on August 24th, did you see Maria have any alcoholic beverages?

A   No.  She doesn't drink.

Q   About what time do you recall Maria's incident taking place on board that evening on August 24th?

A    It was really -- it was a night.  A night.  We went into the Invicta store at night.  It was at night.

Q    **Okay.  And you mentioned the Invicta store, right?**

A    Yes, I did.  It was a store that we visit, a little gift shop.  We went inside the liquor store.  I was looking for something for my son.  We came out and we were walking.  You know, there's a lot of people.  And all of a sudden, my cousin had -- and this lady (inaudible) and she was on the floor.  That's the only thing.  That's it.

Q    **So did you go inside the Invicta store with Maria that night?**

A    The what?

Q    **Did you go inside of the Invicta shop that night with Maria?**

A    Really we didn't have time, really.  We just came out of the liquor store, we came out and everything happened.

Q    **Did you actually witness how Maria fell?**

A    Well, she was next to me.

Q    **Where was she positioned at the time that she fell?**

A    She was next to me.  She was next to me.

Q    **Was she on your left side or your right side?**

A    She was on the right.  On the right.

**Q    Was she directly to your right, or were you walking a little bit ahead or a little bit behind her?**

A    I think we were close together.  We were close together.  You know, she was next to me.

**Q    Okay.  So you guys were walking along beside of each other at the time --**

A    No.  She was walking there all nice and quiet, you know.  So I see the little gift shop open and --

MS. GANDER:  Ms. Garcia, I don't know if you meant to interrupt and cut off Mr. Jarnagin's question --

THE WITNESS:  I'm sorry.

MS. GANDER:  -- so please make sure that you let him finish or we're not going to be able to get you out in time to pick up your grandchild.  Please let him finish.

THE WITNESS:  Okay.  Thank you very much.  Thank you.  Thank you.  Thank you.  I'm sorry.  Thank you.

BY MR. JARNAGIN:

**Q    So you were walking alongside of Maria with Maria to your right when Maria fell, is that correct?**

A    Yes.

**Q    Did you see what caused her to fall?**

A    She got hit by the back.

Q    She got hit by the back by what?

A    The lady that had a handicap cart.

Q    Did you actually see the woman in the motorized scooter, we'll call it, strike Maria?

A    The lady was there.

Q    Did you actually witness the scooter strike Maria?

A    Well, we were walking and everything happened.

Q    Okay.  So did you actually see the scooter before it struck Maria?

A    Not that I recall.  We were walking and she got hit.

Q    Did you see Maria get hit by the scooter?

A    Excuse me?

Q    Did you see Maria get struck by the scooter?

A    Everything happened fast.

Q    Okay.  So, yes.  But it's a simple question. It's a yes or no.  Did you actually see Maria get struck by the scooter?

A    Well, she was next to me.  She got hit, yes.

Q    Did you see the scooter strike Maria, or did you just surmise after seeing Maria fall that she was struck by the scooter?

A    She was on the floor very, very fast.

Q   Did you see Maria fall down to the floor?

A   Yes, I saw.  She was next to me.

Q   Did Maria fall forward to the floor?

A   Forward, I think she did.

Q   Did you see Maria strike the floor with her body?

A   Yeah, everything went down.

Q   After Maria fell to the floor, did you see the woman operating the scooter?

A   The lady was there.

Q   Did the lady operating the scooter say anything?

A   Sir, I don't remember.

Q   Okay.  Do you recall --

A   (Inaudible).

Q   Do you recall anything that the woman operating the scooter said that night?

A   Not that I remember.

Q   So you personally don't remember any conversation you had with this woman that was operating the scooter?

A   No, no, no.

Q   Tell me what happened after Maria fell to the floor.

A   Well, everybody when they saw her on the

floor, everybody came around and my cousin, you know, my other cousin that was in the cruise and then I think there was security and somebody from the other little gift shop that works there came out, and everybody was there.  And then my cousin went downstairs.

Q   So were the other members -- were all the other members of your family at the incident scene when Maria fell?

A   Not that I recall.  We were all together more or less.

Q   What specific family members do you remember being there on the scene when Maria fell?

A   Well, Elizabeth, and we had George.  You know. The mom, the dad.  We always together on the cruise. Maritza.

Q   Do you recall whether any members of your family had any conversation with the woman that was operating the scooter?

A   No, sir, I don't recall that.

Q   You said that other --

A   Everybody was --

Q   You said that other people that worked on board responded to the scene after Maria fell, right?

A   No, only that person there that I recall came right away.  You know, everybody tried to help her out.

Q    Who was the person that responded right away that you're talking about?

A    I think it was a guy that was there that was selling watches, something like that.

Q    Was this guy from the Invicta shop?

A    No, he just came out and seen what he can do and that's it.  That happened.  He just came out. Everything, everybody start, you know.

Q    Did he come out from the Invicta shop?

A    Uh-huh, to see what was wrong by the way I guess they called downstairs for the nurses or whatever.

Q    Okay.  After Maria fell, did members of your family help her back up?

A    Then Elizabeth took care of her.  Elizabeth, my cousin, went with -- downstairs.  You have, you know, an emergency room or the little hospital that you have in the casino in the cruise.

Q    Okay.

A    And that's the only thing.  That's it.  After that, that's it.

Q    Okay.  So I'm going to ask you a few questions, and they're specific to Maria being at the scene of her accident.  Okay?

A    Okay.

Q    So after Maria fell, who do you remember from

the ship responding to Maria's fall?

A    Oh, my God.  We were paying attention more to Maria.  You know.  I don't recall.

Q    Okay.  So other than the man from the Invicta shop, sitting here today you don't recall anyone else?

A    Maybe a security came by.  I think there was a security but I don't recall.  Sorry.

Q    Okay.  Do you recall whether any member of the medical team responded to Maria while she was at the scene of her incident?

A    If I remember, I think somebody came up. That's it.

Q    Do you recall any type of medical treatment that was given to Maria at the scene of the incident?

A    No, I was not there.

Q    Okay.  How long were you at the scene of the incident before you left?

A    Well, I was waiting for them to come up. That's it.  It was a long time.

Q    You were waiting for members of the medical team to come up?

A    No, not me.  My cousin that went with her downstairs and my other cousin, they all went downstairs with her.  Not me.  I stay up.  I never went anyplace.

Q    Okay.  How long were you at the scene of the

incident after Maria fell until you, yourself, left?

A    Well, I sit down I think in the chair and wait until they come up.  I don't remember, sir.  Two years.

Q    I understand.  So other than the man from the Invicta shop and maybe a person from the medical crew, do you recall anyone else from Carnival that responded to Maria's incident scene?

A    No, I don't recall.  Sorry, no, I don't recall.

Q    Do you recall how much time passed between Maria falling and Maria being taken to the medical center?

A    No, I don't.  I didn't keep that.  No, I don't recall.  Sorry.

Q    When Maria fell, did it appear to you that Maria was injured?

A    We didn't -- I didn't even know that happened to her.

Q    You said you were standing next to her when she fell.

A    I was standing next to her, sir, but -- what is the question again?

Q    Yes.  The question was did you observe any injuries on Maria after she fell?

A    Oh, if I see any injury?  No.

Q    Okay.  Did it not appear to you that Maria had injured herself after she fell?

A    When she fell I think she -- sure, she got injured.

Q    Okay.  Did you observe any visible injuries on Maria?

A    Excuse me?

Q    Did you observe any visible injuries on Maria after she fell?

A    I didn't even touch her, sir.

MS. GANDER:  He's asking you if you saw any injuries on Maria.

THE WITNESS:  If I saw any injuries right away?

BY MR. JARNAGIN:

Q    Yes.

A    How could I see something that happened so fast right away?

Q    Okay.  Before Maria was taken to the medical center, did you see any visible injuries on Maria?

A    I don't recall seeing any.  I don't recall, sir.  Everybody got so nervous, you know, that we were trying to see what was wrong with her.

Q    You did not accompany Maria to the medical center, correct?

A    No, sir, I didn't.

Q    At any point during the voyage did you go to the medical center with Maria?

A    I was walking with Maria and that is all. Elizabeth went downstairs with her.

Q    Okay.  Then the answer to that question, which was, did you accompany Maria to the medical center at any point during the cruise, that would be no, right?

A    No, I didn't went with her, sir.

Q    Okay.  Did you, yourself, personally ever speak to anyone from Carnival while you were on board about Maria's incident?

A    No, I didn't see anybody.

Q    So you did not speak to anyone from Carnival while --

A    No, no, no.  I didn't speak to anybody.

Q    Okay.  Did you speak to any -- so that means you didn't speak to anyone from the medical team regarding Maria's incident, right?

A    No, I didn't.  No, I didn't speak to anybody here.

Q    Okay.  And so you didn't speak to anyone from Carnival security staff?

A    No.

Q    Did you ever fill out any written statements

about Maria's incident?

A    No.

Q    After Maria's incident, did you assist her in any way while she was on the cruise ship?

A    Excuse me?

Q    Did you physically assist --

A    Hello?

Q    -- Maria while she was on board the cruise ship following her incident?

A    Elizabeth help her, and her mom and dad and the other cousin.

Q    Okay.  So at any point did you physically assist Maria?

A    No.  You know, sometimes with, you know, a wheelchair maybe, but that's it.  No.

Q    So you did not assist Maria with using the bathroom at any point during the voyage?

A    No.  That was my cousin Elizabeth.  Elizabeth help her a lot.  Elizabeth help her all the way.  And her mom.

Q    So since you were beside Maria when the incident happened, what was the cause of Maria's fall?

A    Hitting by the back.

Q    By the woman operating the scooter?

A    Exactly.

Q    And you did not physically observe the woman operating the scooter before she struck Maria, is that right?

A    What?

Q    You did not physically observe the woman operating the scooter before she struck Maria?

A    No, sir.

Q    Okay.  So based on your testimony, you did not talk to anyone on board the Carnival Horizon from Carnival regarding Maria's incident, is that correct?

A    No.

Q    Okay.  And you were never present for any medical treatment that Maria received on board the Carnival Horizon?

A    No.

Q    And you did not speak to the woman who was operating the scooter that struck Maria?

A    No.

Q    After Maria came home and she underwent her medical treatment and she returned to her house, did you ever assist Maria in her home?

A    No.

Q    After Maria came home following her medical treatment, did you ever go over to her house and observe her?

A    Me, no.

Q    Okay.  So, Ms. Garcia, that's all the questions I have for you.  I appreciate your time.

A    Thank you very much.

MS. GANDER:  Ms. Garcia, I don't have any questions for you.  Cooper, do you want to explain read or waive?

MR. JARNAGIN:  Yes.  Ms. Garcia, as part of your testimony today, you have the option to review the transcript that the court reporter has prepared of your answers.  You would have 30 days to review the answers to your questions and make any corrections, but you can also waive that right and not read the deposition transcript.

THE WITNESS:  Okay.  Thank you.

MR. JARNAGIN:  Okay.  So would you like to have the opportunity to read the transcript or do you want to waive it?

THE WITNESS:  Yes, send them to me.  I want to see what I, you know -- yeah, it would be nice to read, to see them.  If everything, you know, then I don't send it back.  Do you have to send it back or is it mine to keep?

MR. JARNAGIN:  Okay.  So you're going to -- can you provide your email address to the court

reporter?

THE WITNESS:  13201 Southwest 49th Street, Miami, Florida 33175.

(The deposition was concluded at 1:05 p.m.)

- - -

STATE OF FLORIDA          )

COUNTY OF BROWARD          )


        I, the undersigned authority, certify that the aforementioned witness appeared before me and was duly sworn.

        Dated this 8th day of November, 2021.


_____
Sandra Rossi
Notary Public-State of Florida
My Commission # GG 948390
Expires 3/20/2024

C  E  R  T  I  F  I  C  A  T  E

STATE OF FLORIDA        )
COUNTY OF BROWARD       )

I, Sandra Rossi, Court Reporter, State of Florida at Large, do hereby certify that the aforementioned witness was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

Dated this 8th day of November, 2021.

_____
SANDRA ROSSI
Notary Public - State of Florida
My Commission  # GG 948390
My Commission Expires 3/20/2024

E R R A T A   S H E E T

IN RE:  MARIA PEREZ-SERA V. CARNIVAL CORPORATION

DEPOSITION OF: LUCY GARCIA  TAKEN: NOVEMBER 2, 2021

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE #  LINE #   CHANGE                    REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please forward the original signed errata sheet to this
office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my
deposition and that it is true and correct subject to
any changes in form or substance entered here.

SIGNATURE OF
DEPONENT:_____DATE:_____

**1**

13201  5:19
  24:2

15  7:11,15

1:05  24:4

**2**

20  7:11,15

2019  7:1,6,
  9 9:7

24th  10:17,
  21,25

**3**

30  23:11

33175  5:20
  24:3

**4**

49th  5:19
  24:2

**7**

7/7/43  5:17

**A**

accident
  16:23

accompany
  19:24 20:7

acknowledge
  4:6

address  5:18
  23:25

administering
  4:9

Administrative
  4:11

affirmed
  4:25

afternoon
  5:5

agreement
  4:15,16,
  20,22

ahead  12:3

alcoholic
  10:18,22

alongside
  12:22

answers
  6:12,15
  23:11,12

anyplace
  17:24

AOSC20-16
  4:11

appearing
  5:21 8:10
  9:1

arrangement
  4:9,12

arrive  10:5

assist  21:3,
  6,13,16
  22:21

attention
  17:2

attorney
  4:18 5:6

attorneys
  4:5

august  7:1,
  6,9 9:7
  10:17,21,
  25

**B**

back  13:1,2
  16:13
  21:23
  23:22

based  22:8

bathroom
  21:17

bed  10:14

bedroom  6:2

behalf  4:19,
  21 5:6

beverages
  10:18,22

biggest  6:17

birth  5:16

bit  12:3

board  9:11,
  21 10:1,6,
  9,21,25
  15:23
  20:11 21:8
  22:9,13

boarded  9:8

body  14:6

**C**

cabin  7:22
  9:11,14,
  18,22,23

call  13:5

called  16:11

care  16:14

Caribbean
  7:17,19

Carnival
  4:20 5:6,9
  7:13,16,
  19,21 9:8,
  22 10:10
  18:6
  20:11,14,
  23 22:9,
  10,14

cart  13:3

casino  16:17

caused  12:25

center  18:12
  19:20,25
  20:3,7

chair   18:2

clear   6:19

close   12:4

concluded
  24:4

consent   4:12

conversation
  14:20
  15:17

Cooper   4:19
  5:5  8:5
  23:6

Corporation
  4:20  5:7,9

correct
  12:23
  19:25
  22:10

corrections
  23:13

counsel
  4:12,14

court   4:1,6,
  10,16
  23:10,25

cousin   7:23,
  25  9:20
  11:9  15:1,
  2,5  16:15
  17:22,23
  21:11,18

crew   18:5

cruise   7:1,

7,21  15:2,
  14  16:17
  20:8  21:4,
  8

cruised   7:10

cruises   7:15

current
  5:18,24

cut   12:11

---

**D**

dad   9:13
  15:14
  21:10

date   5:16

day   10:2,6,
  10,17,21

days   23:11

Deborah   4:21

deposition
  4:1,6  6:3
  8:10,16,21
  9:1,3
  23:14 24:4

DIRECT   5:3

directly
  12:2

discussion
  8:3

document
  9:2,6

documents

8:25

downstairs
  15:5
  16:11,15
  17:23 20:5

drink   10:19,
  23

duly   4:25

---

**E**

earlier   6:15

early   10:5

eat   10:13

Edelmira
  9:19

Elizabeth
  5:22  7:23,
  25  9:13,19
  15:13
  16:14 20:5
  21:10,18,
  19

email   23:25

emergency
  16:16

evening
  10:25

EXAMINATION
  5:3

examined
  4:25

Excuse   7:3,

14 10:8
  13:15 19:7
  21:5

explain   23:6

---

**F**

fall   12:25
  13:23
  14:1,3
  17:1 21:22

falling
  18:11

family   9:8
  15:7,11,17
  16:13

fast   13:17,
  25 19:18

father   9:20

fell   11:20,
  23 12:23
  14:8,23
  15:8,12,23
  16:12,25
  18:1,15,
  20,24
  19:2,3,9

filed   5:9

fill   20:25

finish   6:18
  12:15,17

floor   11:10
  13:25
  14:1,3,5,
  8,24 15:1

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Lucy Garcia on 11/02/2021          Index: Florida..make

Florida   4:3,
  10 5:19
  24:3

forward
  14:3,4

full   5:12

_____

**G**

Gander   4:21
  12:10,14
  19:11 23:5

Garcia   4:24
  5:5,13,14
  9:20 12:10
  23:2,5,8

George   15:13

gift   11:6
  12:9 15:4

give   5:7

giving   6:12,
  15

God   7:8,11
  10:3 17:2

Good   5:5

grandchild
  12:16

guess   16:11

Guillermo
  9:19

guy   16:3,5

guys   12:6

_____

**H**

handicap
  13:3

happened
  11:19
  13:9,17
  14:23 16:7
  18:17
  19:17
  21:22

hear   8:6,7

hit   13:1,2,
  13,14,21

Hitting
  21:23

home   22:19,
  21,23

Horizon   7:22
  9:8,22
  10:10
  22:9,14

hospital
  16:16

house   9:6
  22:20,24

_____

**I**

inaudible
  10:15
  11:10
  14:15

incident
  6:25 8:11,
  16 10:7,
  10,16,20,
  24 15:7
  17:10,14,
  17 18:1,7
  20:12,19
  21:1,3,9,
  22 22:10

individuals
  9:24

injured
  18:16
  19:2,4

injuries
  18:24
  19:5,8,12,
  13,20

injury   18:25

inside   11:6,
  12,15

interrupt
  12:11

Invicta
  11:2,3,12,
  15 16:5,9
  17:4 18:5

_____

**J**

Jarnagin
  4:19 5:4,6
  8:1,4,5
  12:21
  19:15
  23:8,16,24

Jarnagin's
  12:11

Jimenez   8:17

_____

**L**

lady   11:9
  13:3,6
  14:10,11

Large   4:3

lawsuit   5:8

leave   10:12

left   11:25
  17:17 18:1

liquor   11:6,
  18

location
  5:22,24
  6:23

long   17:16,
  19,25

lot   11:8
  21:19

Lucy   4:24
  5:13 8:5
  9:20

luggage
  10:13

_____

**M**

made   4:16

make   12:14
  23:12

man   17:4
  18:4

manner   4:13

Maria   4:22
  5:8  6:25
  8:14,15,
  17,18,20,
  21,22,23,
  24  10:21
  11:13,16,
  20  12:22,
  23  13:5,8,
  11,14,16,
  19,22,23
  14:1,3,5,
  8,23  15:8,
  12,23
  16:12,22,
  25  17:3,9,
  14  18:1,
  11,15,16,
  24  19:1,6,
  8,12,19,
  20,24
  20:3,4,7
  21:8,13,
  16,21
  22:2,6,13,
  17,19,21,
  23

Maria's   8:11
  10:7,10,
  16,20,24
  17:1  18:7
  20:12,19
  21:1,3,22
  22:10

Maritza
  15:15

means   20:17

meant   12:11

medical
  17:9,13,20
  18:5,11
  19:19,24
  20:3,7,18
  22:13,20,
  23

member   17:8

members
  15:6,7,11,
  16  16:12
  17:20

memory   6:4

mentioned
  9:24  11:3

Miami   5:19
  24:3

middle   5:14,
  15

mine   23:23

mom   9:13
  15:14
  21:10,20

mother   9:20

motorized
  13:5

move   6:19

MSCI   7:20

_____

N

_____

nervous
  19:22

nice   12:8
  23:20

night   11:1,
  2,13,16
  14:17

Notary   4:2

Notice   9:3

noticing
  4:18

nurses   16:11

_____

O

_____

oath   4:9

objections
  4:13

observe
  18:23
  19:5,8
  22:1,5,24

open   12:9

operating
  14:9,11,
  17,20
  15:18
  21:24
  22:2,6,17

opportunity
  23:17

option   23:9

Order   4:11

_____

P

_____

p.m.   24:4

paper   9:5

part   23:8

participating
  4:5

parties   4:11

passed   18:10

paying   17:2

people   9:5,
  15,16,21
  11:8  15:22

Perez   5:22
  6:5,11,14
  7:25  9:13,
  19

Perez's   6:8

Perez-sera
  4:22  5:8
  8:18,21,
  23,24

Perez-sera's
  6:25

person   15:24
  16:1  18:5

person's
  9:17

personally
  14:19

20:10

**physically** 21:6,12 22:1,5

**pick** 12:16

**place** 10:7, 11,16,20, 25

**plaintiff** 4:22

**point** 20:2,8 21:12,17

**positioned** 11:22

**prepared** 23:10

**present** 4:7 6:8,23 22:12

**prior** 6:25 7:4,9,15 8:10,15 10:7,16,20

**proceedings** 4:8

**provide** 23:25

**Public** 4:2

**pursuant** 4:10

—————————
**Q**
—————————

**question** 6:18 12:12 13:18 18:22,23 20:6

**questioning** 6:9

**questions** 6:5 16:22 23:3,6,12

**quickly** 6:19

**quiet** 12:8

—————————
**R**
—————————

**read** 23:7, 14,17,21

**recall** 10:6, 9,24 13:12 14:14,16 15:9,16, 19,24 17:3,5,7, 8,13 18:6, 8,9,10,14 19:21

**received** 22:13

**record** 5:11 6:19 8:1,3

**refer** 6:4

**referring**

8:20,22

**rely** 6:4,5

**remember** 14:13,18, 19 15:11 16:25 17:11 18:3

**remotely** 4:9

**reporter** 4:2,5,7,17 23:10 24:1

**reporting** 4:8,13

**residential** 5:18

**responded** 15:23 16:1 17:9 18:6

**responding** 17:1

**returned** 22:20

**review** 8:25 23:9,11

**reviewed** 9:2

**room** 6:11, 14,16,22 10:13 16:16

**Rossi** 4:1

**Royal** 7:17, 19

**rule** 6:17

—————————
**S**
—————————

**sailed** 7:6, 18

**sailing** 9:9

**Sandra** 4:1

**scene** 15:7, 12,23 16:23 17:10,14, 16,25 18:7

**scooter** 13:5,7,10, 14,16,20, 22,24 14:9,11, 17,21 15:18 21:24 22:2,6,17

**security** 15:3 17:6, 7 20:23

**selling** 16:4

**send** 23:19, 22

**separate** 6:14

**served** 9:4

**sharing** 7:22 9:11,14, 18,22,23

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Lucy Garcia on 11/02/2021                    Index: ship..wheelchair

ship  7:2,7, 10 9:12 10:1 17:1 21:4,9

shop  11:6, 15 12:9 15:4 16:5, 9 17:5 18:5

side  11:25

simple  13:18

sir  14:13 15:19 18:3,21 19:10,22 20:1,9 22:7

sit  18:2

sitting  17:5

son  11:7

Southwest  5:19 24:2

speak  8:11, 15 20:11, 14,16,17, 18,20,22 22:16

specific  15:11 16:22

staff  20:23

standing  18:19,21

start  4:18 5:11 16:8

State  4:2

statements  4:16 20:25

stating  4:15 5:11

stay  17:24

store  11:2, 3,5,6,12, 18

Street  5:19 24:2

strike  13:5, 7,22 14:5

struck  13:11,16, 19,24 22:2,6,17

subpoena  9:4

sudden  11:9

Supreme  4:10

surmise  13:23

swear  5:2

sworn  4:25

T

taking  10:7, 16,20,25

talk  22:9

talked  8:14, 19

talking  16:2

team  17:9, 21 20:18

testified  5:1

testimony  5:8 22:8 23:9

thing  11:11 16:19

time  10:1, 24 11:17, 22 12:7,16 17:19 18:10 23:3

times  7:8,9, 12

today  5:7,21 6:15,17 8:10,12,16 9:1 17:5 23:9

touch  19:10

transcript  23:10,14, 17

treatment  17:13 22:13,20, 24

type  17:13

U

Uh-huh  16:10

understand  5:7 7:3 8:22 9:7 10:4 18:4

underwent  22:19

V

vacation  7:2 9:8

visible  19:5,8,20

visit  11:5

voyage  20:2 21:17

W

wait  18:2

waiting  17:18,20

waive  4:13 23:7,13,18

walking  11:8 12:3,6,8, 22 13:9,12 20:4

watches  16:4

wheelchair  21:15

**woman**  13:4
  14:9,16,20
  15:17
  21:24
  22:1,5,16

**worked**  15:22

**works**  15:4

**written**
  20:25

**wrong**  16:10
  19:23

<hr>

**Y**

<hr>

**years**  10:3
  18:3