

**Exhibit 3**

Arvind Lagas
10/26/2021

Guest collided with another guest Ms. Maria Perez of cabin 8250 while driving her electric scooter.



**EILEEN SMITH**
Checked In - Onboard          Folio: 8480          Stateroom: 8227

### Guest Details

| Title | MS | D.O.B. | 20-SEP-1946 | Age | 72 |
|---|---|---|---|---|---|
| First Name | EILEEN | Middle Initial | | Last Name | SMITH |
| Gender | FEMALE | Citizenship | UNITED STATES | Home Phone | 239-223-5658 |
| Email | EILEENSMITH5905@CC | | | | |

### Document Details

| Document Type | PASSPORT | Document # | 513719727 | Expiration Date | 08-DEC-2023 |
|---|---|---|---|---|---|
| Document City | | Document Country | UNITED STATES | Issue Date | |

### Home Address

| Same As | | | |
|---|---|---|---|
| Address 1 | 1409 SW 19TH LANE | Address 2 | |
| City | CAPE CORAL | State/Province | FLORIDA |
| Zip | 33991 | Country | UNITED STATES |

PEREZ-SERA
01994          GR000029