**Exhibit** 4

Arvind Lagas
10/26/2021



PEREZ-SERA
03894



PEREZ-SERA
03895