# Stateroom 8227

- **Overview**

**Interior**

**Category 4F**

**Deck 8**

- 🛏 Max 2 guests
- ♿ Fully Accessible

- **Amenities**

- Modified for guests with wheelchairs
- Dedicated room steward
- Soft, cozy linens (Carnival Comfort Collection®)
- In-room safe for valuables
- Plenty of closet and drawer space
- Television
- Stateroom climate control
- Bathrobes upon request

- **Details**

Two twin beds (convert to king). Desk and seat. Full bathroom with shower. Ample closet space.

**Fully Accessible Cabin:** This stateroom is designed for use by guests with highly limited or no mobility, who require the regular use of a wheelchair, scooter or other similar assistive devices. Accessible features include entry doorways into the room and bathroom measuring approximately 32", no lip into the bathroom, full turnaround space of approximately 60" x 60" in the room and bathroom, accessible routes throughout the room, plus an accessible bathroom with roll-in shower equipped with grab bars and fold-down shower seat.

All images are representative of staterooms. Actual configurations may vary.

PEREZ-SERA
03911

- ## **IMAGES**



- ## **FLOOR PLAN**



PEREZ-SERA
03912