

**Exhibit 5**

Arvind Lagas
10/26/2021

PEREZ-SERA
03896