

PEREZ-SERA
01971   GR000006

**Exhibit 6**

Arvind Lagas
10/26/2021

PEREZ-SERA
01976   GR000011