3 of 3 R:2281

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

COB&R Coordination of Benefits and Recovery

| TOS | ICN | Line # | Processing Contractor | Provider Name/NPI# | ICD Ind | ***DX Codes | **HCPCS / CPT/DRG | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 22000901163007M DA | 0 | 12001 | WEST GABLES HEALTH CARE CENTER / 1376525105 | ICD-10 | **S82402D**, E119, M6250, M62511, M62512, N390, R1311, S8292XD | | 12/01/2019 | 12/11/2019 | $10,259.24 | $2,768.18 | $2,768.18 |
| 10 | 22016103141408F LR | 0 | 11001 | AMERICA-LOVING CARE HOME HEALTH INC / 1780634097 | ICD-10 | **S82822D**, E119, E785, I10, M62511, M62512, S82141D, Z794 | | 12/12/2019 | 02/09/2020 | $2,163.01 | $5,195.57 | $2,163.01 |
| 10 | 22007700088007F LR | 0 | 11001 | AMERICA-LOVING CARE HOME HEALTH INC / 1780634097 | ICD-10 | **S82822D**, E119, E6601, I10, M62511, S82141D, Z794, Z79891, Z9181 | | 02/10/2020 | 03/10/2020 | $780.01 | $1,201.89 | $780.01 |
| 10 | 22011100030207F LR | 0 | 11001 | AMERICA-LOVING CARE HOME HEALTH INC / 1780634097 | ICD-10 | **S82822D**, E119, E6601, I10, M62511, S82141D, Z794, Z79891, Z9181 | | 03/11/2020 | 04/06/2020 | $341.01 | $1,201.89 | $341.01 |

**H - HCPCS Code, D - DRG Code

CPT only copyright 2021 American Medical Association. All rights reserved. CPT is a registered trademark of the American Medical Association.
Applicable FARS\DFARS Restrictions Apply to Government Use.

***Part-A Claim Primary Diagnosis Code is denoted in bold font

| | |
|---|---|
| Sum of Total Charges | $68,323.37 |
| Total Reimbursed Amount | $28,749.21 |
| Total Conditional Payments | $24,433.89 |

PEREZ-SERA
03453