**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


CASE NO. 1:20-cv-23463-XXXX


MARIA PEREZ-SERA,

            Plaintiff,

vs.

CARNIVAL CORPORATION,
a Panamanian Corporation,
The owner and operator of the Trademark
CARNIVAL CRUISE LINE,

            Defendant.

_____/


VIDEOTAPED
VIDEO TELECONFERENCE
DEPOSITION OF:      JAGDISH PAI.

DATE:               Monday, November 1st, 2021

TIME                11:00 a.m. - 11:52 a.m.

LOCATION:           All parties appeared remotely
                    via Zoom video teleconference
                    from their respective locations


STENOGRAPHICALLY
REPORTED BY:        LISA SELBY-BROOD, RMR,
                    Registered Merit Reporter and
                    Notary Public,
                    State of Florida at large.

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**                    Pages 2..5

**Page 2**

APPEARANCES

DEBORAH J. GANDER, ESQ.
Colson Hicks Eidson
255 Alahambra Circle, PH
Coral Gables, FL  33134
Deborah@colson.com
(305) 476-7400
          Counsel for the Plaintiff


COOPER JARNAGIN, ESQ.
Gray Robinson, P.A.
515 North Flagler Drive
Suite 1425
West Palm Beach, FL  33401
Cooper.Jarnagin@gray-robinson.com
(561) 268-5727
          Counsel for the Defendant



ALSO PRESENT:
Roosevelt Harrison, Videographer

**Page 3**

                    INDEX
Monday, November 1st, 2021
DEPOSITION OF:      Jagdish Pai
                                        PAGE
   Direct Examination by Ms. Gander        4
   (No Cross Examination)

ERRATA SHEET                              25
CERTIFICATE OF OATH                       26
CERTIFICATE OF THE REPORTER               27
                - - -
          E X H I B I T S
Plaintiff's 1                             14
(Passenger Injury Statement)

Plaintiff's 2                             24
(Copy of Photo ID tag of deponent, Jagdish Pai)

                - - -

**Page 4**

          (11:12 a.m., on the record.)
     (Formalities for videotape.  Not reported.)
       (Standard stipulations regarding remote video
teleconferencing of the deposition, and
administration of the oath remotely.)
     THE REPORTER:  Counsel do you so stipulate,
beginning with Counsel for the Plaintiff.
     MS. GANDER:  Yes.
     MR. JARNAGIN:  Agreed.
          JAGDISH PAI,
the witness herein, being first duly sworn, was examined
and testified as follows:
          DIRECT EXAMINATION
BY MS. GANDER:
     Q    Sir, what is your name, and could you spell it
for the record as well.
     A    Yeah.  My name is Jagdish Pai.  J is for
Juliet, Alpha, Guard, Delta, India, Sierra, Hotel.
          And my last name is Pai; Papa, Alpha, India.
     Q    Okay.  Where are you at today?
     A    We are in the Bahamas, at sea.
          We are at sea; basically close to the Bahamian
islands.
     Q    Are you on a ship?

**Page 5**

     A    That's right.
     Q    And what ship are you on?
     A    I'm on a ship called Carnival Legend.
          (Loudspeaker announcement on ship.)
     A    So this is the last announcement, so we are
very fortunate.  We don't have any disturbance.
     Q    That's fine.
          What is your occupation?  What's your job?
     A    I'm the Chief Security Officer on board the
ship.
     Q    So how should I address you?
          Would it be Officer Pai?
     A    Yeah.  Or Jagdish.  Or Jag; whatever you wish.
     Q    Okay.  How long have you worked for Carnival?
     A    I've been with this company for just over 35
years.
     Q    Did you 25, or 35?
     A    25.
     Q    And where are you from originally?
     A    I'm from India.
     Q    Do you have any intent to leave Carnival?
     A    No, not really.  I'm here.
     Q    It's your career?
     A    Yeah.  I love -- 25 years can tell that I love
Carnival.

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**                    Pages 6..9

Page 6

Q   Are you aware that Carnival is a defendant in this lawsuit?

A   Yes.

Q   Were you furloughed at all during Covid?

A   No.  I was very -- I was among the lucky ones to be on the ships.

Q   I want to go back and talk about your background and training.  And I don't know any of it, so I'm going to have to ask you a lot of questions.

So starting back from when you finished your highest level of education in India, what was that?

A   Yeah.  I did my Bachelor's in Arts.

Q   And do you recall roughly what year -- did you get a degree; you got your Bachelor's degree?

A   Yeah; that's my Bachelor's degree.

Q   And roughly was year was that?

A   '94.  1994.

Q   Okay.

Was your Bachelor's degree in a certain field of study?

A   Yeah; in Public Administration.

Q   And after you got your Bachelor's degree in Public Administration, what did you do next, either as far as schooling or employment.

A   No, I was employed at a 5-star hotel for

Page 7

two years, and then I joined Carnival --

Q   When you first joined --

A   -- as a security officer.

Q   Did you say you joined them as a security guard?  Security officer?

A   Yes.  Yeah.  That's right.

Q   And how long did it take you to move up the ranks from the security officer level that you were hired at to the different titles and promotions that you've had to reach the current position you hold?

A   I had, like, seven years as a security officer, and then 14 years as an assistant chief security.  Now, I'm close to five years as a security.  I still have two months before I am five years, though.

Q   When you -- strike that.

Have you been on the Carnival Horizon?

A   Correct.

Q   Have you been --

A   I worked in Horizon -- yeah.

Q   Go ahead.  Go ahead.

A   No, no, no; go ahead.  You go ahead.

Q   Okay.  When were you on the Carnival Horizon?

A   2018.

Q   The last thing I heard was 2018; is that what you said?

Page 8

A   Yes; correct.

Q   All right.  Were you on it in 2019?

A   Yeah.  2019 also; yes.

Q   Were you on it in 2020?

A   No.

Q   And when you were on the Carnival Horizon in 2018 and 2019, you were there in your capacity as Chief Security Officer.  Correct?

A   That's right.

Q   All right.  And does that mean that you were the highest ranking security person on the ship, or did you report to someone else on security matters?

A   No.  I'm the Chief Security on board, but we have -- we are basically over all -- (garbled) -- staff captain -- the ship's security officer.

Q   Okay.  So as Chief Security Officer, you report to the Staff Captain?

A   That's right.

Q   And the Staff Captain reports to the Captain.

A   Yes.

Q   Okay.  Did you receive any training in how to investigate accidents or the cause of injuries, either before Carnival, or on the job at Carnival?

A   Periodically we just receive, like, how an accident has to be investigated, and they just send us

Page 9

information to make sure that we cover all the aspects of the investigation; like where, when, how, who, what.  So basically we just cover those areas, and investigate the accident.

Q   Does that include speaking to the parties who were involved?

A   Yes.  Basically how we -- what questions to ask and what we need to do and -- and so basically we just go -- we periodically get some information on how we investigate and stuff.

Q   Okay.  Does your typical investigation also include speaking to bystanders or eyewitnesses?

A   Yes.  We -- to whatever capacity we can, we have to speak to the witnesses, and we have to go over -- is good use for their investigation.

Q   Does your typical investigation include taking photographs of the scene if there was an actual scene where things occurred?

A   That's right.

Q   Does your typical investigation include reviewing on-board surveillance tapes for information about how something happened, or what happened afterwards?

A   Yes, ma'am.  If we do have something on TV, initially we have to get it.

## MARIA PEREZ-SERA vs CARNIVAL CORPORATION
### Jagdish Pai on 11/01/2021                    Pages 10..13

**Page 10**

Q   And are you aware that on or about August 24th of 2019 that on the first day of a voyage out of Miami, a woman was injured aboard the Carnival Horizon because someone driving a scooter ran into her?

A   I'm -- basically I just know a little bit about the accident, because -- and I know that this was investigated by one of my officers.  I don't recollect particularly, but I vaguely remember about that accident, and I know that one of my security officers, Arvind, was the one investigating it.

Q   Are you talking about Arvind Lagas?

A   Yes.

Q   Okay.  A-R-V-I-N-D, L-A-G-A-S.  Correct?

A   That's right.

Q   Did Mr. Lagas report to you after he had completed his investigation?

A   Yes.

Q   Did he provide you with the file and all of the data and information he had collected as part of his investigation?

A   I really cannot recollect exactly the sequence of events; how it happened.  I just know since I was not directly involved with this investigation, all I can say is that Arvind Lagas investigated and collected the information, and as a Chief Security I reviewed what he

**Page 11**

had done, and made sure that he covered all the aspects of the investigation.

But as I said, it's not something that I investigated as person, so I cannot provide full detail about any other aspect of it.

But since he's one of my security officers who investigated, I just remember that vaguely and not like -- not -- so I don't know on that day whether he just came back and told me, but I just know that he was one of the officers -- one of the -- the officer who investigated this particular accident.

Q   Would it be your protocol when a security officer who reports to you comes back with a complete investigation to look through that investigation file to see what the parties or bystanders reported?

A   No, Ma'am.  That's not -- basically they have to complete the investigation and make a report, and as the Chief Security I basically review what the investigation is.  So this is -- we don't have a time that you have to -- after you finish that, basically what he has to do is he has to write down his investigation, and I review it the next day or whenever he's done writing it, so that's basically my end.

By reviewing it I see if everything is okay or not.

**Page 12**

Q   So what I'm trying to determine, when you say you review it, I'm trying to break out, do you simply look to say, photographs taken, check.  Witnesses spoken to, check, or do you actually look at the photographs to see what they show, do you actually look at the witness statements or summaries to see what they said?

A   Basically -- in this case I can't remember for sure, but what we generally do is make sure that all the investigation is done very thoroughly, and I just make sure that he doesn't leave -- any officer -- basically does not leave any stones unturned, as you say.  Like, anything that can be done.

But I cannot -- in this case I cannot exactly remember whether I actually saw the statement or not, because we basically look more towards how the matter was investigated and reported.

So that's -- so I cannot really tell you whether I actually looked at it or not, because it's -- it's one of those -- it's been a while, and I can't -- I can't recollect or remember.

Q   Okay.  But what I'm asking you is what would have been your procedure to do.  What would have been your normal operating standard procedure to do?

A   Is to -- basically once the investigation is done, just review what -- review the whole incident as a

**Page 13**

chief security; just making sure that all the -- more or less everything is covered or not.

Q   Would it be important for you as the Chief Security Officer to review the content of the investigation, so that if safety recommendations need to be made to the Staff Captain, that you were able to report that information to the Staff Captain?

A   That's right.  And that's -- that's the whole reason why we review it; so that if there is something that -- that we feel needs to be done, we can -- we can do so.

Q   Did you -- and I'm not asking for anything that you have learned from Mr. Jarnagin or Mr. Drahos or any of the attorneys for Carnival.  So I'm not talking about anything they've told you, or shown you.

But did you review the investigation file or any other documents to prepare yourself for your deposition here today?

A   No.  All I -- all I -- I was -- all I know about it is the injury statement of the client.

That's all I know of.

Q   Okay.  And I understand you know of the injury statement, but my question is did you review it, or any other documents.

A   No.

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**                              **Pages 14..17**

Page 14

Q   You did not review the injury statement?

A   Just the injury statement.  I just saw the injury statement.  That's it.

Q   Okay.  You did review the --

A   But not the investigation.

Q   Okay.

A   Yeah.

Q   All right.  So what I'm going to do is -- give me a second, and I'm going to try to screen share, and tell me if you can see this; okay?

Can you see what I'm showing you?

A   Yes.

Q   Is this the Passenger Injury Statement that you're talking about?

A   Yes.  That's right, ma'am.

Q   Okay.

MS. GANDER:  So I'm going to mark this as Plaintiff's Exhibit 1 --

(Plaintiff's Exhibit 1 marked for identification.)

BY MS. GANDER:

Q   To the deposition, it is Bates Number 2157, and it is the passenger injury statement.

A   That's correct.

Q   All right.  And it indicates that the passenger reported that she was walking, and a motor

Page 15

scooter hit her from behind, caused her to fall forward, she landed on her knees, she scratched her arm, and that she has hurt both her right knee and her right arm.

Correct?

A   Correct.

Q   All right.  I'm going to take that down, so you and I can see each other.

In reviewing this, did you look at the surveillance footage of what happened?

A   I -- I just cannot remember, ma'am; I totally cannot remember in this case.

But as I said, I have very vague memories of this incident, so I cannot say that I reviewed it or not, or that I know, there is a CCTV or not.

I don't know.

Q   Well, I'm going to represent to you that last Tuesday -- so one week ago -- Mr. Lagas testified under oath that he did review the video, that he did preserve it and put it in the investigation file, as part of the investigation file.

So I will tell you that was his testimony, one week ago.  Where would that video be today?

A   Ma'am, at the time, what we do, we store it in an external drive, and that external drive is in our Security office.

Page 16

Q   So are you saying it's not in a directory network; it's actually in a physical hard drive that can be moved from room to room?

A   That's right.

Q   And the last -- okay.  And that hard drive should be on the Carnival Horizon in the Chief Security Officer's office?

A   That's right.

Q   All right.  Is there a particular location in that office where that device is stored?

A   Normally it's attached to the computer.

Q   So it's plugged in full time.

A   Yes.

Q   It's not like you keep it in a safe or something.

A   No.

Q   Okay.  All right.  Other than Miss Perez-Sera, in your career with Carnival, what other scooter incidents do you remember where a pedestrian was hit or struck by a scooter?

A   I cannot recall any other incident in my career where I remember any accident reported -- any reported accident where we investigated.  I cannot remember or recall any accident with a scooter.

Q   Did you ever meet Miss Perez-Sera?

Page 17

A   No.

Q   Did you ever speak to the scooter operator who struck her?

A   No.

Q   Did you ever speak to the doctor or the nurse on board about her injuries?

A   No.

Q   Did you ever speak to Guest Services to let them know that a passenger had been injured on the ship, and she was going to need a handicapped-accessible cabin as a result of the injuries she sustained on the ship?

MR. JARNAGIN:  Objection.  Form.

THE WITNESS:  No.

BY MS. GANDER:

Q   Did you ever speak to Guest Services on Miss Perez-Sera's behalf for any reason?

A   No, Ma'am.  I don't -- that's not part of my job is to speak regarding that.

Q   It sounds like you're one step removed from Mr. Lagas; that he's the person who has all of the interactions, and then afterwards you verify the work he did, but you don't have direct interactions with the people he has already interacted with.

Is that accurate?

A   Yes.  That's right.

## MARIA PEREZ-SERA vs CARNIVAL CORPORATION
### Jagdish Pai on 11/01/2021

Page 18

Q   And then if there was information that he gathers and your review indicates to you the Staff Captain needs to be made aware of so they can fix a problem and make it safe, you're the one who deals with the Staff Captain, not Mr. Lagas.

A   That's right.

Q   Who would be the person who would discuss this incident at a safety meeting?

A   Not -- normally I am one of -- I would have been the one to let them know about this.

Q   Typically when you're discussing something that happened at a safety meeting, if there is surveillance footage of it, would you also show the footage so everyone else gets the benefit of seeing what actually happened?

A   Not that I'm aware of, because basically it's our investigation, so we don't -- it's not something that I've done.

Q   Okay.  So you've never shown the surveillance footage of something that happened on the ship at a safety meeting.

A   No.

Q   Were you aware that as a result of being hit by the scooter, Miss Perez-Sera had to be put in a wheelchair and she remained in a wheelchair for the rest

Page 19

of the voyage?

A   Ma'am, as I said, I very vaguely remember this whole accident.  Only when I saw the statement I just recollected it, but it was one of those accidents that -- besides that I just cannot recollect or remember anything.

Q   Did you report this incident to the Staff Captain?

A   It's part of our -- what we do.  Every time we discuss this, we have it in the Safety, so he's aware of whatever is done by us.

Q   I'm not asking about your general policies and procedures now.  I'm asking you if this specific injury that occurred on August 24 of 2019 on the Horizon, did you, Officer Jagdish Pai, notify the Staff Captain on board as to what had happened?

A   No.  I cannot remember, ma'am.  At that point -- I cannot remember.

Q   Would there be anywhere notated in the file that confirms whether you did or you did not alert the staff captain as to what had happened?

A   No.  There's not -- there's no place to say that.  There's nothing.

Q   But what I understand you've told me throughout the deposition is if you did follow standard

Page 20

policy and procedure, then you would have reported it to the Staff Captain as part of your regular job duties.  Correct?

A   Yeah.  That's right.

Q   But you don't have any -- go ahead.

A   Yeah, I cannot remember at that time, because what we do, we investigate, and then we pass -- we say he's one of those that we -- who reviews what we do, and --

Q   Okay.  When someone is injured on board, whose job is it to fill out the U.S. Coast Guard Personal Casualty Addendum?

A   The Staff Captain.

Q   Do you -- and I mean you individually; not your department -- do you participate in filling out that U.S. Coast Guard form?

A   No, Ma'am.  Not that I'm aware of.

Q   Are you aware of any of the requirements or pre-requisites that a passenger has to go through to be able to operate a scooter on board a Carnival ship?

A   I'm not aware, because actually my job has -- I have nothing do with that part -- that aspect.

Q   Do you know whose job it is to do that?

A   No.  No, not really.

(Loudspeaker announcements on board ship.)

Page 21

MS. GANDER:  Okay.  So just wait until the announcements are over, and we can go back on.

(11:41 a.m., off the record.)

(11:44 a.m., previous question read back by Reporter.)

THE VIDEOGRAPHER:  Time on the monitor is 11:45 a.m., and we're back on the record.

MS. GANDER:  Thank you very much.

BY MS. GANDER:

Q   Have you ever seen the scooters on board that have beeping sounds for when they're approaching?

A   No.  I haven't.

Q   When was the last time you were on the Carnival Horizon?

A   I think August of 2019.  August or September -- I can't remember exact date, but I think it's September or October of 2019.

Q   On every Carnival ship that you've been on as Chief Security Officer, has storing the surveillance video of incidents that get included as part of the incident report, stored that -- I'm going to start over entirely with this question.

Okay.  During the time that you've been a Chief Security Officer for Carnival aboard different ships, whenever surveillance video is saved and stored as part of an incident report, has it always been stored

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**                    **Pages 22..25**

Page 22

on the external hard drive that you described to me?

A   Yes, ma'am.  As far as I know.

Q   Okay.  And in all of the ships that you've been on as Chief Security Officer for the last five years, has that been the standard practice and procedure and protocol that you've been trained to follow as Chief Security Officer for each vessel?

A   That's right.

Q   And was that something you also did as an Assistant Security Officer, or did you only start learning to do that once you became Chief Security Officer?

A   I was -- I used to -- basically the Chief Security was the one who would -- be the one of -- in charge of the -- basically take charge of the hard drive.  So -- I -- as an assistant, I cannot remember, ma'am.  I just cannot remember whether I uploaded it anywhere else, because I sort of remember that all of the videos go into the hard drive.

Q   Okay.  And do you remember who was the person who trained you at Carnival; this is how we do it?

A   No.  Basically I just know how to store with -- how to store stuff in the hard drive.  You know.

Q   Okay.  Go ahead.

A   It's very easy.  It's something that is --

Page 23

it's there on the -- on your desktop, and you just save it there.

Q   When you became the Chief Security Officer and you started -- you took over that task, was there already a hard drive on that vessel where other things had already been stored?

A   As I said, ma'am, I cannot really recollect of that, because I know -- just know that all the accidents, CCTV was stored in the hard drive, and that's all I remember.  Which ever hard drive was that was there -- personal hard drive on the ship, we used to store it there, so that's all I remember.

Q   Is the Carnival Horizon still a ship that Carnival owns and sails?

A   Yes.

Q   Okay.  Those are all the questions that I have for you.  I thank you for your time here this morning.

A   Thank you.

MR. JARNAGIN:  I do not have any questions for you, Mr. Pai.  I appreciate your time as well.

THE VIDEOGRAPHER:  Time on the monitor 11:49 a.m., and this concludes the deposition.

- - -

THE REPORTER:  Ms. Gander, do you want to order this transcript today?

Page 24

MS. GANDER:  Regular time; yes.

THE REPORTER:  Mr. Jarnagin, how about you?  Copy?

MR. JARNAGIN:  Yes.  Copy, please.

MS. GANDER:  Do you want to read or waive?  I'm assuming you're going to read, but we need an answer on the transcript.

MR. JARNAGIN:  Yes; we'll read.

(At the conclusion of the deposition, Plaintiff's Exhibit 2, photo ID of the deponent, was obtained and marked for identification.)

(THE DEPOSITION WAS CONCLUDED AT 11:52 A.M.)

- - -

Page 25

ERRATA SHEET

PAGE      LINE      CORRECTION          REASON

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____    _____     _____    _____

_____

JAGDISH PAI               (DATE)

**MARIA PEREZ-SERA vs CARNIVAL CORPORATION**
**Jagdish Pai on 11/01/2021**                                     Pages 26..27

**Page 26**

                    CERTIFICATE OF OATH
STATE OF FLORIDA        )
COUNTY OF PINELLAS      )
I, Lisa Selby-Brood, notary public in and for the State
of Florida, the undersigned authority, certify that
JAGDISH PAI appeared remotely via video teleconference
for this deposition, and having presented a valid form
of identification remotely, was thereafter duly sworn.
WITNESS my hand and official seal this 3rd day of
November, 2021.

_____
Lisa Selby-Brood, RMR
Notary Public,
State of Florida
My commission expires 12/26/2021
Commission #:  GG 162424

**Page 27**

                    REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA        )
COUNTY OF PINELLAS      )
I, LISA SELBY-BROOD, Registered Merit Reporter, certify
that I was authorized to and did stenographically report
the deposition of JAGDISH PAI; that this was a
Video-teleconference deposition and that all parties
appeared remotely from their various locations, that I
was not physically present with the witness but that I
administered the oath remotely per stipulation of
counsel for both parties to this lawsuit, that a review
of the transcript was requested; and that the transcript
is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee,
attorney or counsel of any of the parties, nor am I a
relative or employee of any of the parties' attorney or
counsel connected with the action, nor am I financially
interested in the action.

        DATED this 3rd day of November, 2021.

                    _____
                    LISA SELBY-BROOD, RMR
                    Registered Merit Reporter

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Jagdish Pai on 11/01/2021                    Index: 1..basically

**Exhibits**

**PaiJ- 1**  3:12
 14:18,19

**PaiJ-2**  3:13
 24:10

**1**

**1**  14:18,19

**11:12**  4:2

**11:41**  21:3

**11:44**  21:4

**11:45**  21:6

**11:49**  23:22

**11:52**  24:12

**14**  7:12

**1994**  6:17

**2**

**2**  24:10

**2018**  7:23,
 24  8:7

**2019**  8:2,3,
 7  10:2
 19:14
 21:14,16

**2020**  8:4

**2157**  14:21

**24**  19:14

**24th**  10:1

**25**  5:17,18,
 24

**3**

**35**  5:15,17

**5**

**5-star**  6:25

**9**

**94**  6:17

**A**

**A-R-V-I-N-D**
 10:13

**a.m.**  4:2
 21:3,4,6
 23:22
 24:12

**aboard**  10:3
 21:23

**accident**
 8:25  9:4
 10:6,9
 11:11
 16:22,23,
 24  19:3

**accidents**
 8:22  19:4
 23:9

**accurate**
 17:24

**actual**  9:17

**Addendum**
 20:12

**address**  5:11

**administration**
 4:6  6:21,
 23

**Agreed**  4:10

**ahead**  7:20,
 21  20:5
 22:24

**alert**  19:20

**Alpha**  4:19,
 20

**announcement**
 5:4,5

**announcements**
 20:25  21:2

**approaching**
 21:10

**areas**  9:3

**arm**  15:2,3

**Arts**  6:12

**Arvind**
 10:10,11,
 24

**aspect**  11:5
 20:22

**aspects**  9:1
 11:1

**assistant**
 7:12

**22:10,16**

**assuming**
 24:6

**attached**
 16:11

**attorneys**
 13:14

**August**  10:1
 19:14
 21:14

**aware**  6:1
 10:1  18:3,
 16,23
 19:10
 20:17,18,
 21

**B**

**Bachelor's**
 6:12,14,
 15,19,22

**back**  6:7,10
 11:9,13
 21:2,4,6

**background**
 6:8

**Bahamas**  4:22

**Bahamian**
 4:23

**basically**
 4:23  8:14
 9:3,7,8
 10:5
 11:16,18,

20,23
12:7,10,
15,24
18:16
22:13,15,
22

**Bates** 14:21

**beeping**
21:10

**beginning**
4:8

**behalf** 17:16

**benefit**
18:14

**bit** 10:5

**board** 5:9
8:13 17:6
19:16
20:10,20,
25 21:9

**break** 12:2

**bystanders**
9:12 11:15

___

**C**

___

**cabin** 17:10

**called** 5:3

**capacity** 8:7
9:13

**captain**
8:15,17,19
13:6,7
18:3,5

19:8,15,21
20:2,13

**career** 5:23
16:18,22

**Carnival**
5:3,14,21,
25 6:1
7:1,16,22
8:6,23
10:3 13:14
16:6,18
20:20
21:13,17,
23 22:21
23:13,14

**case** 12:7,
13 15:11

**Casualty**
20:12

**caused** 15:1

**CCTV** 15:14
23:9

**charge** 22:15

**check** 12:3,4

**chief** 5:9
7:12 8:7,
13,16
10:25
11:18
13:1,3
16:6
21:18,23
22:4,6,11,
13 23:3

**client** 13:20

**close** 4:23
7:13

**Coast** 20:11,
16

**collected**
10:19,24

**company** 5:15

**complete**
11:13,17

**completed**
10:16

**computer**
16:11

**CONCLUDED**
24:12

**concludes**
23:22

**conclusion**
24:9

**confirms**
19:20

**content** 13:4

**Copy** 24:3,4

**correct** 7:17
8:1,8
10:13
14:23
15:4,5
20:3

**Counsel** 4:7,
8

**cover** 9:1,3

**covered** 11:1
13:2

**Covid** 6:4

**current** 7:10

___

**D**

___

**data** 10:19

**date** 21:15

**day** 10:2
11:8,22

**deals** 18:4

**defendant**
6:1

**degree** 6:14,
15,19,22

**Delta** 4:19

**department**
20:15

**deponent**
24:10

**deposition**
4:5 13:18
14:21
19:25
23:22
24:9,12

**desktop** 23:1

**detail** 11:4

**determine**
12:1

device   16:10

direct   4:14
  17:22

directly
  10:23

directory
  16:1

discuss   18:7
  19:10

discussing
  18:11

disturbance
  5:6

doctor   17:5

documents
  13:17,24

Drahos   13:13

drive   15:24
  16:2,5
  22:1,16,
  19,23
  23:5,9,10,
  11

driving   10:4

duly   4:12

duties   20:2

**E**

easy   22:25

education
  6:11

employed
  6:25

employment
  6:24

end   11:23

events   10:22

exact   21:15

EXAMINATION
  4:14

examined
  4:12

Exhibit
  14:18,19
  24:10

external
  15:24 22:1

eyewitnesses
  9:12

**F**

fall   15:1

feel   13:10

field   6:19

file   10:18
  11:14
  13:16
  15:19,20
  19:19

fill   20:11

filling
  20:15

fine   5:7

finish   11:20

finished
  6:10

fix   18:3

follow   19:25
  22:6

footage   15:9
  18:13,14,
  20

form   17:12
  20:16

formalities
  4:3

fortunate
  5:6

forward   15:1

full   11:4
  16:12

furloughed
  6:4

**G**

Gander   4:9,
  15 14:17,
  20 17:14
  21:1,7,8
  23:24
  24:1,5

garbled   8:14

gathers   18:2

general

19:12

generally
  12:8

give   14:8

good   9:15

guard   4:19
  7:5 20:11,
  16

Guest   17:8,
  15

**H**

handicapped-
accessible
  17:10

happened
  9:22 10:22
  15:9
  18:12,15,
  20 19:16,
  21

hard   16:2,5
  22:1,15,
  19,23
  23:5,9,10,
  11

heard   7:24

highest   6:11
  8:11

hired   7:9

hit   15:1
  16:19
  18:23

hold   7:10

Horizon
  7:16,19,22
  8:6 10:3
  16:6 19:14
  21:13
  23:13

hotel   4:19
  6:25

hurt   15:3

---

**I**

ID   24:10

identification
  14:19
  24:11

important
  13:3

incident
  12:25
  15:13
  16:21 18:8
  19:7
  21:20,25

incidents
  16:19
  21:19

include   9:5,
  12,16,20

included
  21:19

India   4:19,
  20 5:20
  6:11

individually
  20:14

information
  9:1,9,21
  10:19,25
  13:7 18:1

initially
  9:25

injured   10:3
  17:9 20:10

injuries
  8:22 17:6,
  11

injury
  13:20,22
  14:1,2,3,
  13,22
  19:13

intent   5:21

interacted
  17:23

interactions
  17:21,22

investigate
  8:22 9:3,
  10 20:7

investigated
  8:25 10:7,
  24 11:4,7,
  11 12:16
  16:23

investigating
  10:10

investigation
  9:2,11,15,
  16,20
  10:16,20,
  23 11:2,
  14,17,19,
  22 12:9,24
  13:5,16
  14:5
  15:19,20
  18:17

involved   9:6
  10:23

islands   4:24

---

**J**

Jag   5:13

Jagdish
  4:11,18
  5:13 19:15

Jarnagin
  4:10 13:13
  17:12
  23:19
  24:2,4,8

job   5:8
  8:23 17:18
  20:2,11,
  21,23

joined   7:1,
  2,4

Juliet   4:19

---

**K**

knee   15:3

knees   15:2

---

**L**

L-A-G-A-S
  10:13

Lagas   10:11,
  15,24
  15:17
  17:20 18:5

landed   15:2

lawsuit   6:2

learned
  13:13

learning
  22:11

leave   5:21
  12:10,11

Legend   5:3

level   6:11
  7:8

location
  16:9

long   5:14
  7:7

looked   12:18

lot   6:9

loudspeaker
  5:4 20:25

love   5:24

lucky   6:5

**M**

made   11:1
13:6  18:3

make   9:1
11:17
12:8,9
18:4

making   13:1

mark   14:17

marked   14:19
24:11

matter   12:15

matters   8:12

meet   16:25

meeting
18:8,12,21

memories
15:12

Miami   10:2

monitor   21:5
23:21

months   7:14

morning
23:17

motor   14:25

move   7:7

moved   16:3

**N**

network   16:2

normal   12:23

notated
19:19

notify   19:15

Number   14:21

nurse   17:5

**O**

oath   4:6
15:18

Objection
17:12

obtained
24:10

occupation
5:8

occurred
9:18  19:14

October
21:16

office   15:25
16:7,10

officer   5:9,
12  7:3,5,
8,12  8:8,
15,16
11:10,13
12:10  13:4
19:15

21:18,23
22:4,7,10,
12  23:3

Officer's
16:7

officers
10:7,9
11:6,10

on-board
9:21

operate
20:20

operating
12:23

operator
17:2

order   23:25

originally
5:19

owns   23:14

**P**

Pai   4:11,
18,20  5:12
19:15
23:20

Papa   4:20

part   10:19
15:19
17:17  19:9
20:2,22
21:19,25

participate

20:15

parties   9:5
11:15

pass   20:7

passenger
14:13,22,
25  17:9
20:19

pedestrian
16:19

people   17:23

Perez-sera
16:17,25
18:24

Perez-sera's
17:16

periodically
8:24  9:9

person   8:11
11:4  17:20
18:7  22:20

personal
20:11
23:11

photo   24:10

photographs
9:17  12:3,
4

physical
16:2

place   19:22

Plaintiff
4:8

MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Jagdish Pai on 11/01/2021 Index: plaintiff's..safety

plaintiff's 14:18,19 24:9

plugged 16:12

point 19:18

policies 19:12

policy 20:1

position 7:10

practice 22:5

pre-requisites 20:19

prepare 13:17

preserve 15:18

previous 21:4

problem 18:4

procedure 12:22,23 20:1 22:5

procedures 19:13

promotions 7:9

protocol 11:12 22:6

provide

10:18 11:4

Public 6:21, 23

put 15:19 18:24

**Q**

question 13:23 21:4,21

questions 6:9 9:7 23:16,19

**R**

ran 10:4

ranking 8:11

ranks 7:8

reach 7:10

read 21:4 24:5,6,8

reason 13:9 17:16

recall 6:13 16:21,24

receive 8:21,24

recollect 10:7,21 12:20 19:5 23:7

recollected

19:4

recommendations 13:5

record 4:2, 17 21:3,6

regular 20:2 24:1

remained 18:25

remember 10:8 11:7 12:7,14,20 15:10,11 16:19,22, 24 19:2,5, 17,18 20:6 21:15 22:16,17, 18,20 23:10,12

remote 4:4

remotely 4:6

removed 17:19

report 8:12, 17 10:15 11:17 13:7 19:7 21:20,25

reported 4:3 11:15 12:16 14:25 16:22,23 20:1

Reporter 4:7 21:4 23:24 24:2

reports 8:19 11:13

represent 15:16

requirements 20:18

rest 18:25

result 17:11 18:23

review 11:18,22 12:2,25 13:4,9,16, 23 14:1,4 15:18 18:2

reviewed 10:25 15:13

reviewing 9:21 11:24 15:8

reviews 20:8

room 16:3

roughly 6:13,16

**S**

safe 16:14 18:4

safety 13:5

Case 1:20-cv-23463-MGC Document 54-10 Entered on FLSD Docket 04/28/2022 Page 15 of 16
MARIA PEREZ-SERA vs CARNIVAL CORPORATION
Jagdish Pai on 11/01/2021                    Index: sails..tapes

18:8,12,21 19:10

**sails** 23:14

**save** 23:1

**saved** 21:24

**scene** 9:17

**schooling** 6:24

**scooter** 10:4 15:1 16:18,20, 24 17:2 18:24 20:20

**scooters** 21:9

**scratched** 15:2

**screen** 14:9

**sea** 4:22,23

**security** 5:9 7:3,4,5,8, 11,13 8:8, 11,12,13, 15,16 10:9,25 11:6,12,18 13:1,4 15:25 16:6 21:18,23 22:4,7,10, 11,14 23:3

**send** 8:25

**September** 21:15,16

**sequence** 10:21

**Services** 17:8,15

**share** 14:9

**ship** 4:25 5:2,3,4,10 8:11 17:9, 11 18:20 20:20,25 21:17 23:11,13

**ship's** 8:15

**ships** 6:6 21:24 22:3

**show** 12:5 18:13

**showing** 14:11

**shown** 13:15 18:19

**Sierra** 4:19

**simply** 12:2

**Sir** 4:16

**sort** 22:18

**sounds** 17:19 21:10

**speak** 9:14 17:2,5,8, 15,18

**speaking** 9:5,12

**specific** 19:13

**spell** 4:16

**spoken** 12:3

**staff** 8:14, 17,19 13:6,7 18:2,5 19:7,15,21 20:2,13

**standard** 4:4 12:23 19:25 22:5

**start** 21:20 22:10

**started** 23:4

**starting** 6:10

**statement** 12:14 13:20,23 14:1,2,3, 13,22 19:3

**statements** 12:6

**step** 17:19

**stipulate** 4:7

**stipulations** 4:4

**stones** 12:11

**store** 15:23 22:22,23 23:12

**stored** 16:10 21:20,24, 25 23:6,9

**storing** 21:18

**strike** 7:15

**struck** 16:20 17:3

**study** 6:20

**stuff** 9:10 22:23

**summaries** 12:6

**surveillance** 9:21 15:9 18:13,19 21:18,24

**sustained** 17:11

**sworn** 4:12

──────────
T
──────────

**taking** 9:16

**talk** 6:7

**talking** 10:11 13:14 14:14

**tapes** 9:21

task   23:4

teleconferencing   4:5

testified   4:13  15:17

testimony   15:21

thing   7:24

things   9:18   23:5

time   11:19   15:23   16:12  19:9   20:6  21:5, 12,22   23:17,20, 21  24:1

titles   7:9

today   4:21   13:18   15:22   23:25

told   11:9   13:15   19:24

totally   15:10

trained   22:6,21

training   6:8   8:21

transcript   23:25  24:7

Tuesday   15:17

TV   9:24

typical   9:11,16,20

Typically   18:11

**U**

U.S.   20:11, 16

understand   13:22   19:24

unturned   12:11

uploaded   22:17

**V**

vague   15:12

vaguely   10:8   11:7  19:2

verify   17:21

vessel   22:7   23:5

video   4:4   15:18,22   21:19,24

videos   22:19

videotape   4:3

voyage   10:2   19:1

**W**

wait   21:1

waive   24:5

walking   14:25

week   15:17, 22

wheelchair   18:25

witnesses   9:14  12:3

woman   10:3

work   17:21

worked   5:14   7:19

write   11:21

writing   11:23

**Y**

year   6:13, 16

years   5:16, 24  7:1,11, 12,13,14   22:5