## Michael Drahos

| | |
|---|---|
| **From:** | HORIZON CHIEF SECURITY <HZCHSEC@carnival.com> |
| **Sent:** | Sunday, March 15, 2020 9:38 AM |
| **To:** | Martell-Carrasco, Yerandys (CCL); Borcegue, Monica (CCL) |
| **Cc:** | HORIZON STAFF CAPTAIN; HORIZON ASSISTANT CHIEF SECURITY OFFICER; Distlist Security Services MOD (Manager on Duty) |
| **Subject:** | Carnival Horizon Seagate portable hard drive not working. |

Good Morning Martell & Monica,

Please be informed that Seagate portable hard drive 2TB (S/N NA9CSYFR) that had all the CCTV evidence footage and BWC evidence videos from the time of Horizon came in operation, now not working and unable to access the data. Onboard IT Officer already checked the said hard drive but it remained futile. See below email from Asst Chief Security Officer for details.

Kindly advise.

Thank you and kind regards,

**Rajesh Nalawade**
**Chief Security Officer, Carnival Horizon**
Carnival Cruise Line
Office: 7718 | Ext. 32019 | email: hzchsec@carnival.com

## CHOOSE FUN®

**From:** HORIZON ASSISTANT CHIEF SECURITY OFFICER
**Sent:** Saturday, March 14, 2020 9:46 PM
**To:** HORIZON CHIEF SECURITY
**Cc:** HORIZON ASSISTANT CHIEF SECURITY OFFICER
**Subject:** Seagate portable hard drive not working

Good Morning Chief,

Our Seagate Backup Plus Portable Drive 2TB (S/N NA9CSYFR) that had all the CCTV and some BWC videos from the time Horizon came, can no longer be detected when plugged in.
The IT officer also had a look and informed that the hard drive has become unusable and data cannot be retrieved as it is cannot be detected anymore.

## Thanks and Kind Regards,

## MAYANK THAPA

Asst. Chief Security Officer | Carnival Horizon
Carnival Cruise Line
3655 NW 87th Avenue Miami, FL 33178
Cell Phone: 32020 | Office 7716

## CHOOSE FUN®

**EXHIBIT 3**
VazquezS - 2/22/22

Huseby.com