**From:**   Gander, Deborah
**To:**   Gander, Deborah
**Subject:**   FW: HARD DRIVE RECOVERY STATUS
**Date:**   Friday, April 22, 2022 9:47:36 AM

**From:** Michael Drahos <Michael.Drahos@gray-robinson.com>
**Sent:** Friday, April 22, 2022 8:00 AM
**To:** Gander, Deborah <Deborah@colson.com>
**Subject:** Re: HARD DRIVE RECOVERY STATUS

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.**

Good morning Deborah:


Unfortunately the hard drive could not be recovered.  I certainly would have informed you otherwise by now if we had been successful! We will be forwarding the pre-trial info to you all today so we have time to finalize before next week's deadline.  I'm out of the office today but available Monday should you wish to discuss further.


Have a nice weekend.


Michael

Sent from my iPhone




**Michael Drahos**
Director

**D**  305.913.0539 / 561.268.5728

GrayRobinson, P.A. ▪ 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131
GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401



On Apr 20, 2022, at 4:10 PM, Gander, Deborah <Deborah@colson.com> wrote:

PEREZ-SERA
03906

**This message originated outside of GrayRobinson.**

Michael,

I am following up on the status of the recovery.  I am still waiting for final confirmation as to whether the video has been recovered, or Datalab has now confirmed it cannot be done.

**Deborah J. Gander** | Partner | **Colson Hicks Eidson** | 255 Alhambra Circle, Penthouse | Coral Gables, FL  33134
tel: 305.476.7400 | fax: 305.476.7444 | email: deborah@colson.com | web: www.colson.com

**From:** Michael Drahos <Michael.Drahos@gray-robinson.com>
**Sent:** Tuesday, February 22, 2022 10:38 AM
**To:** Gander, Deborah <Deborah@colson.com>
**Subject:** FW: HARD DRIVE RECOVERY STATUS

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.**

**Michael Drahos**
Shareholder

**D**  305-913-0539 / 561-268-5728



GrayRobinson, P.A. ▪ 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** DATALAB <datalab@datalabrecovery.com>

PEREZ-SERA
03907

**Sent:** Tuesday, February 22, 2022 9:31 AM
**To:** Michael Drahos <Michael.Drahos@gray-robinson.com>
**Subject:** HARD DRIVE RECOVERY STATUS

**This message originated outside of GrayRobinson.**

February 22, 2022

Mr. Drahos,


Here is an update on your Hard Drive. Your hard drive is still in the process of recovery.

This drive was presented to Datalab after having been opened by a technician that followed no data recovery requirements needed for this type of operation.  The surface of the discs are magnetized and when opened outside of a clean room, dust particles contaminate the disk surfaces.

When we receive a drive which has been opened outside a clean room, we have to go through a meticulous cleaning process to insure the read/write heads don't come in contact with any dust particles on the surface.  The discs are submerged in 99.9% medical grade alcohol in our ultrasound cleaning system to remove any particulates.  The read/write heads fly over the discs at approx. 1/10 diameter of the human hair, so while we perform read/write head changes continuously, it always requires a high level of competency especially with a drive having been previously opened outside a clean room.

This cleaning process is continuing and as soon as we know one way or the other, we'll contact your firm immediately.

Thank you for choosing Datalab.

James Gordon
President, Datalab, Inc.

PEREZ-SERA
03908