UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:20-cv-23463-MGC
Magistrate Judge: Jonathan Goodman

MARIA PEREZ-SERA,

      Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE,

      Defendant.

                                          /

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Maria Perez-Sera gives notice of a May 5, 2022 opinion of the Eleventh Circuit Court of Appeals in *Brady v. Carnival Corp*, --- F.4th ---, 2022 WL 1420869 (11th Cir. 2022), attached as **Exhibit A**, in which it held that the "relevant 'risk-creating condition'" was not "the presence of the particular 'puddle on which [Brady] slipped'" but rather "whether Carnival knew, more generally, that the area of the deck where Brady fell had a reasonable tendency to become slippery—and thus dangerous to passengers—due to wetness from the pool." *Id.* at *2. This opinion is supplemental authority in support of Plaintiff Perez-Sera's argument that Carnival's failure to control the flow of passenger traffic around the *Horizon*'s atrium created the dangerous condition that led to Plaintiff's injuries. (*See* Pl.s' Resp. to Carnival's Mot. for Summ. J. (ECF No. 55) at 9.)

Colson Hicks Eidson
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was e-filed with the Clerk of Court through the CM/ECF on this 12th day of May, 2022 and is to be e-served by the CM/ECF system to: Michael J. Drahos, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.com.

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
(305) 476-7400

By ___*Deborah J. Gander*___
        Deborah J. Gander
        Florida Bar No. 34363
        Deborah@colson.com
        Eservice@colson.com
        Lina@colson.com

Colson Hicks Eidson
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444