UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:20-cv-23463-MGC
Magistrate Judge: Jonathan Goodman

MARIA PEREZ-SERA,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, Maria Perez-Sera, by and through the undersigned attorneys, serves her Proposed Voir Dire Questions pursuant to S.D. Fla. L.R. 16.1(e) as follows:

1. Has any member of the jury or your close family members ever worked for a Cruise Line or on a Cruise Ship? Was that a good or bad experience? Is there anything about that experience which would give the cruise line an advantage or a disadvantage in this trial?

2. Have you or any family member ever taken a cruise on a cruise line? Tell us about that experience?

3. Has any member of the jury or a family member ever received any medical care on a cruise ship? If so, please describe the experience? Is there anything about that experience which would affect your ability to be fair to both sides in this trial?

4. Is any member of the jury, or close family or friends a doctor, nurse, or other medical provider?

5. Have any members of the jury ever been sued for any reason, including a car accident? If so, please tell us about that experience.

1

Colson Hicks Eidson
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

6. Have any members of the jury or close family members ever sued another person for any reason? If so, please tell us about that experience.

7. Has anyone ever had a particularly good or bad experience with a cruise liner? If so, please tell us about that.

8. Do you think people should be allowed to sue cruise lines for their claims of negligence? If not, please explain.

9. Does anyone come in here today with any fixed feelings about lawsuits? If so, please tell us about those feelings.

10. Do any members of the jury feel that if a cruise line is negligent, they should be exempt from responsibility?

11. Does anyone have experience with medical record keeping? Does anyone keep records as part of their job? Why is this done? Is it important that records are kept accurately?

12. Do the patients get to review the records for accuracy or modify the records if they disagree with what the healthcare provider wrote?

13. One of the issues that a jury will have to determine in this case, if liability is found, is the amount of damages to award. Does anyone think there should be a fixed limit on the amount a person can recover if negligence is established? Please explain.

14. Does anyone feel that monetary damages are not the right way to compensate someone who has been injured?

15. Among the types of damages that the jury will have to consider, if they find that the Defendant is liable, is how to compensate Maria Perez-Sera for things like mental pain and suffering. Does anyone have any concerns that they may not be able to compensate someone's pain and suffering and mental anguish with monetary damages? Does anyone feel that doesn't sit right with them? Tell us about that?

16. Does any member of the jury have any feelings regarding trial lawyers? Would you share those feelings with us?

17. Does anyone feel that there are too many lawsuits? That the legislature should limit the number of lawsuits that can be brought? That there should be caps on the monetary awards that a jury can return? Does anyone feel otherwise, that a jury should make those decisions?

18. Has anyone or a close family member ever driven a scooter? If so, did they ever have an incident while driving the scooter?

2

Colson Hicks Eidson
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400


By: _____Deborah J. Gander_____
Deborah J. Gander
Fla. Bar No. 34363
deborah@colson.com
*Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was e-filed with the Clerk of Court through the CM/ECF on this 27th day of May, 2022 and is to be e-served by the CM/ECF system to: Michael J. Drahos, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.com.

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
(305) 476-7400

By   *Deborah J. Gander*_____
Deborah J. Gander
Florida Bar No. 34363
Deborah@colson.com
Eservice@colson.com
Lina@colson.com