## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-23463-Civ-COOKE/GOODMAN

MARIA PEREZ-SERA,

      Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE,

      Defendant.

_____/

## PLAINTIFF'S TRIAL WITNESS LIST[1]

| No. | DATE OFFERED | WITNESS | Description of Witness | Identifying Information | Depo. Desig. | Estimated Time Needed (hrs) |
|---|---|---|---|---|---|---|
| 1. | | Maria del Carmen Perez-Sera | Plaintiff. Knowledge as to liability and damages | Miami, FL | | P- 2 hrs D – 2 hrs |
| 2. | | Lucy Garcia | Knowledge as to liability and damages.  Ms. Garcia was with Plaintiff when the incident occurred | Miami, FL | | P- 30 mins D-30 mins |
| 3. | | Elizabeth Perez | Knowledge as to liability and damages.  Ms. Garcia was with Plaintiff when the incident occurred | Miami, FL | | P- 30 mins D- 30 mins |

---

[1] This Witness List does not include impeachment witnesses pursuant to S.D. Fla. Local Rule 16.1(e)(10).

23221245.v1

| 4. | | Carnival Corporation Corporate Representative c/o Carnival Cruise Lines | Knowledge as to liability and damages | Carnival Cruise Employee | | P- 2 hrs<br>D- 2 hrs |
|---|---|---|---|---|---|---|
| 5. | | Suzanne B. Vazquez Corporate Representative 30(b)(6) Witness<br><br>c/o Carnival Cruise Lines | Knowledge as to liability, damages, and spoliation of evidence | Carnival Cruise Employee | | Believed to be same as #4 above |
| 6. | | Jagdish Dayanand Pai<br><br>c/o Carnival Cruise Lines | Chief Security Officer. Knowledge as to liability and damages | Carnival Cruise Employee | Yes | P- 50 mins<br>D-  .5 hr |
| 7. | | Arvind Lagas<br><br>c/o Carnival Cruise Lines | Security Officer. Knowledge as to liability and damages | Carnival Cruise Employee | Yes | P-  75 mins<br>D-  1 hr |
| 8. | | Darryl Mosley Carnival IT Team Shoreside<br><br>c/o Carnival Cruise Lines | Knowledge as to surveillance videos, hard drives, and spoliation of evidence | Carnival Cruise Employee | | P-  1 hr<br>D-  .5 hr |
| 9. | | James Gordon | President, Datalab, Inc. Knowledge as to surveillance videos hard drives, and spoliation of evidence | Oakland Park, FL | | P-  30 mins<br>D-  30 mins |

| | | | | | |
|---|---|---|---|---|---|
| 10. | | Claudia Patricia Gonzalez Chagin, M.D.<br><br>c/o Carnival Cruise Lines | Carnival Horizon Medical Center<br><br>Ship doctor. Knowledge as to liability and damages | Carnival Cruise Employee | Yes | P- 2 hrs<br>D- 2 hrs |
| 11. | | Charles Javier Jordan, M.D. | Treating Orthopeadic Surgeon. Knowledge as to damages. | Coral Gables, FL | Yes | P- 1 hr<br>D- 30 mins |
| 12. | | Manuel Garcia-Frangie, MD | Rehabilitation Treating Physician. Knowledge as to damages. | Miami, FL | Yes | P- 35 mins<br>D- 30 mins |
| 13. | | Michelle Paz, RN c/o Carnival Cruise Lines | Carnival Horizon Medical Center<br><br>Ship nurse. Knowledge as to liability and damages | Carnival Cruise Employee | | P- 30 mins<br>D- 30 mins |
| 14. | | Roman Perez | Knowledge as to liability and damages.  Mr. Perez's is Plaintiff's father and was travelling with her when the incident occurred | Miami, FL | | P- 45 mins<br>D- 30 mins |
| 15. | | Maritza Perez | Knowledge as to liability and damages.  Ms. Perez was travelling with Plaintiff when the incident occurred | Miami Beach, FL | | P- 30 mins<br>D- 30 mins |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | | Jorge Perez | Knowledge as to liability and damages. Ms. Perez was travelling with Plaintiff when the incident occurred | Miami Beach, FL | | P- 45 mins D- 30 mins |
| 17. | | Guillermo Perez | Knowledge as to liability and damages. Mr. Perez was travelling with Plaintiff when the incident occurred | Miami, FL | | P- 30 mins D- 30 mins |
| 18. | | Adamina Perez | Knowledge as to liability and damages. Ms. Perez was travelling with Plaintiff when the incident occurred | Miami, FL | | P- 30 mins D- 30 mins |
| 19. | | Gladys Santos | Knowledge as to liability and damages. Ms. Perez was travelling with Plaintiff when the incident occurred | Miami, FL | | P- 30 mins D- 30 mins |
| 20. | | Medical Records Custodian Carnival Horizon Medical Center c/o Carnival Cruise Lines | Authenticity of Medical Records and Bills | | | Anticipated the parties will stipulate as to Authenticity |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21. | | Medical Records Custodian Doctors Hospital | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 22. | | Medical Records Custodian West Gables Health Care Center | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 23. | | Medical Records Custodian Charles Javier Jordan, M.D. | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 24. | | Medical Records Custodian Miami Orthopedics & Sport Medicine | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 25. | | Medical Records Custodian Manuel Garcia-Frangie, MD | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 26. | | Medical Records Custodian Rosanna Buigas, M.D. | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 27. | | Medical Records Custodian Doctors Healthcare Plans, Inc. | Authenticity of Medical Records and Bills | | | the parties will stipulate as to Authenticity |
| 28. | | Any witnesses listed on the Defendant's Witness List (without waiving the Plaintiff's right to object to the Defendant calling such person to testify at trial or as to the contents of such testimony) | | | | |

5

| | | | | | | Total hrs.  31 |
|---|---|---|---|---|---|---|
| | | | | | | |

Dated this 27th day of May, 2022.

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400


By:       Deborah J. Gander_____
          Deborah J. Gander
          Fla. Bar No. 34363
          deborah@colson.com
          *Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was e-filed with the Clerk of Court through the CM/ECF on this 27th day of May, 2022 and is to be e-served by the CM/ECF system to: Michael J. Drahos, Esq., W. Cooper Jarnagin, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.coml Cooper.Jarnagin@Gray-Robinson.com.

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
(305) 476-7400


By  *Deborah J. Gander*
          Deborah J. Gander
          Florida Bar No. 34363
          Deborah@colson.com
          Eservice@colson.com
          Lina@colson.com

6