**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number: 1:20-cv-23463-XXXX**
**Magistrate Judge: Jonathan Goodman**

| | |
|---|---|
| MARIA PEREZ-SERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARNIVAL CORPORATION, a Panamanian | ) |
| Corporation, the owner and operator of the | ) |
| Trademark CARNIVAL CRUISE LINE, | ) |
| | ) |
| Defendant. | ) |
| _____ / | ) |

### NOTICE OF FILING PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiff, MARIA PEREZ-SERA by and through the undersigned counsel, hereby files this

Notice of Filing Plaintiff's Deposition Designations pursuant to this Court's Scheduling Order [DE

21]. Plaintiff's Deposition Designations are attached hereto as Exhibit A.

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

By: _____Deborah J. Gander_____
Deborah J. Gander
Fla. Bar No. 34363
deborah@colson.com
*Attorney for Plaintiff*

1
**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Tel. (305) 476-7400 Fax (305) 476-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 27, 2022, a true and correct copy of the foregoing document is being served this day on Michael J. Drahos, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.com,.

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
Tel.: (305) 476-7400
Fax: (305) 476-7444


By    *Deborah J. Gander*
      Deborah J. Gander
      Florida Bar No. 34363
      Deborah@colson.com
      Lina@colson.com
      Eservice@colson.com

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008  Tel. (305) 476-7400 Fax (305) 476-7444**