UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23463-Civ-COOKE/GOODMAN

MARIA PEREZ-SERA,

     Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE,

     Defendant.

_____/

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| PRESIDING JUDGE<br><br>*Hon. Marcia Cooke* | PLAINTIFF'S ATTORNEYS<br><br>*Deborah J. Gander, Esq.*<br>Colson Hicks Eidson | DEFENDANT'S ATTORNEYS<br><br>*Michael Drahos, Esq.*<br>*W. Cooper Jarnagin, Esq.*<br>Gray Robinson, P.A. |
|---|---|---|
| TRIAL DATE(S)<br>Two week period commencing October 24, 2022 | COURT REPORTER | COURTROOM DEPUTY |

| WITNESS NAME | Deposition Date | Page, Line | Objection (A, I, R, H, UP, P) | Admit | Deny |
|---|---|---|---|---|---|
| **Arvind Lagas** | **10/26/21** | 4: 19-25 | | | |
| | | 5: 3-25 | | | |
| | | 6: 3-18, 25 | | | |
| | | 7: 1-11, 14-23 | | | |
| | | 8: 5-25 | | | |
| | | 9: 1-25 | | | |

1

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| | | 10: 1-2, 5-8, 17-25 | | | |
| | | 11: 1-15 | | | |
| | | 12: 11-25 | | | |
| | | 13: 1-25 | | | |
| | | 14: 1-25 | | | |
| | | 15: 1-2 | | | |
| | | 16: 3-10, 20-25 | | | |
| | | 17: 1-25 | | | |
| | | 18: 1-4, 8-25 | | | |
| | | 19: 1-25 | | | |
| | | 20: 1-25 | | | |
| | | 21: 1-25 | | | |
| | | 22: 1-25 | | | |
| | | 23: 1-5, 10-25 | | | |
| | | 24: 1-4 | | | |
| | | 28: 7-25 | | | |
| | | 29: 1-5 | | | |
| | | 30: 12-25 | | | |
| | | 31: 1-23 | | | |
| | | 32: 7-25 | | | |
| | | 33: 1-25 | | | |
| | | 34: 1-25 | | | |
| | | 36: 19-25 | | | |
| | | 37: 1-25 | | | |
| | | 38: 1-25 | | | |
| | | 39: 1-25 | | | |
| | | 40: 1, 23-25 | | | |
| | | 41: 1-25 | | | |
| | | 42: 1-25 | | | |
| | | 43: 1-25 | | | |
| | | 44: 1-25 | | | |
| | | 45: 1-25 | | | |
| | | 46: 1-25 | | | |
| | | 47: 1-25 | | | |
| | | 48: 1-6, 21-25 | | | |
| | | 49: 1-5 | | | |
| | | 50: 10-18 | | | |
| | | 51: 5-25 | | | |
| | | 52: 1-6 | | | |
| | | 53: 15-25 | | | |
| | | 54: 1-9, 17-22 | | | |
| | | 55: 19-25 | | | |
| | | 56: 1-25 | | | |
| | | 57: 1-21 | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| | | 58: 3-8 | | | |
| | | 59: 8-25 | | | |
| | | 60: 1-24 | | | |
| | | 61: 24-25 | | | |
| | | 62: 1-25 | | | |
| | | 63: 1-3, 9-25 | | | |
| | | 64: 1-5 | | | |
| | | | | | |
| | | | | | |
| **Jagdish Pai** | **11/01/21** | 4: 16-25 | | | |
| | | 5: 1-3, 8-25 | | | |
| | | 6: 1-25 | | | |
| | | 7: 1-19, 22-25 | | | |
| | | 8: 1-25 | | | |
| | | 9: 1-25 | | | |
| | | 10: 1-25 | | | |
| | | 11: 1-25 | | | |
| | | 12: 1-25 | | | |
| | | 13: 1-11, 16-25 | | | |
| | | 14: 1-25 | | | |
| | | 15: 1-25 | | | |
| | | 16: 1-16, 25 | | | |
| | | 17: 1-25 | | | |
| | | 18: 1-25 | | | |
| | | 19: 1-25 | | | |
| | | 20: 1-4, 18-24 | | | |
| | | 21: 9-16, 22-25 | | | |
| | | 22: 1-25 | | | |
| | | 23: 1-19 | | | |
| | | | | | |
| | | | | | |
| **Charles Javier Jordan, M.D.** | **12/21/21** | 5: 21-25 | | | |
| | | 6: 1-25 | | | |
| | | 7: 1-25 | | | |
| | | 8: 1-25 | | | |
| | | 9: 1-25 | | | |
| | | 10: 1-14, 19-20 | | | |
| | | 11: 3-25 | | | |
| | | 12: 1-25 | | | |
| | | 13: 1-25 | | | |
| | | 14: 1-25 | | | |
| | | 15: 1-11 | | | |
| | | 16: 18-25 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 17: 1-25 | | | |
| | | 18: 1-24 | | | |
| | | 19: 3-6, 18-25 | | | |
| | | 20: 1-25 | | | |
| | | 21: 1-25 | | | |
| | | 22: 1-25 | | | |
| | | 23: 1-25 | | | |
| | | 24: 1-25 | | | |
| | | 25: 1-25 | | | |
| | | 26: 1-25 | | | |
| | | 27: 1-2, 8-25 | | | |
| | | 28: 1-8, 12-25 | | | |
| | | 29: 1-25 | | | |
| | | 30: 1-25 | | | |
| | | 31: 1-25 | | | |
| | | 32: 1-25 | | | |
| | | 33: 1-25 | | | |
| | | 34: 1-25 | | | |
| | | 35: 1-25 | | | |
| | | 36: 1-25 | | | |
| | | 37: 1-2, 13-25 | | | |
| | | 38: 1-25 | | | |
| | | 39: 1-25 | | | |
| | | 40: 1-11, 16-25 | | | |
| | | 41: 1-25 | | | |
| | | 42: 1-9 | | | |
| | | 43: 20-25 | | | |
| | | 44: 1-25 | | | |
| | | 45: 1-9, 25 | | | |
| | | 46: 1-25 | | | |
| | | 47: 1-25 | | | |
| | | 48: 1-10, 16-25 | | | |
| | | 49: 1-25 | | | |
| | | 50: 1-25 | | | |
| | | 51: 1-7, 23-25 | | | |
| | | 52: 1 | | | |
| | | 53: 25 | | | |
| | | 54: 1-25 | | | |
| | | | | | |
| **Manuel Garcia-Frangie, MD** | **12/14/21** | 6: 3 to 46: 11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Claudia Patricia Gonzalez Chagin, M.D.** | **10/30/21** | 5: 22 to | | | |
| | | 134: 11 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **Objections Abbreviations:** |
|---|
| A      Authenticity<br>I       Contains inadmissible matter<br>R      Relevancy<br>H      Hearsay<br>UP    Unduly prejudicial, probative value<br>        outweighed by undue prejudice<br>P      Privileged |

Dated this 27th day of May, 2022.

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

By:      Deborah J. Gander

5

Deborah J. Gander
Fla. Bar No. 34363
deborah@colson.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was e-filed with the Clerk of Court through the CM/ECF on this 27th day of May, 2022 and is to be e-served by the CM/ECF system to: Michael J. Drahos, Esq., W. Cooper Jarnagin, Esq., GRAY ROBINSON, P.A., 515 North Flagler Drive, Suite 1425, West Palm Beach, Florida 33401, T: (561) 268-5727, F: (561) 268-5745, michael.drahos@gray-robinson.com; lilia.parker@gray-robinson.com1 Cooper.Jarnagin@Gray-Robinson.com.

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, PH
Coral Gables, Florida  33134
(305) 476-7400

By ___*Deborah J. Gander*___
Deborah J. Gander
Florida Bar No. 34363
Deborah@colson.com
Eservice@colson.com
Lina@colson.com