UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23463-Civ-COOKE/GOODMAN

MARIA PEREZ-SERA,

     Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE,

     Defendant.

_____/

**DEFENDANT'S TRIAL WITNESS LIST[1]**

| No. | DATE OFFERED | WITNESS NAME AND ADDRESS | Description of Witness | Identifying Information | Depo. Desig. | Estimated Time Needed (hrs) |
|---|---|---|---|---|---|---|
| 1. | | Suzanne B. Vazquez, Corporate Representative of Carnival Corporation | Defendant. Knowledge as to liability and damages | Miami | | D: 2 hrs. P:  2 hrs |
| 2. | | Dr. Joseph Scott Medical Director c/o Carnival Corporation | Knowledge as to liability. | Miami | | D: 2 hrs. P:  2 hrs. |
| | | Vicky Ray c/o Carnival Corporation | Knowledge as to liability. | Carnival Cruise Employee | | D: 2 hrs P:  2 hrs |

---

[1] This Witness List does not include impeachment witnesses pursuant to S.D. Fla. Local Rule 16.1(e)(10).

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | | Jagdish Pai c/o Carnival Corporation | Chief Security Officer. Knowledge as to liability and damages. | Carnival Cruise Employee | Yes | D: .5 hr P is calling Mr. Pai in her case in chief. |
| 4. | | Arvind Lagas c/o Carnival Corporation | Security Officer. Knowledge as to liability and damages | Carnival Cruise Employee | Yes | D: 1 hr. P is calling Mr. Lagas in her case in chief. |
| 5. | | Darryl Mosley Carnival IT Team Shoreside c/o Carnival Cruise Lines | Knowledge as to surveillance videos, hard drives, and spoliation of evidence | Carnival Cruise Employee | | D: .5 hr. P:  1 hr |
| 6. | | Records Custodian and/or Corporate Representative c/o Carnival Corporation | Knowledge as to liability and damages | Carnival Cruise Employee | | D: .5 hr P:  1 hr |
| 7. | | Dr. Claudia Patricia Gonzalez Chagin, M.D. c/o Carnival Corporation | Ship Doctor; Knowledge as to liability and damages | Carnival Cruise Employee | Yes | D: 2 hrs. P:  2 hrs |
| 8. | | Michelle Paz, RN c/o Carnival Corporation | Ship Nurse; Knowledge as to liability and damages | Carnival Cruise Employee | | D: .5 hr. P:  .5 hr |
| 9. | | Xavier Rosales, RN c/o Carnival Corporation | Ship Nurse; Knowledge as to liability and damages | Carnival Cruise Employee | | D: .5 hr. P:  .5 hr |
| 10. | | Dr. Nelson Uzquino c/o Community Radiology Associates | Knowledge as to liability and damages | Texas | | D: .5 hr. P:  1 hr |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 11. | | James Gordon President, Datalab, Inc. 4797 NE 11 Avenue Oakland Park, FL 33334 | Knowledge as to surveillance videos hard drives and spoliation of evidence | Oakland Park, FL | | D: .5 hr. P:  1 hr |
| 12. | | Records Custodian and/or Corporate Representative of Doctors Hospital 5000 University Dr. Coral Gables, FL 33146 | Authenticity of Medical Records and Billing Records | Miami, FL | | Anticipate Stipulation |
| 13. | | Records Custodian and/or Corporate Representative of Doctors Healthcare Plans, Inc. 1825  Ponce de Leon Blvd. Coral Gables, FL | Authenticity of Medical Records and Billing Records | Miami, FL | | Anticipate Stipulation |
| 14. | | Records Custodian and/or Corporate Representative of West Gables Health Care Center 2525 SW 75 Ave., 3rd Flr Miami, FL 33155 | Authenticity of Medical Records and Billing Records | Miami, FL | | Anticipate Stipulation |
| 15. | | Records Custodian and/or Corporate Representative of Publix Supermarket Pharmacy 3300 Publix Corporate Pkwy Lakeland, FL 33811 | Authenticity of Pharmacy Records | Miami, FL | | Anticipate Stipulation |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | | Records Custodian and/or Corporate Representative Miami Orthopedics & Sport Medicine 1150 Campo Sano Ave. 3rd Floor Coral Gables, FL 33146 | Authenticity of Medical Records and Billing Records | Miami, FL | | Anticipate Stipulation |
| 17. | | Records Custodian and/or Corporate Representative Jean A. Goodwin, P.A. 8700 North Kendall Drive Miami, Florida | Authenticity of Medical Records and Billing Records | Miami, FL | | Anticipate Stipulation |
| 18. | | Any and all doctors who treated Ms. Perez-Sera at Doctors Hospital 5000 University Dr. Coral Gables, FL 33146 | Knowledge as to Damages | Miami, FL | | Anticipate Stipulation |
| 19. | | Any and all physical therapists at West Gables Health Care Center 2525 SW 75 Ave., 3rd Floor Miami, FL 33155 | Knowledge as to Damages | Miami, FL | | Anticipate Stipulation |
| 20. | | Records Custodian and/or Corporate Representative Interamerican Bank | Authenticity of Employment Records | Miami, FL | | Anticipate Stipulation |

| 21. | | Sophia Deben, M.D. Foot and Ankle Orthopaedic Surgery Orthopaedic Specialists 2260 NE 123 Rd Street North Miami, Florida 33181 | Defense Expert, Orthopedic Surgery | Miami, FL | | D: 2 hrs. P: 1.5 hrs |
|---|---|---|---|---|---|---|
| 22. | | Dr. John Bradberry 6110 Carrington Way Cumming, GA 30040 | Defense Expert, Shipboard Standard of Care and Administration | Atlanta, GA | | D: 2 hrs. P: 2 hrs |
| 23. | | Any witnesses listed on the Plaintiff's Witness List (without waiving the Defendant's right to object to the Plaintiff calling such person to testify at trial or as to the contents of such testimony) | | | | |
| | | | | | | **Total hrs. 33** |

Dated this <u>27th</u> day of May, 2022.

Respectfully Submitted,
GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ W. Cooper Jarnagin*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
*michael.drahos@gray-robinson.com*
*cooper.jarnagin@gray-robinson.com*
*lilia.parker@gray-robinson.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2022, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ W. Cooper Jarnagin

8

**SERVICE LIST**

**CASE NO.: 1:20-cv-23463-MGC**

Deborah J. Gander, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle, PH
Coral Gables, FL 33134
Telephone: (476)7400
Deborah@colson.com
Eservice@colson.com