UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23463-CIV-COOKE/GOODMAN

MARIA PEREZ-SERA,
    Plaintiff,

v.

CARNIVAL CORP.,
    Defendant.

_____/

### POST-STATUS HEARING ADMINISTRATIVE ORDER

On July 1, 2022, the Undersigned held a Zoom videoconference status hearing on Defendant's summary judgment motion [ECF No. 43] and Plaintiff's spoliation sanctions motion [ECF No. 56]. For the reasons stated on the record, the Undersigned **orders** and **adjudges** as follows:

The parties shall file a mediation report on CM/ECF within one (1) day following the mediation.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 4, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All Counsel of Record