**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-23463-CIV-COOKE/GOODMAN**

MARIA PEREZ-SERA,
         Plaintiff,

v.

CARNIVAL CORP.,
         Defendant.
_____/

**NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT**

This matter is before the Court upon the Notice of Filing Mediator's Report and Notice of Clarification on Mediator's Report. [ECF Nos. 84; 86] filed by Plaintiff. It is ORDERED and ADJUDGED as follows:

The parties shall submit a stipulation for dismissal with prejudice signed by all parties together with an appropriate Order of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1), by **Tuesday, September 13, 2022**. No enlargements for submitting the required dismissal paperwork will be granted, absent compelling circumstances bordering on an emergency.

All hearings are cancelled, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 15, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All Counsel of Record