UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23463-XXXX



FILED BY_____ D.C.

JUL 21 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MARIA PEREZ-SERA,
Plaintiff,
v.
CARNIVAL CORPORATION, a Panamanian
Corporation, the owner and operator of the
Trademark CARNIVAL CRUISE LINE.
Defendants.

_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on July 15, 2022. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

   ✔   All Plaintiffs and their respective trial counsel.
   ✔   All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

   ✔   AGREEMENT.
A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

   ___   NO AGREEMENT.
The parties did not reach an agreement.

   ___   These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

CERTIFICATE OF SERVICE

I hereby certify that on  7/15/22  a copy of the above was sent via Electronic Mail

to: **Deborah Gander, Esquire**, deborah@colson.com; lina@colson.com; Maria@colson.com;

eservice@colson.com; **Michael J. Drahos, Esquire**, michael.drahos@gray-robinson.com;

Lilia.parker@gray-robinson.com; **W. Cooper Jarnagin, Esquire**,

cooper.jarnagin@gray-robinson.com.

Respectfully submitted,

Charles N. Tetunic, Mediator
Mediator # 3022R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
ctetunic@uww-adr.com



ONE BISCAYNE TOWER
SOUTH BISCAYNE BOULEVARD, SUITE 2030
MIAMI, FL 33131



MIAMI FL 330

18 JUL 2022   PM 1  L

FOREVER / USA

Wilkie D. Fergurson Jr. U.S. Courthouse
400 North Miami Ave
Miami, Fl 33128.

@ the Clerk's Office

33128-180199