UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-23463-CIV-COOKE

MARIA PEREZ-SERA,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the Mediation Disposition Report, filed on July 21, 2022 [ECF No. 88].  The Report indicates that the parties reached a settlement and will file the agreement and/or the appropriate stipulation for dismissal with the Court.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.  This action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within 60 days of the date of this Order.

2.  If the parties request the Court to retain jurisdiction, a copy of their settlement agreement must be filed with the stipulation.

3.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of July, 2022.

_____
  for **MARCIA G. COOKE**